AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JANE MOTHER, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CIVIL 00-00446LEK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAI'I. | January 4, 2006 |
| Defendant. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ √ ]  **Decision by Court.**  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

A "Stipulation to Dismiss Specified Claims against Cheryl Lippman, Sharon Manner and State of Hawaii" having been filed on July 30, 2002, and the Court-- in its December 30, 2002 Order[1]-- having granted defendant Cheryl Lippman's Redacted Motion for Summary Judgment in its entirety, and having granted defendant State of Hawaii's Redacted Motion for Summary Judgment as to Plaintiffs' 42 U.S.C. § 1983 claim against the State, IT IS ORDERED AND ADJUDGED that defendant State of Hawaii's Motion for Judgment on Partial Findings is GRANTED as pursuant to the "ORDER GRANTING DEFENDANT STATE OF HAWAII'S MOTION FOR JUDGMENT ON PARTIAL FINDINGS, FILED OCTOBER 6, 2005" filed on December 22, 2005.

cc:   All Counsel of Record

---

[1] The December 30, 2002 order titled *"Order Granting in Part and Denying in Part Defendants' Motion to Strike Declarations and/or Related Exhibits and/or Alternatively for Relief under Rule 56(g); Order Denying Plaintiffs' Oral Motions to Strike Defendants' Attachments to the Pleadings; Order Granting Defendant Cheryl Lippman's Redacted Motion for Summary Judgment; Order Granting in Part and Denying in Part Defendant State of Hawaii's Redacted Motion for Summary Judgment"*

| | |
|---|---|
| January 4, 2006 | SUE BEITIA |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |