# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

## CIVIL 00-00446LEK

## CERTIFICATE OF SERVICE BY CLERK

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the "JUDGMENT IN A CIVIL CASE" was served on the following at their last known addresses:

| PARTY/PARTIES SERVED | Served by First Class Mail/DATE MAILED | Served Electronically through CM/ECF |
|---|---|---|
| NANCY ALBANO, ESQ.<br>CINDY S. INOUYE, ESQ.<br>REGINALD K.T. YEE, ESQ.<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF HAWAII<br>425 QUEEN STREET<br>HONOLULU, HAWAII 96813 | ✔<br>January 5, 2006 | |
| PAMELA A. TOGUCHI, ESQ.<br>DEPARTMENT OF THE ATTORNEY GENERAL<br>EDUCATION DIVISION<br>235 S BERETANIA ST RM 304<br>HONOLULU, HI 96813 | ✔<br>January 5, 2006 | |
| CARL M. VARADY, ESQ.<br>PACIFIC TOWER<br>1001 BISHOP ST STE 2870<br>HONOLULU, HI 96813 | ✔<br>January 5, 2006 | |

SUE BEITIA, CLERK

By: /s/ Anna F. Chang
Deputy Clerk