# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 00-00446LEK |
| CASE NAME: | Jane Mother vs. State of Hawaii |
| ATTYS FOR PLA: | Carl M. Varady |
| ATTYS FOR DEFT: | Cindy S. Inouye<br>Reginald K.T. Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/12/2006 | TIME: | 2:48-2:50 |

COURT ACTION:  EP: Status Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager