# SUBPOENA  FEES

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
**14417 Chase Street #219**
**Panorama City, CA  91402**
**Phone: (818) 897-2156**
**Fax: (818) 897-0486**
**Tax I.D. 95-4847-408**

Inv. # 2002001046
07-17-2002

State of Hawaii, Attorney General
425 Queen Street
Honolulu HI 96813

Your Contact: Patricia Greene
**Case Number:  CV00-00446 DAE/LEK**

Plaintiff:
**RN, Jane Mother**

Defendant:
**State of Hawaii**

Completed: 6/14/2002
To be served on: C/R Daniel J. Bruining, PHD

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|---------:|------:|-------:|
| Service Fee | 1.00 | 125.00 | 125.00 |
| Witness Fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $165.00 |
| **BALANCE DUE:** | | | **$165.00** |

I certify that goods/services were
satisfactorily received/rendered.

Signature

Date Received:

Invoice

Payment Approved:

Signature

Goods/Services

Date

THANK YOU FOR YOUR BUSINESS.
YOUR AFFIDAVIT OF SERVICE IS ENCLOSED.

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2005006436
09-16-2005

I certify that goods/services were satisfactorily received/rendered.

9/21/05

9/12/05    9/12/05

State of Hawaii
425 Queen Street
Honolulu HI 96813

Your Contact: Zandra
Case Number: 00-00446

Plaintiff:
**"Jane Mother"**

Defendant:
**State of Hawaii et al**

Completed: 9/12/2005
To be served on: Sharon DeLoughery

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 125.00 | 125.00 |
| Advance Fee (Witness) | 1.00 | 45.00 | 45.00 |
| Special Handling (Rush etc) | 1.00 | 45.00 | 45.00 |
| Fuel Surcharge | 1.00 | 3.50 | 3.50 |
| TOTAL CHARGED: | | | $218.50 |

**BALANCE DUE:** $218.50

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

Robert K. Kualii

P.O. 4549
Hilo, HI 96720

JA    OTHER V. SOH , ET
AL
Civ. No. 00446; M.I. 0018241

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/29/2005 | 137 |

**BILL TO**

Dept. Attorney General
State of Hawaii Tort Litigation Div.
425 Queen Street
Honolulu, Hawaii  96813

I certify that goods/services were
satisfactorily received/rendered.

_____    10/7/05
Signature                          Date

Dates Received:

9/30/05            9/30/05
Invoice            Goods/Services

Payment Approved:

_____    10/6/05
Signature                          Date

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| United States District Court<br>District of Hawaii<br>Case Number:  CV  00-00446 DAE/LEK<br><br>JANE MOTHER,       vs.     State of Hawaii, Cheryl Lippman, and Sharon Manner,<br><br>Documents Served:  Subpoena for an Individual to  appear in Court,.<br><br>  09/27/05:  9:45 AM: Personally served the above listed documents to the following;   KINUE KANUE KANDA, at 277 Kukuau Street, Apt. 104, Hilo, Hawaii.<br><br>SERVICE FEES: one svc,<br>MILEAGE FEES:  hilo  area svc<br><br><br>Robert  Kualii  SS# 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 | | 35.00<br>5.00 | 35.00<br>5.00 |

| Make Payable:  Robert K. Kualii; P.O. Box 4549; Hilo, HI  96720 | **Total** | $40.00 |
|---|---|---|

LOWEN YOUNG
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/20/2005 | 125 |

| BILL TO | SHIP TO |
|---------|---------|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | I certify the required services were satisfactorily received/rendered.<br><br>SEP 2 0 2005 Date<br>9/20/05<br>Goods/Services 9/20/05<br>Payment Approved:<br>Signature |

