# COURT  REPORTER  EXPENSE

**ALBRIGHT PROFESSIONAL REPORTING**
2444 Hihiwai Street, Suite 1806
Honolulu, Hawaii 96826
TEL (808) 943-7985  FAX (808) 942-2393

INVOICE DATE:  July 23, 2002

TO:
Nancy Albano, Esq.
Deputy Attorney General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

Reference No.: E071202T    Transcribed by: Emi Albright

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
CIVIL NO. CV00-00446 LEK

R.N., through his mother and next friend, "JANE MOTHER"
and "JANE MOTHER,"
vs. STATE OF HAWAII, CHERYL
LIPPMAN AND SHARON MANNER

Deputy Attorney Holly Shikada's and Defendant Cheryl Lippman, Sharon Manner, and
State of Hawaii's Motion for Protective Order Regarding Pending Depositions and
Subpoena for Records.

Held before The Honorable Leslie E. Kobayashi, United States Magistrate Judge, in
Courtroom No. 7, commencing at 10:50 a.m. on Friday, July 12, 2002

Transcription of Digital Audio Recording of proceedings

| | |
|---|---|
| 39 pages @ $3.30/page | $  128.70 |
| ORIGINAL AND ONE CERTIFIED COPY and | |
| SUMMATION DISKETTE | |
| Tax 4.16% | 5.35 |
| **TOTAL AMOUNT DUE** | $  134.05 |

Thank You For Your Business.
Please pay within 30 days.
TAX ID 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

**Atkinson-Baker, Inc. -- Main** ___e
500 N. Brand Boulevard, Third Floor
Glendale, CA  91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the In___ # and your Firm # in any
correspondence. Con___ Beau Rakestraw,
brakestraw@depo.com.

ABI's Federal ID#:  95-4189037

**INVOICE # 9F07A12A**
**FIRM # 1200824**
**INVOICE DATE: 9/27/2005**
**DUE UPON RECEIPT**

| | |
|---|---|
| Setting Firm: | Hawaii Attorney General -Tort Litigation |
| Taking Attorney: | Reginald K.T. Yee |
| Case Name: | Jane Mother vs State of Hawaii |
| Case #: | 00-00446 DAE LEK |
| Claim #: | |
| Insurance Co.: | |
| DOL: | |
| Insured: | |
| Agency #: | |
| Adjuster: | |

**Reginald K.T. Yee**
**Hawaii Attorney General -Tort Litigation**
**425 Queen Street**
**Honolulu, HI  96813**

**JANE MOTHER V. SOH , ET
AL
Civ. No. 00446; M.I. 0018241**

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of Sharon DeLoughery-Nihart, taken September 14, 2005. | $  1,646.85 |
| | I certify that goods/services were satisfactorily received/rendered. |
| | OCT 10 2005 |
| | Signature                    Date |
| | Dates Received: |
| | 10/7/05          9/05 |
| | Invoice          Goods/Services |
| | Payment Approved: |
| | _____      10/10/05 |
| | Signature                    Date |
| BALANCE DUE | $    1,646.85 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment.  · · · · · · · · · · · · · ·

BALANCE DUE  $ 1,646.85

**INVOICE # 9F07A12A**
**FIRM # 1200824**

For:  Reporter's transcript of the deposition of Sharon DeLoughery-Nihart, taken September 14, 2005.

From:

Reginald K.T. Yee
Hawaii Attorney General -Tort Litigation
425 Queen Street
Honolulu, HI  96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA  91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.       OCT 10 2005

**Atkinson-Baker, Inc. -- Main ce**
**500 N. Brand Boulevard, Third Floor**
**Glendale, CA  91203-4725**
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the I e # and your Firm # in any
correspondence. Co act Beau Rakestraw,
brakestraw@depo.com.

ABI's Federal ID#:  95-4189037

INVOICE # 9F07A12C
FIRM # 1200824
INVOICE DATE: 12/28/2005
DUE UPON RECEIPT

Setting Firm:   Hawaii Attorney General -Tort Litigation
Taking Attorney:  Reginald K.T. Yee
Case Name:  Jane Mother vs State of Hawaii
Case #:  00-00446 DAE LEK

**Reginald K.T. Yee**
**Hawaii Attorney General -Tort Litigation**
**425 Queen Street**
**Honolulu, HI  96813**

**JANE MOTHER V. SOH , ET
AL**
Civ. No. 00446; M.I. 0018241

Additional Room Charge

| ITEM | AMOUNT |
|------|--------|
| Additional charge on the video-conference room for the deposition of Sharon DeLoughery-Nihart, taken September 14, 2005. | $    453.75 |
| | I certify that goods/services were satisfactorily received/rendered. |
| | Date |
| | Goods/Services |
| | JAN 0 9 2006 |
| | Date |
| **BALANCE DUE** | $    453.75 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · ·  Fold and tear at this perforation, then return stub with payment.  · · · · · · · · · · · · · ·

BALANCE DUE  $453.75

INVOICE #  9F07A12C
FIRM #  1200824

For:  Additional charge on the video-conference
room for the deposition of Sharon
DeLoughery-Nihart, taken September 14,
2005.

