## COPY COSTS

A083

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

**Customer Copy**

Receipt for Payment
## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 231199 |
| Trans | 135025 |

Received From: **ATTY GENERAL**
Case Number:
Reference Number: CV 03-625

| | | | |
|---|---|---|---|
| | | Cash | 16.00 |
| | | Total | 16.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| COPY FEE | 322350 | 14 | 7.00 |
| CERTIFICATION | 322360 | 1 | 5.00 |
| CERTIFICATION | 510000 | 1 | 4.00 |

| | | |
|---|---|---|
| | Total | 16.00 |
| | Tend | 20.00 |
| | Due | 4.00 |

08/26/2005 09:54:50 AM    Deputy Clerk: jp/DT

I certify that goods/services were
satisfactorily received on ...

_____  8/26/05
Receiver              Date

8/26/05        8/26/05
Invoice         Goods/Services

Payment Approval:

Andy B. Inouye  8/30/05
Signature        Date

**Health Information Services, Inc.**

P.O. BOX 83150 · Phoenix, AZ 85071-3150
602-944-1411 · FAX 602-944-4567
Tax ID # 86-1008482

DEPT. OF THE ATTORNEY GENERAL
NANCY ALBANO
425 QUEEN ST.
HON HI 96813
CIVIL NO. CV00-00446

INVOICE # 671
INVOICE DATE 6/7/02
FILE DATE
DUE DATE

MEDICAL RECORDS FROM: KAPIOLANI MED CTR
PATIENT NAME: W———, S———
SSN: ———
DOB: 4/15/49

RN v. SOH
00-00446 (DOE)

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 21 | XEROX PAGES | 10.50 |
| 8 | MICROFILMED PAGES | 4.00 |
|   | TAX | .58 |
|   |   | $15.08 |

I certify that goods/services were satisfactorily received/rendered.

_____  6/18/02
Signature                      Date

Dates Received:

6/7/02            6/7/02
Invoice          Goods/Services

Payment Approved:

_____  6/19/02
Signature                      Date

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL CUSTOMER SERVICE AT: 602-944-1411

To ensure proper credit to your account, please return this portion with your payment.

Make Checks Payable To:

HEALTH INFORMATION SERVICES, INC.
P.O. BOX 83150
PHOENIX, AZ 85071-3150

INVOICE # 671
INVOICE DATE
FILE DATE
DUE DATE

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q(ee)n St.    532-6566

FREE PICK-UP & DELIVERY

INVOICE NUMBER: 142837

**SOLD TO:**
- NAME: Depart of Attorney General
- ADDRESS: 425 Queen St
- Litigation, Civil Rights
- PHONE (BUSINESS): 586-3945

**JOB INFO:**
- CHARGE: ☒ R   DATE: 3-22-02
- CONSULTANT: Jeff M
- CONTACT: Pat G
- JOB REFERENCE / P.O. NO.: RN vs S.O.H. (00-00446) (DAE-LEK) (DOE)

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | SET UP: | | | | | | |
| | | UNBIND/REBIND: | | | | | | |
| 1276 | 1 | FILE COPIES: ☐ auto ☒ semi-auto ☐ difficult ☒ hand placed ☒ multiple sizes | | | | | .16 | 204.16 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | | |
| | | FILE COPIES Originals from: Contact: _____ Phone: _____ | | | | | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | | | | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | | | | | |
| | | OVERSIZE COPIES: ☐ s/s reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | | | | | |
| | | OTHER: | | | | | | |

I certify that goods/services were satisfactorily received/rendered.

