# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q( )i St.   532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
NAME: ATTORNEY GENERAL
ADDRESS: LITIGATION
425 QUEEN ST
CITY, STATE, ZIP:
PHONE (BUSINESS): 586-1494

**JOB INFO**
CHARGE: ☒R ☐ST ☐C.O.D.
DATE: 6-17-02
CONSULTANT: RANDY/JEFF
CONTACT: PAT GREENE
JOB REFERENCE / P.O. NO.: RN V5304 / 00-00446 (DOE)

INVOICE NUMBER: **143375**

| ORIGINALS | COPIES | DESCRIPTION | | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| 18 | 1 | BINDING: ☐staple ☒GBC ☐velo ☐acco ☐thermal | | | | | | 1.75 | 31 50 |
| | | BINDING: ☐staple ☐GBC ☐velo ☐acco ☐thermal | | | | | | | |
| 18 | 1 | COVERS: ☒acetate F B ☒glossy F B ☐cardstock F B ☐vinyl F B | | | | | | 1.30 | 23 40 |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | | | | | | |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | | | | | | |
| | | SET UP: | | | | | | | |
| | | UNBIND/REBIND: | | | | | | | |
| 1,105 | 3 | FILE COPIES: ☐auto ☐semi-auto ☐difficult ☐hand placed ☐multiple sizes | | | | | | .14 | 464 10 |
| 378 | 3 | FILE COPIES: ☐auto ☐semi-auto ☐difficult ☐hand placed ☐multiple sizes  DEPOS | | | | | | .10 | 113 40 |
| | | FILE COPIES Originals from: Contact:   Phone: | | | | | | | |
| | | COLOR COPIES: ☐8-1/2x11 ☐8-1/2x14 ☐11x17 | | | | | | | |
| | | SPECIAL HANDLING: ☐enlarge ☐reduce ☐area designate ☐color create | | | | | | | |
| | | OVERSIZE COPIES: ☐s/s ☐reduced ☐enlarged ☐18x24 ☐24x36 ☐30x42 | | | | | | | |
| | | OTHER: | | | | | | | |

I certify that goods/services satisfactorily received/rendered
Signature _____ Date 6/19/02

SHIP TO:
Dates Received: 6/17/02
Goods/Services 6/17/02
Invoice 6/20/02
Payment Approved

PAYMENT DUE UPON RECEIPT OF THIS INVOICE
"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

| SUB-TOTAL | 632 40 |
|---|---|
| (less 10%) | <63 24> |
| | 569 16 |
| TAX | 23 71 |
| **TOTAL** | 592 87 |

DATE: / /    RECEIVED BY:

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q[ee]n St.    532-6566

*FREE PICK-UP & DELIVERY*

| SOLD TO | | JOB INFO | | INVOICE NUMBER |
|---|---|---|---|---|
| NAME | Depart of Attorney General | CHARGE: ☒R ☐ST ☐C.O.D. DATE 6/17/02 | | 143380 |
| ADDRESS | 405 Queen St | CONSULTANT | Barry | |
| | Tort Litigation | CONTACT | Pat Green | ALTERNATE PHONE |
| CITY, STATE, ZIP | | PHONE (BUSINESS) | JOB REFERENCE / P.O. NO. | RN VS S.O.H (OOE) |

00-00446

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES 1st Side  11"  14"  11x17  20# White | | |
| | | COPIES 2nd Side  11"  14"  11x17  20# White | | |
| | | COPIES 1st Side  11"  14"  11x17  20# White | | |
| | | COPIES 2nd Side  11"  14"  11x17  20# White | | |
| | | COPIES 1st Side  11"  14"  11x17  20# White | | |
| | | COPIES 2nd Side  11"  14"  11x17  20# White | | |
| 10 | 1 | BINDING: ☐staple ☒GBC ☐velo ☐acco ☐thermal | 1.70 | 17.00 |
| | | BINDING: ☐staple ☐GBC ☐velo ☐acco ☐thermal | | |
| 10 | 1 | COVERS: ☒acetate F B ☒glossy F B ☐cardstock F B ☐vinyl F B | 1.30 | 13.00 |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | |
| | | SET UP: | | |
| 7 | 1 | UNBIND/REBIND: | 1.00 | 7.00 |
| 89 | 4 | FILE COPIES: ☐auto ☐semi-auto ☒difficult ☐hand placed ☐multiple sizes  Spiral original | .10 | 35.60 |
| 378 | 1 | FILE COPIES: ☐auto ☐semi-auto ☒difficult ☐hand placed ☐multiple sizes  Spiral original | .10 | 37.80 |
| | | FILE COPIES Originals from: | | |
| | | Contact:                    Phone: | | |
| | | COLOR COPIES: ☐8-1/2x11 ☐8-1/2x14 ☐11x17 | | |
| | | SPECIAL HANDLING: ☐enlarge ☐reduce ☐area designated ☐color create | | |
| | | OVERSIZE COPIES: ☐s/s ☐reduced ☐enlarged ☐18x24 ☐24x36 ☐30x42 | | |
| | | OTHER: | | |
| | | SHIP TO: | SUB-TOTAL | 110.40 |
| | | | TAX | 4.62 |
| | | | TOTAL | 115.02 |

I certify that goods/services were satisfactorily received/rendered
[signature] Murry Athur  Date

Dates Received:
6/17/02  6/17/02  Goods/Services
6/17/02  Invoice
Payment Approved [signature] 6/20/02  Date

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

**REMIT PAYMENT TO:**
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

*"PLEASE PAY FROM THIS INVOICE"*
To insure proper credit, please include account name and invoice number with payment.

| DATE | RECEIVED BY |
|---|---|
| / / | |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

**NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS**



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

333 Queen St.          532-6566
FREE PICK-UP & DELIVERY

**SOLD TO:**
NAME: Depart of Attorney General
ADDRESS: 425 Queen St
CITY, STATE, ZIP: Civil Rights Litigation
PHONE (BUSINESS): 5801500

**JOB INFO:**
CHARGE: X R   DATE: 7/16/02
CONSULTANT: Cindy
CONTACT: Pat Greene
INVOICE NUMBER: 143603
JOB REFERENCE / P.O. NO.: RN et al v S.O.H 00-00446 DAE (DOE)

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | BINDING: staple GBC velo acco thermal | | |
| | | BINDING: staple GBC velo acco thermal | | |
| | | COVERS: acetate F B  glossy F B  cardstock F B  vinyl F B | | |
| | | FINISHING: fold cut pad punch insert collate | | |
| | | FINISHING: fold cut pad punch insert collate | | |
| | | SET UP: | | |
| | | UNBIND/REBIND: | | |
| 1381 | 1 | FILE COPIES: auto X semi-auto difficult hand placed multiple sizes  w/ plenty slipsheets | .12/.10 | 138 10 |
| | | FILE COPIES: auto semi-auto difficult hand placed multiple sizes | | |
| | | FILE COPIES Originals from:   Contact:   Phone: | | |
| | | COLOR COPIES: 8-1/2x11  8-1/2x14  11x17 | | |
| | | SPECIAL HANDLING: enlarge reduce area designate | | |
| | | OVERSIZE COPIES: s/s reduced enlarged 18x24 24x36 30x42 | | |
| | | OTHER: | | |
| | | SHIP TO: | | |

I certify that goods/services were satisfactorily rendered.
Signature / Date
Dates Received: 7/16/02
Invoice 7/16/02
Goods/Services 7/18/02
Approved:

PAYMENT DUE UPON RECEIPT OF THIS INVOICE
"PLEASE PAY FROM THIS INVOICE"

| | |
|---|---|
| SUB-TOTAL | 138 10 |
| TAX | 5 75 |
| TOTAL | 143 85 |

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

DATE: / /
RECEIVED BY:

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

**NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS**



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.   532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
- NAME: Dept of Attorney General
- ADDRESS: 325 Queen Street
- CITY, STATE, ZIP: Hon, HI 96813
- PHONE (BUSINESS): Civil Rights Div.

**JOB INFO**
- CHARGE: ☒ R ☐ ST ☐ C.O.D.
- DATE: 7/11/03
- CONSULTANT: Jeff
- CONTACT: MARNIE
- INVOICE NUMBER: 146508
- JOB REFERENCE / P.O. NO.: RN v. SOH  M# 00-18241

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal ☐ coil | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal ☐ coil | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | |
| | | SET UP: | | |
| | | UNBIND/REBIND: | | |
| 629 | 1 | FILE COPIES: ☐ auto ☒ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | .14 | 88.06 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | |
| | | FILE COPIES Originals from: CARL VARADY | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | |
| | | OVERSIZE COLOR: | | |
| | | FOAMCORE MOUNT (FCM): | | |
| | | TABS: | | |
| | | GRAPHIC / DIGITAL: | | |
| 629 | 1 | GRAPHIC / DIGITAL: labeling | .08 | 50.32 |

SUB-TOTAL: 138.38
TAX: 5.76
TOTAL: 144.14

REMIT PAYMENT TO:
NEWTECH IMAGING
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

PAYMENT DUE UPON RECEIPT OF THIS INVOICE
"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

DATE: / /   RECEIVED BY: Marnie

**NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS**

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Qu[...] St.   **532-6566**

FREE PICK-UP & DELIVERY

**SOLD TO**
NAME: Dag - lost
ADDRESS: 425 Queen
CITY, STATE, ZIP:
PHONE (BUSINESS):

**JOB INFO**
CHARGE: ☐ R  ☐ ST  ☐ C.O.D.
DATE:
INVOICE NUMBER: **150881**
CONSULTANT:
CONTACT: Richard
QC:
JOB REFERENCE / P.O. NO.: PN 00446

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5226 | 1 | COPIES  1st Side  ⊗11"  14"  11x17  ⊗20# White | | | | | .08 | 418 08 |
| | | COPIES  2nd Side  11"  14"  11x17  20# White | | | | | | |
| | | COPIES  1st Side  11"  14"  11x17  20# White | | | | | | |
| | | COPIES  2nd Side  11"  14"  11x17  20# White | | | | | | |
| | 4 | BINDING: ☐staple ☐GBC ☐velo ⊗acco ☐thermal ☐coil | | | | | 1.25 | 5 00 |
| | 3 | BINDING: ☐staple ☐GBC ☐velo ⊗acco ☐thermal ☐coil | | | | | 1.75 | 5 25 |
| | | COVERS: ☐acetate F B ☐glossy F B ☐cardstock F B ☐vinyl F B | | | | | | |
| | 2553 | FINISHING: ☐fold ☐cut ☐pad ⊗punch ☐insert ☐collate | | | | | .015 | 38 30 |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | | | | | |
| | | SET UP: | | | | | | |
| | | UNBIND/REBIND: | | | | | | |
| | | FILE COPIES: ☐auto ☐semi-auto ☐difficult ☐hand placed ☐multiple sizes | | | | | | |
| | | FILE COPIES: ☐auto ☐semi-auto ☐difficult ☐hand placed ☐multiple sizes | | | | | | |
| | | FILE COPIES Originals from:  Contact:  Phone: | | | | | | |
| | | COLOR COPIES: ☐8-1/2x11 ☐8-1/2x14 ☐11x17 | | | | | | |
| | | COLOR COPIES: ☐8-1/2x11 ☐8-1/2x14 ☐11x17 | | | | | | |
| | | SPECIAL HANDLING: ☐enlarge ☐reduce ☐area designate ☐color create | | | | | | |
| | | OVERSIZE COPIES: ☐s/s ☐reduced ☐enlarged ☐18x24 ☐24x36 ☐30x42 | | | | | | |
| | | OVERSIZE COLOR: | | | | | | |
| | | FOAMCORE MOUNT (FCM): | | | | | | |
| | | TABS: | | | | | | |
| | | GRAPHIC / DIGITAL: | | | | | | |
| | | GRAPHIC / DIGITAL: | | | | | | |

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

**SUB-TOTAL** 466 63

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 831-6506

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

**TAX** 19 44

| DATE | RECEIVED BY |
|---|---|
| 7/18/05 | Asa |

WHITE - Original / Office
YELLOW - Customer
PINK - File

**TOTAL** 486 07

P-Card

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.   532-6566

**FREE PICK-UP & DELIVERY**

**SOLD TO**
- NAME: AG
- ADDRESS: 425 Queen

**JOB INFO**
- P-card
- CONSULTANT: Asa
- CONTACT: Richard
- INVOICE NUMBER: 150907

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 1143 | 3 | COPIES 1st Side (11") 14" 11x17 (20# White) | .07 | 240.03 |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | BINDING: staple GBC velo acco thermal coil | | |
| | | BINDING: staple GBC velo acco thermal coil | | |
| | | COVERS: acetate F B  glossy F B  cardstock F B  vinyl F B | | |
| 1143 | 3 | FINISHING: fold cut pad ☒punch insert collate | .015 | 51.44 |
| | | FINISHING: fold cut pad punch insert collate | | |
| | | SET UP: | | |
| | 2 | UNBIND/REBIND: GBC | 1.00 | 2.00 |
| | | FILE COPIES: auto semi-auto difficult hand placed multiple sizes | | |
| | | FILE COPIES: auto semi-auto difficult hand placed multiple sizes | | |
| | | FILE COPIES Originals from: Contact: Phone: | | |
| | | COLOR COPIES: 8-1/2x11  8-1/2x14  11x17 | | |
| | | COLOR COPIES: 8-1/2x11  8-1/2x14  11x17 | | |
| | | SPECIAL HANDLING: enlarge reduce area designate color create | | |
| | | OVERSIZE COPIES: s/s reduced enlarged 18x24 24x36 30x42 | | |
| | | OVERSIZE COLOR: | | |
| | | FOAMCORE MOUNT (FCM): | | |
| | | TABS: | | |
| | | GRAPHIC / DIGITAL: | | |
| | | GRAPHIC / DIGITAL: | | |

Jul 22  2 55 PM '05

RECEIVED DEPARTMENT OF ATTORNEY GENERAL STATE OF HAWAII

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

REMIT PAYMENT TO:
NEWTECH IMAGING
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 831-6506

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original / Office
YELLOW - Customer
PINK - File

SUB-TOTAL: 293.47
TAX: 12.23
TOTAL: 305.70

DATE: / /
RECEIVED BY:

**NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS**



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.      532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
NAME: DEPT of the ATTORNEY GEN.
ADDRESS: 425 QUEEN ST.

**JOB INFO**
CHARGE: ☒ ST ☐ C.O.D.
DATE: 8/27/05
INVOICE NUMBER: 150921
CONSULTANT: Cindy
CONTACT: Reggie Yee / Zan
JOB REFERENCE / P.O. NO.: RN NAPOLEON

| | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|
| S | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| S | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| S | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| S | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| NG: | ☐ staple | ☐ GBC | ☐ velo | ☐ acco | ☐ thermal ☐ coil | | |
| NG: | ☐ staple | ☐ GBC | ☐ velo | ☐ acco | ☐ thermal ☐ coil | | |
| RS: | ☐ acetate F B | ☐ glossy F B | ☐ cardstock F B | ☐ vinyl F B | | | |
| ING: | ☐ fold | ☐ cut | ☐ pad | ☐ punch | ☐ insert ☐ collate | | |
| ING: | ☐ fold | ☐ cut | ☐ pad | ☐ punch | ☐ insert ☐ collate | | |
| D/REBIND: | | INCLUDES 3-HOLE | | | | | |
| COPIES: | ☒ auto ☒ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | .06 | 1931 40 |
| COPIES: | ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | | |
| COPIES Originals from: Contact: Phone: | | | | | | | |
| R COPIES: | ☐ 8-1/2x11 | ☐ 8-1/2x14 | ☐ 11x17 | | | | |
| R COPIES: | ☐ 8-1/2x11 | ☐ 8-1/2x14 | ☐ 11x17 | | | | |
| IAL HANDLING: | ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | | | | | |
| OVERSIZE COPIES: | ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | | | | | |
| OVERSIZE COLOR: | | | | | | | |
| FOAMCORE MOUNT (FCM): | | | | | | | |
| TABS: | | | | | | | |
| GRAPHIC / DIGITAL: | | | | | | | |
| GRAPHIC / DIGITAL: | | | | | | | |

PAID BY MASTERCARD

NEW TECH IMAGING
333 QUEEN ST
HONOLULU, HI 96813
808-532-6566

C O P Y
08/27/2005   18:35
Sale:

Transaction #         1
Card Type:   MasterCard
Acc:   ************3802
Exp. Date:         0306
Entry:           Manual
Sale:          2011.86
Reference No.: 002251215
Auth.Code:       080528
Response APPROVAL 080528

THANK YOU!

Aug 29 8 46 AM '05
RECEIVED
DEPARTMENT OF
ATTORNEY GENERAL
STATE OF HAWAII

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 831-6506

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original / Office
YELLOW - Customer
PINK - File

| | |
|---|---|
| SUB-TOTAL | 1931 40 |
| TAX | 80 46 |
| TOTAL | 2011 86 |

DATE: / /
RECEIVED BY: [signature]

**NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS**

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.   532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
- NAME: DEPT of the ATTORNEY GENERAL
- ADDRESS: 425 QUEEN STREET

**JOB INFO**
- CHARGE: ☒ R  ☐ ST  ☐ C.O.D.
- DATE: 9/6/05
- INVOICE NUMBER: 150927
- CONSULTANT: CINDY
- CONTACT: REGGIE
- JOB REFERENCE / P.O. NO.: RN

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | S 1st Side 11" 14" 11x17 20# White | | |
| | | S 2nd Side 11" 14" 11x17 20# White | | |
| | | /REBIND: EXHIBITS, 3HOLE | 1.00 | 9.00 |
| | | PIES: ☐ auto ☒ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | .08 | 1150.40 |
| | | /DIGITAL: CD BURNS | 5.00 | 25.00 |

SUB-TOTAL: 1184.40
TAX: 49.34
TOTAL: 1233.74

---

NEW TECH IMAGING
333 QUEEN ST
HONOLULU, HI 96813
808-532-6566

09/06/2005  10:22
Sale:

Transaction #      1
Card Type:   MasterCard
Acc: ************3802
Exp. Date:      0306
Entry:         Manual
Sale:         1233.74
Reference No.: 918003449
Auth.Code:      046641
Response APPROVAL 046641

I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT (MERCHANT AGREEMENT IF CREDIT VOUCHER)

CINDY INOUYE
x PHONE ORDER
SIGNATURE

IMPRINT CARD

THANK YOU!

ACCOUNTS PAYABLE 831-6506

DATE: 9/6/05

UPON RECEIPT OF THIS INVOICE
*"PLEASE PAY FROM THIS INVOICE"*
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original / Office
YELLOW - Customer
PINK - File

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.  532-6566

**FREE PICK-UP & DELIVERY**

**SOLD TO**
- NAME: DEPT of the ATTORNEY GEN
- ADDRESS: 425 QUEEN ST.
- CITY, STATE, ZIP:
- PHONE (BUSINESS): 586-1200

**JOB INFO**
- CHARGE: ☒ R  ☐ ST  ☐ C.O.D.
- DATE: 10/6/05
- INVOICE NUMBER: 150942
- CONSULTANT: CINDY
- CONTACT: RICHARD GABATINOL
- JOB REFERENCE / P.O. NO.: FN

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|
| 634 | 5 | COPIES 1st Side 11" 14" 11x17 (20# White) AUTO RUN | | | | | .06 | 190 | 20 |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | | | | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | | | | | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | | | | | |
| ~~4~~ 3 | 4 | BINDING: ☐staple ☐GBC ☐velo ☒acco SM ☐thermal ☐coil | | | | | .60 | 7 | 20 |
| 1 | 4 | BINDING: ☐staple ☐GBC ☐velo ☒acco LG ☐thermal ☐coil | | | | | 1.25 | 5 | 00 |
| | | COVERS: ☐acetate F B ☐glossy F B ☐cardstock F B ☐vinyl F B | | | | | | | |
| .634 | 5 | FINISHING: ☐fold ☐cut ☐pad ☒punch ☐insert ☐collate | | | | | .015 | 47 | 55 |
| | | FINISHING: ☐fold ☐cut ☐pad ☐punch ☐insert ☐collate | | | | | | | |
| | | SET UP: | | | | | | | |
| | | UNBIND/REBIND: | | | | | | | |
| | | FILE COPIES: ☐auto ☐semi-auto ☐difficult ☐hand placed ☐multiple sizes | | | | | | | |
| | | FILE COPIES: ☐auto ☐semi-auto ☐difficult ☐hand placed ☐multiple sizes | | | | | | | |
| | | FILE COPIES Originals from: Contact: Phone: | | | | | | | |
| | | COLOR COPIES: ☐8-1/2x11 ☐8-1/2x14 ☐11x17 | | | | | | | |
| | | COLOR COPIES: ☐8-1/2x11 ☐8-1/2x14 ☐11x17 | | | | | | | |
| | | SPECIAL HANDLING: ☐enlarge ☐reduce ☐area designate ☐color create | | | | | | | |
| | | OVERSIZE COPIES: ☐s/s ☐reduced ☐enlarged ☐18x24 ☐24x36 ☐30x42 | | | | | | | |
| | | OVERSIZE COLOR: | | | | | | | |
| | | FOAMCORE MOUNT (FCM) | | | | | | | |
| | | TABS: | | | | | | | |
| | | GRAPHIC / DIGITAL: | | | | | | | |
| | | GRAPHIC / DIGITAL: | | | | | | | |

I certify that goods/services were received/rendered.
_____ Date _____

Payment Approved:
_____ Signature _____ Date _____

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
NEWTECH IMAGING
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 831-6506

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original / Office
YELLOW - Customer
PINK - File

| | |
|---|---|
| SUB-TOTAL | 249 95 |
| TAX | 10 41 |
| TOTAL | 260 36 |

DATE: / /
RECEIVED BY: DELIVERED TO RICHARD W/OUT INVOICE PENDING PRINT METHOD

**NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS**