# NewTech Imaging
PRINTING • COPYING • GRAPHICS

**INVOICE**

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

NE MOTHER V. SOH, ET
Civ. No. 00446; M.I. 0018241

No. **8255**

Date 9/28/2005

Customer P.O. No.

SOLD TO:
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | B&W copies, 8.5 x 11, slip sheets, 3 hole paper, 2876 originals, copied on 1 side | 230.08 |

I certify that goods/services were satisfactorily received/rendered.

_[signature]_  OCT 3 2005
                Date

Invoice Services: R. Sabatin  9/29/05
Invoice                Goods/Services

Payment Approved: _[signature]_  10/3/05
Signature                        Date

Queen

Contact: Ricard
Taken by: April

Ref: RN 00446

| | |
|---|---|
| SUBTOTAL | 230.08 |
| TAX | 9.59 |
| SHIPPING | |
| TOTAL | 239.67 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 8255
Amount Due: $239.67

OCT 3 2005



# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6219**

Date  5/12/2005

Customer P.O. No.

**SOLD TO:**
State Attorney General
425 Queen Street
Honolulu HI 96813
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W 8.5 x 11 copies, , 331 originals, copied on 1 side | 46.34 |

I certify that goods/services were satisfactorily received/rendered.

Signature _____  Date _____
Dates Received:
Invoice  5/12/05    Goods/Services  5/12/05
Payment Approved:
Signature _____  Date _____

Contact: Richard
Tort Litigation

Sales Rep: Queen
Taken by: Randy

Ref: RN / CV # 00446
Matter 00-18241
rec'd 5/12

| | |
|---|---|
| SUBTOTAL | 46.34 |
| TAX | 1.93 |
| SHIPPING | |
| TOTAL | 48.27 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

## Remittance Advice
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6219

Amount Due: 48.27

MAY 13 2005



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

SOLD TO:
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6722**

Date 6/17/2005

Customer P.O. No.

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W copies, some semi-auto, some spiral originals, 8.5 x 11, , 544 originals, copied on 1 side | 108.80 |
| 6 | unbind / rebind, | 6.00 |
| 2 | CD Burn, | 15.00 |
| 2 | spiral bind - small, , 5 originals, copied on 1 side | 17.50 |
| 2 | spiral bind - large, , copied on 1 side | 7.50 |
| 2 | clear front / glossey back, , 6 originals, copied on 1 side | 15.60 |

I certify that goods/services were satisfactorily received/rendered.
_signature_ 6/20/05
Signature                           Date
Dates Received:
6/17/05                 6/17/05
Invoice                 Goods/Services
Payment Approved:
Rec'd 6/17/05 _signature_   _signature_ 6/20/05
                       Signature            Date

Queen

Contact: Richard
Taken by: April

Ref: R.N. CV00-00446
WLD 00-08241

A finance charge of 1% per month will apply on past due amounts.

| | |
|---|---|
| SUBTOTAL | 170.40 |
| TAX | 7.10 |
| SHIPPING | |
| TOTAL | 177.50 |

This is your only invoice: No other copies will be sent.

**Remittance Advice**
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6722

Amount Due: $177.50

JUN 2 1 2005



# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6726**

Date 6/17/2005

Customer P.O. No.

**SOLD TO**
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W: semi auto, insert slip sheets @.12/ copy,  , 436 originals, copied on 1 side | 104.64 |
| 872 | Two Hole Punch | 13.08 |
| 2 | Acco Prongs @.60/ each | 1.20 |
| 2 | Acco Prong @ 1.25 each | 2.50 |

I certify that goods/services were satisfactorily received/rendered.

Dates Received:
Invoice 6/17/05
Payment Approved:

rec'd 6/17/05

Queen

Contact: Richard Gabatinol
Taken by: Cindy

Ref: RN/ CV00-00446
MID 06-08241

| | |
|---|---|
| SUBTOTAL | 121.42 |
| TAX | 5.06 |
| SHIPPING | |
| TOTAL | 126.48 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6726

Amount Due: $126.48

JUN 21 2005



# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6727**

Date 6/17/2005

Customer P.O. No.

SOLD TO:
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W copies 8.5 x 11, , 145 originals, copied on 1 side | 23.20 |

I certify that goods/services were satisfactorily received/rendered.

Signature _____  Date _____
Dates Received:
    6/17/05          6/17/05
    Invoice         Goods/Services

Payment Approved:
_____  6/20/05
Signature         Date

Rec'd 6/17/05

Queen
Contact: Richard
Taken by: April

Ref: R.N. CV00-00446

| | |
|---|---|
| SUBTOTAL | 23.20 |
| TAX | 0.97 |
| SHIPPING | |
| TOTAL | 24.17 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6727

Amount Due: $24.17

JUN 21 2005



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

## INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6891**

Date 6/29/2005

Customer P.O. No.

SOLD TO:
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | B&W copies - 8.5 x 11 - white 20# paper, 5190 originals, copied on 1 side | 519.00 |
| 2,557 | 2 hole drilling, | 38.36 |
| 5 | ACCO Binding (large), | 8.75 |
| 2 | ACCO Binding (small) | 1.20 |

I certify that goods/services were satisfactorily received/rendered.

_Andy S. Srorye_ 7/1/05
Signature    Date

Dates Received:
6/29/05    6/29/05
Invoice    Goods/Services

Payment Approved:
_Andy S. Srorye_ 7/1/05
Signature    Date

Rec'd 6/29/05 R. Jabot__

Queen

Contact: Richard
Taken by: Ray

Ref: R.N. vs SOH    Civil# 00-446
MID 00-1824/

A finance charge of 1% per month will apply on past due amounts.

| | |
|---|---|
| SUBTOTAL | 567.31 |
| TAX | 23.63 |
| SHIPPING | |
| TOTAL | 590.94 |

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**
**Make all checks payable to NEWTECH IMAGING**

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6891

Amount Due: $590.94

JUL 01 2005



US POSTAGE
Mailed From 94066
08/31/2005

Hasl)

SEP 2   9 30 AM '05

National Archives Trust Fund
1000 Commodore Drive
San Bruno, CA  94066-2350
(650) 238-3505

Court file page count-NRHS
CF1400            7
Record certification                    $6.00
         1@    6.00
RF0023
Bankruptcy-Specific Doc-Bus-NRHS
         1@    35.00                    $35.00
CF1404
         9.00 ITEMS SUBTOTAL            $41.00
              TOTAL                     $41.00
              MASTERCARD
              ************3802
              Change Due                $0.00

NRHSINV00058174

LOC:  NRHS            WKS: NRHS3
OPER: frobinso        SLS: FROBINSO
DATE: 8/30/2005       TIME: 2:01:30 PM
CUSTOMER ACCOU   WALKINNRHS

*Ready Access to
Essential Evidence*

Office of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813
Attn: Reginald Yee.
Re: Copy Request.

| Pleading # | Number of Pages |
|---|---|
| 237 | 48 |
| 232 | 53 |
| 228 | 12 |
| 226 | 271 |
| 225 | 58 |
| 224 | 158 |
| 223 | 167 |
| 221 | 2 |
| 218 | 13 |
| 216 | 123 |
| 215 | 11 |
| 208 | 3 |
| 207 | 16 |
| 206 | 24 |
| 204 | 52 |
| 203 | 34 |
| 202 | 43 |
| 201 | 81 |
| 200 | 92 |
| 199 | 3 |
| 198 | 4 |
| 197 | 49 |
| 195 | 223 |
| 182 | 129 |
| 181 | 13 |
| 179 | 265 |
| 178 | 27 |
| 177 | 96 |
| 176 | 40 |
| 170 | 8 |
| 168 | 13 |
| 161 | 2 |
| 159 | 2 |
| 158 | 14 |
| 152 | 35 |
| 123 | 4 |
| 98 | 2 |
| 96 | 514 |
| 95 | 7 |
| 93 | 3 |
| 94 | 3 |
| 91 | 490 |
| 89 | 495 |
| 80 | 2 |
| 79 | 83 |
| 78 | 365 |
| 77 | 86 |
| 76 | 350 |
| 73 | 5 |
| 72 | 92 |



| | |
|---|---|
| 71 | 39 |
| 69 | 2 |
| 68 | 2 |
| 67 | 88 |
| 66 | 8 |
| 61 | 371 |
| 60 | 361 |
| 59 | 350 |
| 58 | 2 |
| 57 | 2 |
| 56 | 2 |
| 55 | 2 |
| 54 | 79 |
| 53 | 59 |
| 52 | 2 |
| 51 | 2 |
| 50 | 2 |
| 49 | 2 |
| 44 | 3 |
| 22 | 2 |
| 21 | 2 |
| 20 | 20 |
| 19 | 3 |
| 18 | 2 |
| 14 | 6 |
| 11 | 7 |
| | 0 |
| | 6105 |

6105 x 3 =     18315 total pages
18315 x .15 = $ 2,747.25