IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| "JANE MOTHER", | CIVIL NO. 00-00446 DAE/LEK |
| Plaintiff, | **DECLARATION OF SUSAN S. CHANG** |
| vs. | |
| STATE OF HAWAI'I, CHERYL LIPPMAN, and SHARON MANNER in their individual capacities, | |
| Defendants. | |

## DECLARATION OF SUSAN S. CHANG

I, SUSAN S. CHANG, do hereby declare as follows:

1. I am a State of Hawaii employee with the Department of the Attorney General, State of Hawaii, and supervisor for the fiscal office within that department.

2. I am the supervisor for the fiscal office of the Department of the Attorney General and hereby make the following representations upon information and belief. I supervise employees who process the payment of litigation expenses as they are incurred by both the Civil Rights and Tort Litigation Divisions.

3. On January 12, 2006, I provided Deputy Attorney General Reginald K. T. Yee with a copy of Exhibit "A", a chart that sets forth all costs incurred in defense of this case, which were paid by our office. See Exhibit "A", entitled "RN

THRU "JANE MOTHER" V. SOH, MI#00-18241 OR 00-00446", attached hereto and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and ability.

DATED: Honolulu, Hawaii, _Feb. 1_, 2006.

                                                         _Susan S. Chang_
                                                         SUSAN S. CHANG