RN THRU "JANE MOTHER" V SOH
MI#00-18241 OR 00-00446

| EXPENDED ON | AMOUNT |
|---|---|
| Airfare, In-State | $198.00 |
| Airfare, Out of State | $929.56 |
| Court Reporter Fees | $12,868.00 |
| Delivery Charges | $156.39 |
| Deposition on Various Medium | $497.40 |
| Deputy Sheriff Fees | $363.00 |
| Employee pay to another agency | $11,992.96 |
| Legal Research | $463.00 |
| Mileage | $37.22 |
| Miscellaneous Expenses | $42.00 |
| Motor Pool Cars | $270.00 |
| Other Trial Supplies | $688.31 |
| Photocopying | $10,498.59 |
| Process Servor Fees | $440.50 |
| Professional Fees - Attorneys | $1,230.46 |
| Professional Fees - Doctors | $8,563.00 |
| Professional Fees-Attorneys | $1,926.96 |
| **Grand Total** | **$51,165.35** |

EXHIBIT "A"

1/12/2006         RN thru Jane Mother v SOH, 00-018241.xls         1