## WITNESS FEES

<u>Angelina Clifton</u>   <u>       -1300</u>
(Prepared by)                     (Tel. No.)

Department of the Attorney General

# INTERISLAND TRAVEL REQUEST FORM
*(Submit approved original & copy to Statement of Completed Travel)*

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

**DATE:** September 26, 2005

**TO:**
___ First Deputy Attorney General/Administrative Manager
_X_ Division Supervisor, **CINDY S. INOUYE**   *Cindy S. Onmye* (signature)

**PERSON TRAVELING:** Kinue Kandra    **SSN:**

**DESTINATION:** Honolulu

**ITINERARY:** Departure Date: 10/6/06

Conf. # LTBTMA
Airline/Flight   Haw.   Flt #101
Lv: 6:43 AM    Arr: 7:30 A.M.

Return Date: 10/6/06 ~~8/21/04~~

Airline/Flight   Haw.   Flt #362
Lv: 6:20 P.M.    Arr: 7:11 P.M.

**PURPOSE:** Witness to testify at trial on 10/6/05

**CASE NAME/NUMBER:** Jane Mother (RN) V. SOH; CIV. NO. 00-00446; M.I. 00-18241

**COST OF TRIP:** If special fund(s), identify: DOT

| | | |
|---|---|---|
| Air Transportation (n/a if coupon) | | $183.00 |
| Per Diem ( days at $ ) | | $ |
| Car Rental Thrifty Conf. # | | $ |
| Excess Lodging | | $ |
| Other Expenses: Parking at airport | $ | |
| Mileage | $ | |
| Taxi | $50.00 | |
| Misc. fax, telephone gas | $ | |
| Total Other Expenses | | $ 50.00 |
| **TOTAL** | | **$233.00** |

I CAN BE CONTACTED AT: 586-1440

[✓] APPROVED    [ ] DISAPPROVED

_____ (signature)
for the Attorney General

9/26/05
Date

OIS/LO 9/26/2005

| Angelina Clift | 6-1440 |
|---|---|
| (Prepared by) | (Tel.No.) |

## Department of the Attorney General
## STATEMENT OF COMPLETED TRAVEL
*(Submit Original and 3 copies)*

---

DATE:   November 3, 2005

TO:     _____ First Deputy Attorney General/Administrative Services Manager
        __X__ Division Supervisor, **CINDY S. INOUYE**

FOR:    Kinue Kanda                                    Tort Litigation
                                                         Division

        *(Kinue Kanda signature)*                      SSN: XXX-XX-9879
        Employee Signature

In accordance with section 78-15, H.R.S., chapter 3-10, H.A.R., and the applicable collective bargaining agreement, I certify that I traveled from Hilo to Honolulu on official business. Cost of air transportation was **$183.00** (. The approved travel request is attached.

Depart                                      Return
Date:   10/6/05    Time: 6:43 a.m.         Date: 10/6/05    Time: 6:20 p.m.

**A. COMPUTATION OF PER DIEM ALLOWANCE** *(Instructions on reverse side)*

Depart day + Full Days + Return Day = Total Days x Rate

\_\_\_\_ + \_\_\_\_ + \_\_\_\_ = \_\_\_\_ x $ 80.00 =     $_____

**B. EXCESS LODGING COSTS** *(Prior approval is mandatory)*

1. Total lodging costs *(attach lodging bill)*       $_____
2. Number of days    x    $_____    ( _____ )
3. Excess lodging costs *(line 1 minus line 2)*                  $_____

**C. OTHER ALLOWABLE EXPENSES** *(Itemize & attach receipts)*

1. Ground transportation                             $_____
2. Registration fee (if paid with employee funds)    $_____
3. Car rental (if paid with employee funds)          $_____
4. Others    Change Filght Fee                       $15.00
             Mileage                                 $_____
             Airport Parking                         $_____

**D. TOTAL CLAIM**                                                $15.00

**E. DEDUCT AMOUNT ADVANCED BY STATE**                            ( _____ )

        Voucher #_____ Date_____

**F. TOTAL DUE EMPLOYEE/STATE**                                   $15.00

**G. COMMENTS:** Civil No. 00-00446; M.I. #00-18241

---

APPROVED BY:  *(Cindy S. Inouye signature)*            11/10/05
              Signature                                Date

              **CINDY S. INOUYE**        [ ] Administrative Services Manager
                                          [ ] First Deputy Attorney General
                                          [X] Division Supervisor

                                                          NOV 14 2005