# SUBPOENA FEES

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA  91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408

Inv. # 2002001046
07-17-2002

State of Hawaii, Attorney General
425 Queen Street
Honolulu HI 96813

Your Contact: Patricia Greene
**Case Number:  CV00-00446 DAE/LEK**

Plaintiff:
**RN, Jane Mother**

Defendant:
**State of Hawaii**

Completed: 6/14/2002
To be served on: C/R Daniel J. Bruining, PHD

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 125.00 | 125.00 |
| Witness Fee | 1.00 | 40.00 | 40.00 |
| **TOTAL CHARGED:** | | | $165.00 |
| **BALANCE DUE:** | | | $165.00 |

*I certify that goods/services were satisfactorily received/rendered*
Signature / Date 7/23/02
Dates Received: Goods/Services 6/14/02
Invoice 7/1/02
Payment Approved: Signature / Date 7/23/02

THANK YOU FOR YOUR BUSINESS.
YOUR AFFIDAVIT OF SERVICE IS ENCLOSED.

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5a

# INVOICE

**ELEANOR'S LEGAL SUPPORT.COM**
14417 Chase Street #219
Panorama City, CA 91402
Phone: (818) 897-2156
Fax: (818) 897-0486
Tax I.D. 95-4847-408



SEP 21  10 06 AM '05     Inv. # 2005006436
                         09-16-2005

I certify that goods/services were
satisfactorily received/rendered.

9/21/05

9/21/05    9/12/05

State of Hawaii
425 Queen Street
Honolulu HI 96813

Your Contact: Zandra
**Case Number: 00-00446**

Plaintiff:
**"Jane Mother"**

Defendant:
**State of Hawaii et al**

Completed: 9/12/2005
To be served on: Sharon DeLoughery

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Flat Rate) | 1.00 | 125.00 | 125.00 |
| Advance Fee (Witness) | 1.00 | 45.00 | 45.00 |
| Special Handling (Rush etc) | 1.00 | 45.00 | 45.00 |
| Fuel Surcharge | 1.00 | 3.50 | 3.50 |

**TOTAL CHARGED:** $218.50

**BALANCE DUE:** $218.50

THANK YOU FOR YOUR BUSINESS.
PAYMENT TERMS: NET THIRTY (30) DAYS.

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5i

Robert K. Kualii

P.O. 4549
Hilo, HI 96720

JA[...]THER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/29/2005 | 137 |

| BILL TO |
|---|
| Dept. Attorney General<br>State of Hawaii Tort Litigation Div.<br>425 Queen Street<br>Honolulu, Hawaii 96813 |

I certify that goods/services were satisfactorily received/rendered.

_____  10/7/05
Signature                Date

Dates Received:

9/30/05            9/30/05
Invoice           Goods/Services

Payment Approved:

_____  10/6/05
Signature                Date

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| United States District Court<br>District of Hawaii<br>Case Number: CV 00-00446 DAE/LEK<br><br>JANE MOTHER, vs. State of Hawaii, Cheryl Lippman, and Sharon Manner,<br><br>Documents Served: Subpoena for an Individual to appear in Court,.<br><br>09/27/05:  9:45 AM: Personally served the above listed documents to the following; KINUE KANUE KANDA, at 277 Kukuau Street, Apt. 104, Hilo, Hawaii.<br><br>SERVICE FEES: one svc,<br>MILEAGE FEES: hilo area svc<br><br>Robert Kualii SS# 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 | | 35.00<br>5.00 | 35.00<br>5.00 |

| Make Payable: Robert K. Kualii; P.O. Box 4549; Hilo, HI 96720 | **Total** | **$40.00** |
|---|---|---|

LOWEN YOUNG
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/20/2005 | 125 |

**BILL TO**

Dept. Of The Attorney General
425 Queen Street
honolulu, Hawaii 96813

**SHIP TO**

I certify that the goods/services were satisfactorily received/rendered.

SEP 20 2005
Date

9/20/05        9/20/05
Goods/Services

Payment Approved:

Signature

| DUE ... | P.O. NUM... |
|---|---|
| 10/20/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Jane Mother vs State of Hawaii, Lippman & Manner/ 00-00446 | | | 0.00 |
| Witness | William Santos | | | |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 777 Punchbowl St | 2 | 2.00 | 4.00 |
| Witness | John Walters | | | |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 810 Richards St. | | | |
| Witness | Rhoda Ann Napoleon | 1 | 2.00 | 2.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 430 Keoniana St. | | | |
| Witness | Jon Itomura | 1 | 4.00 | 4.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 326 Merchant St. | | | |
| Witness | Gwen Higgens | 2 | 2.00 | 4.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 41-152 Huli St. | | | |
| Witness | Kenneth Ling | 2 | 12.00 | 24.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 552 Kalolina Pl. | | | |
| Witness | Cheryl Lippman | 1 | 10.00 | 10.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 305A Portlock Rd. | | | |
| Witness | Katherin Wallen | 1 | 10.00 | 10.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 7425 Kamehame Pl. | | | |
| Witness | Matibie Napoleon | 1 | 10.00 | 10.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 3123 Herbert St. | | | |
| Witness | Shelly Sypowicz | 2 | 6.00 | 12.00 |
| Subpoena | | 1 | 30.00 | 30.00 |
| Milage Fee | 3710 Leahi Ave | | | |
| Witness | Catherine Caine | 1 | 4.00 | 4.00 |
| Subpoena | | 1 | 30.00 | 30.00 |

Page 1

SEP 20 2005

**LOWEN YOUNG**
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/20/2005 | 125 |

| BILL TO | SHIP TO |
|---|---|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| DUE ... | P.O. NUM... |
|---|---|
| 10/20/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Milage Fee | 3710 Leahi Ave. | 2 | 4.00 | 8.00 |

Page 2

| | |
|---|---|
| Subtotal | 422.00 |
| 0% Tax | |
| **Total** | 422.00 |

**LOWEN YOUNG**
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/21/2005 | 126 |

| BILL TO | SHIP TO |
|---|---|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| DUE ... | P.O. NUM... |
|---|---|
| 10/21/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Witness Subpoena | Jane Mother vs State of Hawaii<br>John Walters | 1 | 30.00 | 0.00<br>30.00 |
| Milage Fee | 810 Richards St. | 1 | 2.00 | 2.00 |

I certify that goods/services were actually rendered.

SEP 16 2005
Date

9/22/05     9/22/05
                Goods/Services

Approved:
[signature] 9/29/05
Signature         Date

| | |
|---|---|
| **Subtotal** | 32.00 |
| **0% Tax** | |
| **Total** | 32.00 |

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

LOWEN YOUNG
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

# Invoice

| DATE | INVOICE # |
|---|---|
| 9/27/2005 | 128 |

| BILL TO | SHIP TO |
|---|---|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| DUE ... | P.O. NUM... |
|---|---|
| 10/27/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | Jane Mother vs State of Hawaii, Lippman & Manner/ Case# 00-00446 | | | 0.00 |
| Witness Subpoena | Dr. June Ching | 1 | 30.00 | 30.00 |
| Milage Fee | 1833 Kalakaua Ave. | 2 | 4.00 | 8.00 |

I certify that goods/services were satisfactorily received/rendered.

Signature _____  Date  SEP 28 2005

Dates Received:
9/27/05    9/27/05
Invoice    Goods/Services

Payment Approved:
_____ 9/29/05
Signature    Date

| | |
|---|---|
| Subtotal | 38.00 |
| 0% Tax | |
| Total | 38.00 |

JANE MOTHER V. SO[...]
AL
Civ. No. 00446; M.I. 0018241

# Invoice

**LOWEN YOUNG**
1506 ALA MAHAMOE STREET
HONOLULU, HAWAII 96819

| DATE | INVOICE # |
|---|---|
| 10/2/2005 | 130 |

| BILL TO | SHIP TO |
|---|---|
| Dept. Of The Attorney General<br>425 Queen Street<br>honolulu, Hawaii 96813 | |

| DUE ... | P.O. NUM... |
|---|---|
| 11/1/2005 | |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Witness Subpoena | Jane Mother vs State of Hawaii, Lippman & Manner<br>Karen Hirose<br>Bonita Gravelle | 2 | 30.00 | 0.00<br>60.00<br>22.00 |
| Milage Fee<br>Milage Fee | Attempts to serve Steve Kux @ Kailua Elem. School & 345 N. Kainaku Dr. | 3 | 10.00 | 30.00 |

I certify that goods/services were sat[...]rily received/rendered.

OCT 10 2005  Date

[...]ved: 10/3/05    10/3/05  Goods/Services

[...] Approved:

*Mah M. Nomu*  10-11-05
Signature    Date

| Subtotal | 112.00 |
|---|---|
| 0% Tax | |
| **Total** | **112.00** |