| DUE ... | P.O. NUM... |
|---------|-------------|
| 10/20/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Jane Mother vs State of Hawaii,Lippman & Manner/ 00-00446 | | | 0.00 |
| Witness Subpoena | William Santos | 1 | 30.00 | 30.00 |
| Milage Fee | 777 Punchbowl St | 2 | 2.00 | 4.00 |
| Witness Subpoena | John Walters | 1 | 30.00 | 30.00 |
| Milage Fee | 810 Richards St. | 1 | 2.00 | 2.00 |
| Witness Subpoena | Rhoda Ann Napoleon | 1 | 30.00 | 30.00 |
| Milage Fee | 430 Keoniana St. | 1 | 4.00 | 4.00 |
| Witness Subpoena | Jon Itomura | 1 | 30.00 | 30.00 |
| Milage Fee | 326 Merchant St. | 2 | 2.00 | 4.00 |
| Witness Subpoena | Gwen Higgens | 1 | 30.00 | 30.00 |
| Milage Fee | 41-152 Huli St. | 2 | 12.00 | 24.00 |
| Witness Subpoena | Kenneth Ling | 1 | 30.00 | 30.00 |
| Milage Fee | 552 Kalolina Pl. | 1 | 10.00 | 10.00 |
| Witness Subpoena | Cheryl Lippman | 1 | 30.00 | 30.00 |
| Milage Fee | 305A Portlock Rd. | 1 | 10.00 | 10.00 |
| Witness Subpoena | Katherin Wallen | 1 | 30.00 | 30.00 |
| Milage Fee | 7425 Kamehame Pl. | 1 | 10.00 | 10.00 |
| Witness Subpoena | Matlbie Napoleon | 1 | 30.00 | 30.00 |
| Milage Fee | 3123 Herbert St. | 2 | 6.00 | 12.00 |
| Witness Subpoena | Shelly Sypowicz | 1 | 30.00 | 30.00 |
| Milage Fee | 3710 Leahi Ave | 1 | 4.00 | 4.00 |
| Witness Subpoena | Catherine Caine | 1 | 30.00 | 30.00 |

SEP 20 2005



LOWEN YOUNG
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/20/2005 | 125 |

| BILL TO | SHIP TO |
|---------|---------|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| | DUE ... | P.O. NUM... |
|--|---------|-------------|
| | 10/20/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Milage Fee | 3710 Leahi Ave. | 2 | 4.00 | 8.00 |

| | | | | Subtotal | 422.00 |
|--|--|--|--|----------|--------|
| | | | | 0% Tax | |
| | | Page 2 | | **Total** | 422.00 |

LOWEN YOUNG
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

JANE MOTHER V. SOH , E.
AL
Civ. No. 00446; M.I. 0018241

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/21/2005 | 126 |

| BILL TO | SHIP TO |
|---------|---------|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| | DUE ... | P.O. NUM... |
|--|---------|-------------|
| | 10/21/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Jane Mother vs State of Hawaii | | | 0.00 |
| Witness | John Walters | 1 | 30.00 | 30.00 |
| Subpoena | | | | |
| Milage Fee | 810 Richards St. | 1 | 2.00 | 2.00 |

I certify that goods/services were
ordered and received/rendered.

SEP 2 6 2005
Date

9/22/05          9/22/05
Goods/Services

Payment Approved:

_signature_          9/29/05
Signature          Date

| | Subtotal | 32.00 |
|--|----------|-------|
| | 0% Tax | |
| | **Total** | 32.00 |

SEP 2 5 2005

JANE MOTHER V. SOH , ET AL
Civ. No. 00446; M.I. 0018241

LOWEN YOUNG
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/27/2005 | 128 |

| BILL TO | SHIP TO |
|---------|---------|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| DUE ... | P.O. NUM... |
|---------|-------------|
| 10/27/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | Jane Mother vs State of Hawaii, Lippman & Manner/ Case# 00-00446 | | | 0.00 |
| Witness Subpoena | Dr. June Ching | 1 | 30.00 | 30.00 |
| Milage Fee | 1833 Kalakaua Ave. | 2 | 4.00 | 8.00 |

I certify that goods/services were
satisfactorily received/rendered.

_____     SEP 2 8 2005
Signature                       Date

Dates Received:
_____9/27/05_____     9/27/05
Invoice                    Goods/Services
Payment Approved:
_____     9/29/05
Signature                       Date

| | Subtotal | 38.00 |
|--|----------|-------|
| | 0% Tax | |
| | **Total** | 38.00 |

SEP 2 9 2005

JANE MOTHER V. SC... T
AL
Civ. No. 00446; M.I. 00...

# Invoice

LOWEN YOUNG
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

| DATE | INVOICE # |
|------|-----------|
| 10/2/2005 | 130 |

| BILL TO | SHIP TO |
|---------|---------|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| DUE ... | P.O. NUM... |
|---------|-------------|
| 11/1/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| Witness<br>Subpoena<br>Milage Fee<br>Milage Fee | Jane Mother vs State of Hawaii, Lippman & Manner<br>Karen Hirose<br>Bonita Gravelle<br><br>Attempts to serve Steve Kux @ Kailua Elem. School & 345<br>N. Kainaku Dr. | 2<br><br><br>3 | 30.00<br><br><br>10.00 | 0.00<br>60.00<br><br>22.00<br>30.00 |

I certify that goods/services were
sat...actorily received/rendered.

OCT 10 2005

Date

...ved:    10/3/05    10/3/05
...Involce    Goods/Services

...ent Approved:

_Mak M. Nomu_   10-11-05
Signature    Date

| | Subtotal | 112.00 |
|--|----------|--------|
| | 0% Tax | |
| | **Total** | 112.00 |

OCT 11 2005