From:

Reginald K.T. Yee
Hawaii Attorney General -Tort Litigation
425 Queen Street
Honolulu, HI  96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA  91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

JAN 1 1 2006

# CARNAZZO COURT REPORTING
### 888 MILILANI STREET, SUITE 705
### HONOLULU, HAWAII  96813-2918

JANE MOTHER V. SOH , ET AL

Civ. No. 00446; M.I. 0018241

Phone:  (808)  532-0222 or (800) 813-4041
Fax:  (808)  532-0234 or (800) 232-7949

## INVOICE

SOH/OFC OF THE ATTY GENERAL
**REGINALD K. T. YEE, ESQ.**
425 QUEEN STREET
HONOLULU,  HI, 96813

| | |
|---|---|
| DATE: | 11/01/2005 |
| INVOICE: | 800197 |
| CLIENT ID: | 1020 |

**CIVIL NO. 00-00446 DAE LEK**
**JANE MOTHER v STATE OF HAWAII**

**Drafting of documents re deposition upon oral examination noticed for Wednesday, September 14, 2005 of SHARON DeLOUGHERY in ILLINOIS.**

I certify that goods/services were
satisfactorily received/rendered.

NOV 1 0 2005

Signature                     Date
Dates Received:

11/4/05            11/4/05
Invoice            Goods/Services
Payment Approved:

Signature                     Date

| | |
|---|---|
| **Drafting of Documents** | **$163.39** |
| **TAX** | **$5.21** |
| **TOTAL** | **$168.60** |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

NOV 1 0 2005

# RNAZZO COURT REPOR NG
## 888 MILILANI STREET, SUITE 705
## HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

SOH/OFC OF THE ATTY GENERAL
NANCY ALBANO, ESQ.
425 QUEEN STREET
HONOLULU, HI, 96813

| | |
|---|---|
| DATE: | 06/03/2002 |
| INVOICE: | 611436 |
| CLIENT ID: | 1020 |
| REPORTER ID: | **** |

*RH v. SOH*
*00-00446 (DOE)*

NO. MISCELLANEOUS
MISCELLANEOUS PRODUCTION OF DOCUMENT

PICKUP OF ONE BOX OF DOCUMENTS, NOTARIZED PRODUCTION, AND BATES STAMPED AS INSTRUCTED
05/30/2002

| | |
|---|---|
| MISCELLANEOUS | $100.00 |
| TAX | $4.17 |
| TOTAL | $104.17 |

We now accept VISA and MASTERCARD
Please return one copy for proper credit. THANK YOU
Federal Tax ID: 99-0145704

HONOLULU REPORTING SERVICES
SUITE 401 CADES SCHUTTE BUILDING
1000 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE NUMBER: (808) 524-6288

Federal I.D. Number: 99-0216539

DATE: **NOVEMBER 16, 2004**                    INVOICE NUMBER: **W-1645**

TO:   OFFICE OF THE ATTORNEY GENERAL
      HALE AUHAU, 425 QUEEN STREET
      HONOLULU, HAWAII  96813

      ATTN:  **REGINALD K.T. YEE, ESQUIRE**
             **RICHARD GABATINO, LEGAL ASSISTANT**

RE:   **CIVIL NO. CV00-00446 (U.S.D.C.)** *MF. 00-18241*
      **R.N. through his mother and next friend JANE MOTHER, ETAL.**
      **V. STATE OF HAWAII, CHERYL LIPPMAN, SHARON MANNER**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE DEPOSITION(S) TAKEN UPON <u>WRITTEN INTERROGATORIES</u> OF THE
FOLLOWING:

      **ON MONDAY, NOVEMBER 15, 2004:**
      **KENNETTE YOUNG (NANCY LUCKIE, M.D.).**

      **ORIGINAL AND ONE COPY:** $153.70
      **EXCISE TAX:**                6.15
      **SUBTOTAL:**              $159.85
      <u>COSTS</u> **ADVANCED:**
      **SHERIFF FEES:**            23.00

      **TOTAL:**                  $182.85

I certify that goods/services were
satisfactorily received/rendered.

Signature                          Date

Dates Received:

11/16/04                    11/16/04
Invoice                    Goods/Services
Payment Approved:

                            11/18/04
Signature                    Date

I HEREBY CERTIFY THIS INVOICE IS AN <u>ORIGINAL</u>
BILLING TO THE ABOVE-NAMED ATTORNEY FOR THE
OFFICE OF THE ATTORNEY GENERAL FOR COURT
REPORTING SERVICES RENDERED.

BY:

                    THANK YOU FOR PROMPT PAYMENT
            PLEASE RETURN ONE COPY FOR PROPER CREDIT

HONOLULU REPORTING SERVICE
SU... 401 CADES SCHUTTE BUILDING
1000 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE NUMBER: (808) 524-6288
Federal I.D. Number: 99-0216539

DATE: **MARCH 31, 2005**                    INVOICE NUMBER: O-**682**

TO:  OFFICE OF THE ATTORNEY GENERAL
     HALE AUHAU, 425 QUEEN STREET
     HONOLULU, HAWAII  96813

     ATTN:  **REGINALD K.T. YEE, ESQUIRE**


RE:  **CIVIL NO. CV00-00446 LEK (U.S.D.C.)** *m.F 00-18241*
     **R.N., ET AL. "JANE MOTHER" ET AL. V.**
     **STATE OF HAWAII, ET AL.**

     sbl:l00p32iCD
*************************************************************
*************************************************************

THE DEPOSITION(S) TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

     ON FRIDAY, MARCH 11, 2005: "JANE MOTHER"
     at the law offices of the **DEPARTMENT OF THE ATTORNEY GENERAL,**
     425 Queen Street, Honolulu, Hawaii.

     **ORIGINAL AND ONE COPY: $581.50**
     **EXCISE TAX:**              23.26

     **TOTAL:**               **$604.76**

     I certify that goods/services were
     satisfactorily received/rendered.

                                   APR - 1 2005
                                   Date
     ...Received:
            3/31/05          3/31/05
     Invoice              Goods/Services
     Payment Approved:

I HEREBY CERTIFY THIS INVOICE IS AN ORIGINAL
BILLING TO THE ABOVE-NAMED ATTORNEY FOR THE
OFFICE OF THE ATTORNEY GENERAL FOR COURT
REPORTING SERVICES RENDERED.

BY:


          THANK YOU FOR PROMPT PAYMENT
     PLEASE RETURN ONE COPY FOR PROPER CREDIT

                                        APR - 4 2005

HONOLULU REPORTING SERVICE
SUITE 401 CADES SCHUTTE BUILDING
1000 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE NUMBER: (808) 524-6288

Federal I.D. Number: 99-0216539

DATE: JUNE 9, 2005

INVOICE NUMBER: O-687

TO:    OFFICE OF THE ATTORNEY GENERAL
       HALE AUHAU, 425 QUEEN STREET
       HONOLULU, HAWAII  96813

       ATTN: **REGINALD K.T. YEE, ESQUIRE**


RE:    CIVIL NO. CV00-00446 LEK (U.S.D.C.) *M.I. 06-18241*
       R.N., JANE MOTHER V. STATE OF HAWAII, ET AL.


       sbl;96p32i90pl79i
       ****************************************************
       ****************************************************

THE DEPOSITION(S) TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

       ON FRIDAY, MAY 13, 2005 and ON WEDNESDAY, MAY 18, 2005: VOLUMES
       II and III: JANE MOTHER at the law offices of
       DEPARTMENT OF THE ATTORNEY GENERAL, 425 Queen Street,
       Honolulu, Hawaii.

       **ORIGINAL AND ONE COPY:** $   996.20
       **EXCISE TAX:**                 39.85

       **TOTAL:**                  $1,036.05

I certify that goods/services were
satisfactorily received/rendered.

_Dec_                        6/13/05
Signature                    Date

Dates Received:

___6/9/05___          ___6/9/05___
     Invoice              Goods/Services

Payment Approved:

_Mary S. Sugryu_         6/14/05
Signature                 Date

I HEREBY CERTIFY THIS INVOICE IS AN ORIGINAL
BILLING TO THE ABOVE-NAMED ATTORNEY FOR THE
OFFICE OF THE ATTORNEY GENERAL FOR COURT
REPORTING SERVICES RENDERED.

BY:


                THANK YOU FOR PROMPT PAYMENT
          PLEASE RETURN ONE COPY FOR PROPER CREDIT




# Powers & Associates

841 Bishop Street. Suite 1910
Honolulu, HI 96813
PH: (808) 536-2001

RECEIVED
DEPARTMENT OF

JUL 26   9 43 AM '02

TO:

NANCY ALBANO, ESQ.
Deputy Attorney General
Dept. of Attorney General, State of HI
425 Queen Street
Honolulu, Hawaii  96813

| DATE | INVOICE # |
|------|-----------|
| 7/24/02 | 2045810 |

| P.O. NO. | TERMS |
|----------|-------|
|          |       |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| CopyBrief | | CASE:  R.N. v. STATE OF HAWAII  ( DOE ) <br> CIVIL NO.:  CV00-00446 DAE/LEK <br><br> DATE TAKEN:  JULY 18, 2002 <br> REPORTER:  JOAN IZUMIGAWA <br><br> Transcript of:  KRIS MURAKAMI, HOLLY SHIKADA, CHERYL LIPPMAN <br> Copy--2-DAY DELIVERY | 1663.42 | 1,663.42T |
| | | Subtotal | | 1,663.42 |
| | | Thank you for using Powers & Associates <br> PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT <br> Tax | 4.167% | 69.31 |

I certify that goods/services were
satisfactorily received/rendered.

Signature

Dates Received: 7/18/02

7/24/02
Invoice Goods/Services

Payment Approved: 7/26/02

Signature

TAX ID#: 99-0212572

| | **Total** | **$1,732.73** |

# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

BILL TO

REGINALD YEE, ESQ.
Deputy Attorney General
Dept. of Attorney General, State of HI
425 Queen Street
Honolulu, Hawaii 96813

| DATE | INVOICE # |
|------|-----------|
| 6/20/2005 | 2050009 |

| | TERMS |
|---|---|
| | Net 30 |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|------|-----|-------------|------|--------|
| CopyBrief | | CASE:  JANE MOTHER v. SOH<br>CIVIL NO.:  CV00-00446 ; *m. I  60-18241*<br><br>DATE TAKEN: JUNE 10, 2005<br>REPORTER: MARJANN SHAWLER<br><br>Transcript of: JOHN FLYNN<br>Copy | 175.82 | 175.82T |
| | | Subtotal | | 175.82 |
| | | Tax | 4.167% | 7.33 |

I certify that goods/services were
satisfactorily received/rendered.

*Cindy S. Onorye*        6/21/05
Signature                Date

Dates Received:
                6/21/05        6/21/05
        Invoice            Goods/Services
Payment Approved:

*Cindy S. Onorye*        6/21/05
Signature                Date

**Thank you for using Powers &
Associates**
PLEASE INCLUDE OUR INVOICE
NUMBER ON YOUR PAYMENT

TAX ID#:  99-0212572

| | Total | $183.15 |
|---|-------|---------|

JUN 21 2005



*Feliciana F. Ricardo - CSR 175*
*Official Court Reporter*
*P.O. Box 619*
*Honolulu, Hawaii 96809*
*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*

**TO:**  Dept. of the Attorney General
State of Hawaii

**RE:**    FCS 98-05434

In the Interest of R██████ N██████

R.N. v. 50 H (DOE)
00-00446

**DATE:** June 18, 2002

```
              Transcript of proceedings held July 22, 1998
              Transcript fee @$2.25 pp. - 11 pgs ---------   $24.75
                                                               1.03
                                                             $25.78
```

PLEASE RETURN ONE COPY FOR PROPER CREDIT

THANK YOU... I certify that goods/services were
satisfactorily received/rendered.

_____  6/8/0
Signature              Date

Dates Received:

6/18/02                    6/18/02
Invoice                Goods/Services

Payment Approved:

_____  6/20/02
Signature              Date

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

6/12/02

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27230

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE LEK

( DOE )

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES DR. JUNE CHING (N/R), DR. NANCY LUCKIE (N/R), DR. JEREMY LAM, DR. DENNIS MCLAUGHLIN, DR. DANIEL LEGOFF, RENEE PANGILINAN TAKEN ON 6/11/02 IN HONOLULU HI | |
| RE: S▓▓▓ W▓▓▓ AND/ OR R▓▓▓ N▓▓▓▓▓ | |
| COPY | 621.85 |

| 4A 33ST1 256EH 6PU2 RALPH ROSENBERG | Tax | 25.91 |
|---|---|---|
| | **TOTAL DUE** | **$647.76** |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE DATE:   6/12/02
INVOICE NO:     27230
TOTAL DUE:      $647.76
DATE TAKEN:     6/11/02
RE:             CIVIL NO. CV00-00446 DAE LEK
WITNESS(ES):    DR. JUNE CHING (N/R), DR. NANCY LUCKIE (N/R), DR. JEREMY LAM, DR. DEN
MCLAUGHLIN, DR. DANIEL LEGOFF, RENEE PANGILINAN
4A 33ST1 256EH 6PU2
RALPH ROSENBERG

I certify that goods/services were
satisfactorily received/rendered

Signature

Dates Received:

Invoice

Payment Approved:

Signature

6/11/02
Goods/Services

6/18/02
Date

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

6/14/02

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27322

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

( DOE )

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES KAPIOLANI MEDICAL CENTER, STRAUB (BILLING) TAKEN ON 06/13/02 IN HONOLULU HI | |
| RE: S▮▮▮ W▮▮▮ AND/OR R▮▮▮R N▮▮▮▮ | |
| ORIGINAL & ONE COPY | 276.52 |

| 2A 10ST1 85EH 2PU2 14.56WF 24.96WF | | |
|---|---|---|
| RALPH ROSENBERG | Tax | 11.52 |
| | TOTAL DUE | $288.04 |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

I certify that goods/services were satisfactorily received/rendered.

*Nancy Albano* 6/18/02
Signature          Date

Dates Received:          6/13/02
                        Goods/Services

6/14/02          6/19/02
Invoice          Date

Payment Approved:
*Cindy L. Onosye*
Signature

INVOICE DATE:   6/14/02
INVOICE NO:     27322
TOTAL DUE:      $288.04
DATE TAKEN:     06/13/02
RE:             CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES):    KAPIOLANI MEDICAL CENTER, STRAUB (BILLING)

2A 10ST1 85EH 2PU2 14.56WF 24.96WF
RALPH ROSENBERG          RALPH ROSENBERG COURT REPORTERS, INC.
                1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

6/17/02

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27353

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

( DOE )

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES KAPIOLANI COUNSELING CENTER TAKEN ON 06/14/02 IN HONOLULU HI | |
| RE: S▮▮▮▮ W▮▮▮▮ AND/OR R▮▮▮▮▮ N▮▮▮▮ | |
| ORIGINAL & ONE COPY | 141.25 |

| 1A 5ST1 88EH 1PU2 | Tax | 5.88 |
|---|---|---|
| RALPH ROSENBERG | TOTAL DUE | $147.13 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE DATE:  6/17/02
INVOICE NO:    27353
TOTAL DUE:     $147.13
DATE TAKEN:    06/14/02
RE:            CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES):   KAPIOLANI COUNSELING CENTER

1A 5ST1 88EH 1PU2
RALPH ROSENBERG          RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

6/24/02

BILLED
TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO:  27523

RE:  R.N. VS STATE OF HAWAII DOE
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES STRAUB-MEDICAL RECORDS/ DR. JAMES PEARCE TAKEN ON 06/21/02 IN HONOLULU HI | |
| RE: S███ W████ AND/ OR R████ N████ | |
| ORIGINAL & ONE COPY | 257.30 |
| 1A 6ST1 126EH 1PU2 93.6WF | |
| RALPH ROSENBERG    Tax | 10.72 |
| **TOTAL DUE** | **$268.02** |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

I certify that goods/services were
satisfactorily received/rendered.    8/28/02

*Nancy Albano*
Signature    Date

Dates Received:    6/21/02
Goods/Services

6/24/02
Invoice

Payment Approved:    6/27/02
*signature*    Date

JUN 24 2 08 PM '02

INVOICE DATE:  6/24/02
INVOICE NO:  27523
TOTAL DUE:  $268.02
DATE TAKEN:  06/21/02
RE:  CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES):  STRAUB-MEDICAL RECORDS/ DR. JAMES PEARCE

1A 6ST1 126EH 1PU2 93.6WF
RALPH ROSENBERG    RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

7/1/02

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27786

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF DR. JEREMY LAM, KAPIOLANI MEDICAL CENTER, STRAUB MEDICAL CENTER (MEDICAL RECORDS/ BUSINESS SERVICE), DR. JAMES PEARCE, JUNE CHING, DENNIS MCLAUGHLIN, DANIEL LEGOFF, LEARING DISABILITIES ASSOC. OF HAWAII, DR. DAVID HAMLIN, RENEE PAGILINAN, DR. NANCY LUCKIE, MITZI GOLD, MELANIE GOTTLIEB TAKEN ON 06/10/02 IN HONOLULU HI, WITNESS & SHERIFF FEES AND COPY CHARGE | |
| SUBTOTAL | 790.00 |
| 520WF 250SH 20CC RALPH ROSENBERG      Tax | 32.91 |
| TOTAL DUE | $822.91 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

I certify that goods/services were satisfactorily received/rendered 7/8/02

INVOICE DATE:   7/1/02
INVOICE NO:   27786
TOTAL DUE:   $822.91
DATE TAKEN:   06/10/02
RE:   CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES):   DR. JEREMY LAM, KAPIOLANI MEDICAL CENTER, STRAUB MEDICAL CENTER (MEDICAL RECORDS/ BUSINESS SERVICE), DR. JAMES PEARCE, JUNE CHING, D
520WF 250SH 20CC
RALPH ROSENBERG      RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG

## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

7/5/02

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO:  27886

RE:  R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES DR. MELANIE GOTTLIEB TAKEN ON 07/03/02 IN HONOLULU HI | |
| RE: S██████ W█████ &/OR R███████ N██████████ | |
| ORIGINAL & ONE COPY | 124.75 |
| 1A 5ST1 31EH 1PU2 12AF | |
| RALPH ROSENBERG | |
| Tax | 5.20 |
| TOTAL DUE | $129.95 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE DATE:  7/5/02
INVOICE NO:  27886
TOTAL DUE:  $129.95
DATE TAKEN:  07/03/02
RE:  CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES):  DR. MELANIE GOTTLIEB

I certify that goods/services were satisfactorily received/rendered.

Signature

Dates Received:

Goods/Services 7/3/02

Invoice 7/5/02

Payment Approved:

Signature

1A 5ST1 31EH 1PU2 12AF
RALPH ROSENBERG     RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

8/14/02

BILLED
TO:    NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO:    28906

RE:    R.N. VS STATE OF HAWAII (DOE)
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF KAPIOLANI MEDICAL CENTER TAKEN ON 06/11/02 IN HONOLULU HI | |
| WITNESS & SHERIFF FEES AND COPY CHARGE | |
| SUBTOTAL | 67.00 |

| 40WF 17SH 10CC | | |
|---|---|---|
| RALPH ROSENBERG | Tax | 2.79 |
| | TOTAL DUE | $69.79 |

Invoices payable within 30 days.  A finance charge of 1½% per month will apply on past due amounts.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:    NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

I certify that goods/services were
satisfactorily received/rendered.

_____ 8/7/0_
Signature                    Date

Dates Received:

_8/14/02_____    _6/11/02_____
Invoice                    Goods/Services

Payment Approved:

_____ 8/21/02
Signature                    Date

INVOICE DATE:    8/14/02
INVOICE NO:      28906
TOTAL DUE:       $69.79
DATE TAKEN:      06/11/02
RE:              CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES):     KAPIOLANI MEDICAL CENTER

40WF 17SH 10CC
RALPH ROSENBERG          RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

JANE MOTHER V. SOH, ET
AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

8/29/2005

BILLED
TO:    REGINALD YEE, ESQ.
       DEPARTMENT OF THE ATTORNEY GENERAL
       425 QUEEN STREET
       HONOLULU, HI 96813

INVOICE NO: 56230

RE: "JANE MOTHER" VS STATE OF HAW.
    CIVIL NO. 00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF MALTBIE NAPOLEON (C/A) TAKEN ON 08/23/05 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COST | |
| SUBTOTAL | 114.00 |

| 44WF 60SH 10CC | | |
|---|---|---|
| RALPH ROSENBERG | **Tax** | 4.75 |
| | **TOTAL DUE** | $118.75 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:    REGINALD YEE, ESQ.
       DEPARTMENT OF THE ATTORNEY GENERAL
       425 QUEEN STREET
       HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

AUG 3 1 2005
                                    Date
Date Received:
    8|31|05              8|31|05
Invoice              Goods/Services
Payment Approved:
                        9/1/05
Signature              Date

INVOICE DATE: 8/29/2005
INVOICE NO:   56230
TOTAL DUE:    $118.75
DATE TAKEN:   08/23/05
RE:           CIVIL NO. 00-00446 DAE/LEK
WITNESS(ES):  MALTBIE NAPOLEON (C/A)

44WF 60SH 10CC
RALPH ROSENBERG        RALPH ROSENBERG COURT REPORTERS, INC.        SEP 02 2005
                       1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

JANE MOTHER V. SOH , ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

8/29/2005

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56234

RE:"JANE MOTHER" VS STATE OF HAW.
CIVIL NO. 00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF MITZI GOLD, PH.D. (C/A) TAKEN ON 08/25/05 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COST | |
| SUBTOTAL | 47.00 |
| 8WF 29SH 10CC  RALPH ROSENBERG   **Tax** | 1.96 |
| **TOTAL DUE** | $48.96 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

_____     AUG 3 1 2005
Signature                          Date

Dates Received:
_____8/31/05_____          8/31/05
Invoice                      Goods/Services

Payment Approved:
_____     9/1/05
Signature                          Date

INVOICE DATE: 8/29/2005
INVOICE NO:      56234
TOTAL DUE:      $48.96
DATE TAKEN:    08/25/05
RE:                    CIVIL NO. 00-00446 DAE/LEK
WITNESS(ES):    MITZI GOLD, PH.D. (C/A)

8WF 29SH 10CC
RALPH ROSENBERG

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

SEP 0 2 2005

**JANE MOTHER V. SOH , ET AL**
**Civ. No. 00446; M.I. 0018241**

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

8/31/2005

BILLED
TO:      REGINALD YEE, ESQ.
         DEPARTMENT OF THE ATTORNEY GENERAL
         425 QUEEN STREET
         HONOLULU, HI 96813

INVOICE NO: 56290

RE: "JANE MOTHER" VS STATE OF HAW.
     CIVIL NO. 00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF STATEMENT FOR THE RECORD REGARDING MALTBIE NAPOLEON TAKEN ON 08/27/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 110.85 |

| 1A 7ST1 72EH | | |
|---|---|---|
| PHIL ROSENBERG | **Tax** | 4.62 |
| | **TOTAL DUE** | **$115.47** |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:      REGINALD YEE, ESQ.
         DEPARTMENT OF THE ATTORNEY GENERAL
         425 QUEEN STREET
         HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

_____  9/12/05
Signature                Date
Dates Received:
        9/9/05            9/9/05
_____  _____
        Invoice          Goods/Services
Payment Approved:
_____  9/12/05
Signature                Date

INVOICE DATE: 8/31/2005
INVOICE NO:   56290
TOTAL DUE:    $115.47
DATE TAKEN:   08/27/05
RE:           CIVIL NO. 00-00446 DAE/LEK
WITNESS(ES):  STATEMENT FOR THE RECORD REGARDING MALTBIE NAPOLEON

1A 7ST1 72EH
PHIL ROSENBERG

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

JANE MOTHER V. SOH , ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

9/13/2005

BILLED
TO:  REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56552

RE: JANE MOTHER VS STATE OF HAWAI
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF DR. MITZI GOLD (C/A) TAKEN ON 08/25/05 IN HONOLULU HI | |
| SHERIFF & COPY COST | |
| SUBTOTAL | 39.00 |
| 29SH 10CC RALPH ROSENBERG Tax | 1.62 |
| TOTAL DUE | $40.62 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:  REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

OCT  5 2005

Signature                    Date

Dates Received:

9/23/05                    9/23/05
Invoice                  Goods/Services

Payment Approved:

INVOICE DATE: 9/13/2005
INVOICE NO:   56552
TOTAL DUE:    $40.62
DATE TAKEN:   08/25/05
RE:           CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):  DR. MITZI GOLD (C/A)

29SH 10CC
RALPH ROSENBERG        RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT  5 2005

JANE MOTHER V. SOH , ET
AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG

## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/23/2005

BILLED
TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI  96813

INVOICE NO: 56765

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| THE DEPOSITION OF DR. JUNE CHING TAKEN ON 09/20/05 IN HONOLULU HI | | |
| EXPEDITED TRANSCRIPT | | |
| ORIGINAL & ONE COPY | | 505.50 |
| 1A 70EX31 25EH 1S 1SF 1CT1 PHIL ROSENBERG | Tax | 21.06 |
| | TOTAL DUE | $526.56 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI  96813

I certify that goods/services were
satisfactorily received/rendered

SEP 2 8 2005

(Signature

Dates Received:

9/23/05        9/23/05
Invoice        Goods/Services

INVOICE DATE: 9/23/2005
INVOICE NO:    56765
TOTAL DUE:     $526.56
DATE TAKEN:    09/20/05
RE:            CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):   DR. JUNE CHING

1A 70EX31 25EH 1S 1SF 1CT1
PHIL ROSENBERG        RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

SEP 2 9 2005

# RALPH ROSENBER

## Court Reporters, Inc.

### A Referral Service
### Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

9/23/2005

BILLED
TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56766

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF DR. EVELYN YANAGIDA TAKEN ON 9/20/2005 IN HONOLULU HI | |
| EXPEDITED TRANSCRIPT | |
| ORIGINAL & ONE COPY | 391.50 |

| 1A 51EX31 6EH 1S 1SF 1CT1 KANOE COCKETT | | |
|---|---|---|
| | Tax | 16.31 |
| | TOTAL DUE | $407.81 |

Invoices payable within 30 days.  A finance charge of 1½% per month will apply on past due amounts.

### THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

_____  9-28/05
Signature          Date
Dates Received:
___9/23/05___  ___9/23/05___
Invoice          Goods/Services
Payment Approved:
_____  10/12/05
Signature          Date

INVOICE DATE: 9/23/2005
INVOICE NO:   56766
TOTAL DUE:    $407.81
DATE TAKEN:   9/20/2005
RE:           CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):  DR. EVELYN YANAGIDA

1A 51EX31 6EH 1S 1SF 1CT1
KANOE COCKETT
RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT 18 2005

# RALPH ROSENBERG

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/27/2005

BILLED
TO:    REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56825

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF STEVE KUX, DR. DENNIS MCLAUGHLIN TAKEN ON 09/13/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 793.95 |

| 2A 133ST1 161EH 2S 2SF 12P 2CT1 BARBARA ACOBA | | |
|---|---|---|
| | **Tax** | 33.08 |
| | **TOTAL DUE** | **$827.03** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:    REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

_____ 9/28/05
                        Date

Date Received:

9/27/05          9/27/05
Invoice          Goods/Services

Payment Approved:

Cindy B. Inouye  10/12/05
Signature         Date

INVOICE DATE: 9/27/2005
INVOICE NO:    56825
TOTAL DUE:     $827.03
DATE TAKEN:    09/13/05
RE:            CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):   STEVE KUX, DR. DENNIS MCLAUGHLIN

2A 133ST1 161EH 2S 2SF 12P 2CT1
BARBARA ACOBA           RALPH ROSENBERG COURT REPORTERS, INC.
                1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT 18 2005



# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

9/28/2005

JANE MOTHER V. SOH , ET AL
Civ. No. 00446; M.I. 0018241

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

BILLED
TO:     REGINALD YEE, ESQ.
        DEPARTMENT OF THE ATTORNEY GENERAL
        425 QUEEN STREET
        HONOLULU, HI 96813

INVOICE NO: 56861

RE:MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF DR. JEREMY LAM TAKEN ON 09/14/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 430.05 |
| 1A 77ST1 70EH 1S 1SF 6P 1CT1 ELSIE TERADA | |

| | | |
|---|---|---|
| **Tax** | | 17.92 |
| **TOTAL DUE** | | $447.97 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:     REGINALD YEE, ESQ.
        DEPARTMENT OF THE ATTORNEY GENERAL
        425 QUEEN STREET
        HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

OCT 3 2005
Signature          Date

Date Received:
9/28/05          9/28/05
Invoice          Goods/Services

Payment Approved:
Cindy S. Onmyu        10/3/05
Signature          Date

INVOICE DATE: 9/28/2005
INVOICE NO:    56861
TOTAL DUE:     $447.97
DATE TAKEN:    09/14/05
RE:            CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):   DR. JEREMY LAM

OCT 3 2005

1A 77ST1 70EH 1S 1SF 6P 1CT1
ELSIE TERADA          RALPH ROSENBERG COURT REPORTERS, INC.
                      1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

JANE MOTHER V. SOH , ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBER

## Court Reporters, Inc.

A Referral Service

Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

9/30/2005

BILLED
TO:     REGINALD YEE, ESQ.
        DEPARTMENT OF THE ATTORNEY GENERAL
        425 QUEEN STREET
        HONOLULU, HI 96813

INVOICE NO: 56919

RE:MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF IVALEE SINCLAIR, DR. MITZI GOLD, DEAN NAGAMINE, ESQ. TAKEN ON 09/15/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 937.45 |

| 2A 143ST1 261EH 3S 3SF 6P 3CT1 10CC | | |
|---|---|---|
| ELSIE TERADA | Tax | 39.05 |
| | **TOTAL DUE** | **$976.50** |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

## THANK YOU

*(Please return this portion with your payment for proper credit.)*

BILLED
TO:     REGINALD YEE, ESQ.
        DEPARTMENT OF THE ATTORNEY GENERAL
        425 QUEEN STREET
        HONOLULU, HI 96813

I certify that goods/services were
.......arily received/rendered.
                                    10/4/05
                                    Date
Received:  9/30/05    9/30/05
                            Goods/Services
Invoice
.......ment Approved:              10/4/05
                                    Date
                                    05

INVOICE DATE: 9/30/2005
INVOICE NO:    56919
TOTAL DUE:     $976.50
DATE TAKEN:    09/15/05
RE:            CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):   IVALEE SINCLAIR, DR. MITZI GOLD, DEAN NAGAMINE, ESQ.

2A 143ST1 261EH 3S 3SF 6P 3CT1 10CC
ELSIE TERADA     RALPH ROSENBERG COURT REPORTERS, INC.
                 *1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813*

JANE MOTHER V. SOH , ET
AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

10/18/2005

BILLED
TO:     REGINALD YEE, ESQ.
        DEPARTMENT OF THE ATTORNEY GENERAL
        425 QUEEN STREET
        HONOLULU, HI 96813

INVOICE NO: 57367

RE:MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF STEVE KUX (C/A) TAKEN ON 9/13/2005 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COSTS | |
| SUBTOTAL | 95.00 |

| 50WF 35SH 10CC | | |
|---|---|---|
| RALPH ROSENBERG | **Tax** | 3.96 |
| | **TOTAL DUE** | $98.96 |

Invoices payable within 30 days.  A finance charge of 1½% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:     REGINALD YEE, ESQ.
        DEPARTMENT OF THE ATTORNEY GENERAL
        425 QUEEN STREET
        HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

OCT 24 2005

Date

INVOICE DATE: 10/18/2005
INVOICE NO:    57367
TOTAL DUE:     $98.96
DATE TAKEN:    9/13/2005
RE:            CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):   STEVE KUX (C/A)

Date Received:
10/14/05            9/05
Invoice          Goods/Services
Received Approved

10/24/05
Signature          Date

50WF 35SH 10CC
RALPH ROSENBERG      RALPH ROSENBERG COURT REPORTERS, INC.
                     1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT 25 2005

JANE MOTHER V. SOH , ET
AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
### A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

10/18/2005

BILLED
TO:   REGINALD YEE, ESQ.
      DEPARTMENT OF THE ATTORNEY GENERAL
      425 QUEEN STREET
      HONOLULU, HI  96813

INVOICE NO: 57371

REMOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF DR. DENNIS MCLAUGHLIN, DR. JEREMY LAM (C/A) TAKEN ON 09/13/05 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COSTS ALSO TAKEN ON 09/14/05 | |
| SUBTOTAL | 150.00 |
| 84WF 56SH 10CC  RALPH ROSENBERG  **Tax** | 6.25 |
| **TOTAL DUE** | **$156.25** |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:   REGINALD YEE, ESQ.
      DEPARTMENT OF THE ATTORNEY GENERAL
      425 QUEEN STREET
      HONOLULU, HI  96813

I certify that goods/services were
satisfactorily received/rendered.

Signature                              Date

Date Received:

INVOICE DATE: 10/18/2005
INVOICE NO:    57371
TOTAL DUE:     $156.25
DATE TAKEN:    09/13/05
RE:            CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):   DR. DENNIS MCLAUGHLIN, DR. JEREMY LAM (C/A)

Invoice            Goods/Services
10/19/05           9/05

Payment Approved:

Signature          Date
10/24/05

84WF 56SH 10CC
RALPH ROSENBERG       RALPH ROSENBERG COURT REPORTERS, INC.
                      1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813   OCT 25 2005

JANE MOTHER V. SOH , ET
AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

*1001 Bishop Street*
*2460 Pacific Tower*
*Honolulu, Hawaii 96813*
*Telephone: (808) 524-2090*

10/18/2005

BILLED
TO:    REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 57382

REMOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| COSTS ADVANCED RE: DEPOS OF IVALEE SINCLAIR, EVELYN YANAGIDA, JUNE CHING (C/A) TAKEN ON 09/15/05 IN HONOLULU HI | | |
| WITNESS, SHERIFF & COPY COST ALSO TAKEN ON 09/20/05 | | |
| | SUBTOTAL | 217.00 |
| 124WF 83SH 10CC | **Tax** | 9.04 |
| RALPH ROSENBERG | **TOTAL DUE** | $226.04 |

Invoices payable within 30 days.  A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED
TO:    REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received rendered
                                    OCT 24 2005
Signature                           Date
Dates Received:
          10/19/05        9/05
          Invoice      Goods/Services
Payment Approved:

INVOICE DATE: 10/18/2005
INVOICE NO:    57382
TOTAL DUE:     $226.04
DATE TAKEN:    09/15/05
RE:            CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):   IVALEE SINCLAIR, EVELYN YANAGIDA, JUNE CHING (C/A)

_Cindy S. Inouye_ 10/24/05
Signature                  Date

124WF 83SH 10CC
RALPH ROSENBERG

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT 25 2005

**CERTIFIED LEGAL VIDEO SERVICES**
**A Division of Media Solutions, Inc.**
**1000 Bishop Street, Suite 904**
**Honolulu, HI 96813**
**Tel: (808) 550-CLVS   Fax: (808) 550-8860**

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 09/23/05 | 5791 |

| BILL TO |
|---------|
| Attn: Reginald Yee, Esq.<br>Department of the Attorney General<br>425 Queen St.<br>Honolulu, HI 96813<br>(808) 587-2969 |

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|------------|-------|----------|----------|-----------|
|  | Net 30 | 10/23/05 | 00-00446 DAE | Jane Mother v. State of HI, |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|-------------|------------|------|--------|
| Video Deposition of: Steve Kux (Sept. 13, 2005) | 3.25 | 100.00 | 325.00 |
|   Original Tape (sent to Ralph Rosenberg CR) | 1 | 20.00 | 20.00 |
|   Attorney's VHS Copy - 1st Set (sent to Attorney General) | 1 | 20.00 | 20.00 |
|   3 Additional Copies - 50% Discount (sent to Attorney General) | 3 | 10.00 | 30.00 |
|  |  |  |  |
| SUBTOTAL |  |  | 395.00 |
| Hawaii General Excise Tax |  | 4.166% | 16.46 |

I certify that goods/serv
satisfactorily re

9/28/05

Date
9/23/05      9/23/05

Payment Approved:

*[signature]* Gary S. Onuye   7/28/05
Signature                      Date

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

| **Total** | $411.46 |
|-----------|---------|

OCT 19 2005   $359.46

CERTIFIED LEGAL VIDEO SERV...
A Division of Media Solutions, Inc.
1000 Bishop Street, Suite 904
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

JANE MOTHER V. SOH , ET AL
Civ. No. 00446; M.I. 0018241

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 09/26/05 | 5794 |

**BILL TO**

Attn:  Reginald Yee, Esq.
Department of the Attorney General
425 Queen St.
Honolulu, HI 96813
(808) 587-2969

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|------------|-------|----------|----------|-----------|
|  | Net 30 | 10/26/05 | 00-00446 DAE | RN, et al. v. State of HI, et |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|-------------|------------|------|--------|
| VHS Duplication (61-120 min.): Sharon DeLoughery Depo | 1 | 25.00 | 25.00 |
| Additional Copy - 50% Discount | 3 | 12.50 | 37.50 |
| T-120 VHS Videotape | 4 | 5.00 | 20.00 |
| SUBTOTAL |  |  | 82.50 |
| Hawaii General Excise Tax |  | 4.166% | 3.44 |

I certify that goods/services were
satisfactorily received/rendered.

9/30/05
Date

Dates Received:
9/27/05     9/27/05
Invoice     Goods/Services

Payment Approved:
Cindy S. Omura   9/28/05
Signature           Date

| Mahalo for your Business! Please make payment to Certified Legal Video Services FEIN#99-0353545 | **Total** | $85.94 |
|---|---|---|

SEP 3 0 2005