Signature: _____ Date: 3/25/02

SHIP TO:
Dates Received:
Invoice: 3/22/02
Goods/Services: 3/22/02
Payment Approved: 3/25/02

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

REMIT PAYMENT TO:
NEWTECH IMAGING
99 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

| DATE | RECEIVED BY |
|---|---|
| 3/22/02 | R. Pabatin |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

| SUB-TOTAL | 204.16 |
|---|---|
| TAX | 8.51 |
| TOTAL | 212.65 |

NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.    532-6566

**FREE PICK-UP & DELIVERY**

## SOLD TO
- **NAME:** Attorney General
- **ADDRESS:** Civil Rights Division
- 425 Queen St
- **CITY, STATE, ZIP:** Hon, HI 96813
- **PHONE (BUSINESS):** 586-1300

## JOB INFO
- **CHARGE:** ☒ R  ☐ ST  ☐ C.O.D.
- **DATE:** 3-27-02
- **CONSULTANT:** Randy
- **CONTACT:** Pat Greene / Karen C.
- **JOB REFERENCE / P.O. NO.:** Nancy Albano / 00-00446 DAE
- **INVOICE NUMBER:** 142871

**DESCRIPTION:** RH Doe v. SOH (D.O.E.)

| ORIGINALS | COPIES | | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| 439 | 1 | FILE COPIES: ☒ semi-auto ☒ hand placed ☒ multiple sizes — Clips, staples — Same as above | | | | | .16 | 70.24 |

MAR 28 8 29 AM '02 — Department of Attorney General, State of Hawaii

**BINDING:** ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal
**BINDING:** ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal
**COVERS:** ☐ acetate F B  ☐ glossy F B  ☐ cardstock F B  ☐ vinyl F B
**FINISHING:** ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate
**FINISHING:** ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate
**SET UP:**
**UNBIND/REBIND:**
**FILE COPIES:** ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes
**COLOR COPIES:** ☐ 8-1/2x11  ☐ 8-1/2x14  ☐ 11x17
**SPECIAL HANDLING:** ☐ enlarge ☐ reduce ☐ area designate ☐ color create
**OVERSIZE COPIES:** ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42
**OTHER:**

**SHIP TO:** I certify that goods/services were satisfactorily received/rendered. Signature 3/28/02

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

3/27/02   3/27/02
**PLEASE PAY FROM THIS INVOICE**
To insure proper credit, please include account name and invoice number with payment.

Payment Approved: Signature 4/1/02

| SUB-TOTAL | 70.24 |
|---|---|
| TAX | 2.93 |
| TOTAL | 73.17 |

REMIT PAYMENT TO:
NEWTECH IMAGING
AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

| DATE | RECEIVED BY |
|---|---|
| / / | |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

333 Queen St.    532-6566

*FREE PICK-UP & DELIVERY*

| SOLD TO | | JOB INFO | |
|---|---|---|---|
| NAME | Depart of Attorney General | CHARGE | X R ☐ ST ☐ C.O.D. |
| ADDRESS | 425 Queen St | DATE | 5-7-02 |
| | Tort Litigation | CONSULTANT | Apni, Cindy |
| CITY, STATE, ZIP | | CONTACT | Robert |
| PHONE (BUSINESS) | | JOB REFERENCE / P.O. NO. | CV00 00446 DAE |

INVOICE NUMBER: 143115

RN Napoleon

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES 1st Side 11" 14" 11x17 20# White    RN v. SOH (006) | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | BINDING: ☐staple ☐GBC ☐velo ☐acco ☐thermal | | |
| | | BINDING: ☐staple ☐GBC ☐velo ☐acco ☐thermal | | |
| | | COVERS: ☐acetate F B ☐glossy F B ☐cardstock F B ☐vinyl F B | | |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | |
| | | SET UP: | | |
| 344 | 3 | UNBIND/REBIND:  remove/replace post its | 14 | 144 48 |
| | | FILE COPIES: ☐auto ✗semi-auto ✗difficult ☐hand placed ☐multiple sizes | | |
| | | FILE COPIES: ☐auto ☐semi-auto ☐difficult ☐hand placed ☐multiple sizes | | |
| | | FILE COPIES Originals from:   Contact:   Phone: | | |
| | | COLOR COPIES: ☐8-1/2x11 ☐8-1/2x14 ☐11x17 | | |
| | | SPECIAL HANDLING: ☐enlarge ☐reduce ☐area designate ☐color create | | |
| | | OVERSIZE COPIES: ☐s/s ☐reduced ☐enlarged ☐18x24 ☐24x36 ☐30x42 | | |
| | | OTHER: | | |

May 7 1 56 PM '02

RECEIVED DEPARTMENT OF ATTORNEY GENERAL STATE OF HAWAII

I certify that goods/services were satisfactorily received/rendered.
SHIP TO:   [signature] 5/7/02
                                      Date

PAYMENT DUE UPON RECEIPT OF THIS INVOICE 5/7/02
**PLEASE PAY FROM THIS INVOICE**

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

Invoice: 5/7/02   Goods/Services
Payment Approved [signature] 5/8/02

| DATE | RECEIVED BY | | |
|---|---|---|---|
| / / | [signature] | SUB-TOTAL | 144 48 |
| | WHITE - Original | TAX | 6 02 |
| | YELLOW - Customer | TOTAL | 150 50 |
| | PINK - Accounting Dept. | | |

**NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS**

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q__n St.   532-6566
FREE PICK-UP & DELIVERY

**SOLD TO**
NAME: Depart of Attorney General
ADDRESS: 425 Queen St.
             Main Litigation
CITY, STATE, ZIP: Civil Rights ?
PHONE (BUSINESS): 586-1094

**JOB INFO**
CHARGE: ☒ R   ☐ ST   ☐ C.O.D.
DATE: 04/21/02
CONSULTANT: APH
CONTACT: Ko/Albany (DOE)
JOB REFERENCE / P.O. NO.: RN vs S.O.H. 00-00446 DAE
INVOICE NUMBER: **143206**

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| 1 | 2 | BINDING: ☐ staple ☒ GBC ☐ velo ☐ acco ☐ thermal | | | | | 2.75 | 5.50 |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| 1 | 2 | COVERS: ☒ acetate F/B ☒ glossy F/B ☐ cardstock F B ☐ vinyl F B | | | | | 1.30 | 2.60 |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | SET UP: | | | | | | |
| 2 | 1 | UNBIND/REBIND: | | | | | 1.00 | 2.00 |
| 414 | 2 | FILE COPIES: ☐ auto ☐ semi-auto ☒ spiral manual ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | .12 | 99.36 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | | |
| | | FILE COPIES Originals from: Contact:       Phone: | | | | | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | | | | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color ☐ create | | | | | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | | | | | |
| | | OTHER: | | | | | | |
| | | SHIP TO: | | | | | | |

I certify that goods/services were satisfactorily received/rendered.
Signature
Dates Received: 5/21/02   Goods/Services 5/2/02
Invoice 5/21/02   Payment Approved: Cindy H Onaga 5/28/02 Date

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

| DATE | RECEIVED BY |
|---|---|
| 5/22/02 | |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

| SUB-TOTAL | 109.46 |
|---|---|
| TAX | 4.56 |
| TOTAL | 114.02 |

NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.    532-6566

**FREE PICK-UP & DELIVERY**

| JOB INFO | | |
|---|---|---|
| NAME/ADDRESS: DEPT of the ATTORNEY GENERAL | CHARGE: ☒ CR ☐ ST ☐ C.O.D. | DATE: 5/29/02 |
| ADDRESS: 425 QUEEN ST. | CONSULTANT: CINDY | INVOICE NUMBER: 143243 |
| CITY, STATE, ZIP: CIVIL RIGHTS DIVISION | CONTACT: ROBERT U. / NANCY ALBANO | ALTERNATE PHONE: |
| PHONE (BUSINESS): | JOB REFERENCE / P.O. NO.: CV 00446 USDC / RNV DOE | |

Description: RN v. SOH (DOE)

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | |
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | |
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | SET UP: | | | | | | |
| | | UNBIND/REBIND: | | | | | | |
| 2821 | 2 | FILE COPIES: ☐ auto ☒ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes — PLENTY STAPLES, 11" & 14" 2-SD | | | | | .14 | 789 88 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | | |
| | | FILE COPIES Originals from: CARL VARADY    Contact:    Phone: 523 8447 | | | | | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | | | | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | | | | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 | | | | | | |
| | | OTHER: | | | | | | |
| | | SHIP TO: | | | | | | |

I certify that goods/services were satisfactorily received/rendered.

Signature: [signed] Nancy Albano    Date: 5/31/02
Date Received: 5/29/02
Invoice: 5/29/02
Payment Approved: [signed]    Goods/Services: 5/31/02

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

| DATE | RECEIVED BY |
|---|---|
| / / | Pat Arline |

| SUB-TOTAL | 789 88 |
|---|---|
| TAX | 32 91 |
| TOTAL | 822 79 |

NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q____ St.   532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
- NAME: Depart of Attorney General
- ADDRESS: 425 Queen St
- CITY, STATE, ZIP: Civil Rights Division
- PHONE: 586-1494

**JOB INFO**
- CHARGE: X R  ☐ ST  ☐ C.O.D.   DATE: 6/6/02
- CONSULTANT: Army, April
- CONTACT: KC / Pat Greene (DOE)
- JOB REFERENCE/P.O. NO.: CV00446 ~~HSBC~~ LEK
- INVOICE NUMBER: 143312

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | COPIES | 1st Side | 11" | 14" | 11x17  20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17  20# White | | |
| | | COPIES | 1st Side | 11" | 14" | 11x17  20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17  20# White | | |
| | | COPIES | 1st Side | 11" | 14" | 11x17  20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17  20# White | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | SET UP: | | | | | | |
| | | UNBIND/REBIND: Dismtl Staples 11" & 14", 2 sd | | | | | | |
| 2813 | 2 | FILE COPIES: ☐ auto X semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | .14 | 787 64 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | | |
| | | FILE COPIES Originals from: Contact: _____ Phone: _____ | | | | | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | | | | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | | | | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | | | | | |
| | | OTHER: | | | | | | |
| | | SHIP TO: | | | | | | |

*I certify that goods/services were satisfactorily received/rendered.*
Signature _____ Date 6/6/02
Dates Received: 6/6/02   Goods/Services 6/4/02

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

**SUB-TOTAL:** 787 64
**TAX:** 32 81
**TOTAL:** 820 45

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

*"PLEASE PAY FROM THIS INVOICE"*
To insure proper credit, please include account name and invoice number with payment.

| DATE | RECEIVED BY |
|---|---|
| / / | KC |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.   532-6566

*FREE PICK-UP & DELIVERY*

| | | | |
|---|---|---|---|
| SOLD TO | NAME: Depart of Attorney General | JOB INFO | CHARGE: R   DATE: 06/24/02   INVOICE NUMBER: 143431 |
| | ADDRESS: 465 Queen St | | CONSULTANT: Randy |
| | TM Litigation | | CONTACT: Pat Green |
| | CITY, STATE, ZIP:   PHONE: 586-1700 | | JOB REFERENCE / P.O. NO: RN V S.O.H. (DOE) |

| ORIGINALS | COPIES | DESCRIPTION | 00-00446 USDC | UNIT | AMOUNT |
|---|---|---|---|---|---|
| | | COPIES 1st Side 11" 14" 11x17 20# White | | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | |
| | | COVERS: ☐ acetate F B  ☐ glossy F B  ☐ cardstock F B  ☐ vinyl F B | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | |
| | | SET UP: | | | |
| | | UNBIND/REBIND: | | | |
| 1300 | 1 | FILE COPIES: ☐ auto ☐ semi-auto ☒ difficult ☐ hand placed ☐ multiple sizes  serial original | | .10 | 130.00 |
| 1300 | n | FILE COPIES: ☐ auto ☒ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes  additional | | .08 | 312.00 |
| | | FILE COPIES Originals from: | | | |
| | | Contact:   Phone: | | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | | |
| | | OTHER: | | | |

I certify that goods/services were satisfactorily rendered and prices are listed above

Signature: _____
Dates Received: 6/24/04
Ship To: 6/24/04   Goods/Services
Invoice: 6/27/02
Payment Approved: _____ Date: _____
Signature: _____

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
NEWTECH IMAGING
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

*"PLEASE PAY FROM THIS INVOICE"*
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

| SUB-TOTAL | 442.00 |
|---|---|
| TAX | 1.88 |
| TOTAL | 47.10 |

| DATE | RECEIVED BY |
|---|---|
| / / | |

NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS