# COURT REPORTER EXPENSE

**ALBRIGHT PROFESSIONAL REPORTING**
2444 Hihiwai Street, Suite 1806
Honolulu, Hawaii 96826
TEL (808) 943-7985  FAX (808) 942-2393

INVOICE DATE:   July 23, 2002

TO:
Nancy Albano, Esq.
Deputy Attorney General
Department of the Attorney General
State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813

---

Reference No.: E071202T    Transcribed by: Emi Albright

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
CIVIL NO. CV00-00446 LEK

R.N., through his mother and next friend, "JANE MOTHER"
and "JANE MOTHER,"
vs. STATE OF HAWAII, CHERYL
LIPPMAN AND SHARON MANNER

Deputy Attorney Holly Shikada's and Defendant Cheryl Lippman, Sharon Manner, and State of Hawaii's Motion for Protective Order Regarding Pending Depositions and Subpoena for Records.

Held before The Honorable Leslie E. Kobayashi, United States Magistrate Judge, in Courtroom No. 7, commencing at 10:50 a.m. on Friday, July 12, 2002

Transcription of Digital Audio Recording of proceedings

| | |
|---|---|
| 39 pages @ $3.30/page<br>ORIGINAL AND ONE CERTIFIED COPY and<br>SUMMATION DISKETTE | $  128.70 |
| Tax 4.16% | 5.35 |
| **TOTAL AMOUNT DUE** | $  134.05 |

Thank You For Your Business.
Please pay within 30 days.
TAX ID 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

Atkinson-Baker, Inc. -- Main Of[fice]
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invo[ice #] and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

**INVOICE # 9F07A12A**
**FIRM # 1200824**
**INVOICE DATE: 9/27/2005**
**DUE UPON RECEIPT**

Setting Firm: Hawaii Attorney General -Tort Litigation
Taking Attorney: Reginald K.T. Yee
Case Name: Jane Mother vs State of Hawaii
Case #: 00-00446 DAE LEK
Claim #:
Insurance Co.:
DOL:
Insured:
Agency #:
Adjuster:

Reginald K.T. Yee
Hawaii Attorney General -Tort Litigation
425 Queen Street
Honolulu, HI 96813

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

| ITEM | AMOUNT |
|---|---|
| Reporter's transcript of the deposition of Sharon DeLoughery-Nihart, taken September 14, 2005. | $ 1,646.85 |
| BALANCE DUE | $ 1,646.85 |

I certify that goods/services were satisfactorily received/rendered.
OCT 10 2005
Signature                    Date
Dates Received:
    10/7/05              9/05
Invoice                  Goods/Services
Payment Approved:
                    10/10/05
Signature                 Date

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · · ·

BALANCE DUE  $1,646.85

**INVOICE # 9F07A12A**
**FIRM # 1200824**

For: Reporter's transcript of the deposition of Sharon DeLoughery-Nihart, taken September 14, 2005.

From:

Reginald K.T. Yee
Hawaii Attorney General -Tort Litigation
425 Queen Street
Honolulu, HI 96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Atkinson-Baker, Inc. -- Main Office
500 N. Brand Boulevard, Third Floor
Glendale, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Please refer to the Invoice # and your Firm # in any correspondence. Contact Beau Rakestraw, brakestraw@depo.com.

ABI's Federal ID#: 95-4189037

INVOICE # 9F07A12C
FIRM # 1200824
INVOICE DATE: 12/28/2005
DUE UPON RECEIPT

Setting Firm: Hawaii Attorney General -Tort Litigation
Taking Attorney: Reginald K.T. Yee
Case Name: Jane Mother vs State of Hawaii
Case #: 00-00446 DAE LEK

Reginald K.T. Yee
Hawaii Attorney General -Tort Litigation
425 Queen Street
Honolulu, HI 96813

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

Additional Room Charge

| ITEM | AMOUNT |
|---|---|
| Additional charge on the video-conference room for the deposition of Sharon DeLoughery-Nihart, taken September 14, 2005. | $ 453.75 |
| BALANCE DUE | $ 453.75 |

I certify that goods/services were satisfactorily received/rendered.

[signature] 1/6/06
Date

1/4/06       1/4/06
             Goods/Services

approved:

JAN 09 2006
Date

A service fee of 1.5% per month may be added to any invoice over 30 days old.

· · · · · · · · · · · · · Fold and tear at this perforation, then return stub with payment. · · · · · · · · · · · · · · ·

BALANCE DUE  $453.75

INVOICE # 9F07A12C
FIRM # 1200824

For: Additional charge on the video-conference room for the deposition of Sharon DeLoughery-Nihart, taken September 14, 2005.

From:

Reginald K.T. Yee
Hawaii Attorney General -Tort Litigation
425 Queen Street
Honolulu, HI 96813

Remit To:

Atkinson-Baker, Inc.
500 N. Brand Boulevard
Third Floor
Glendale, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

JAN 11 2006

# CARNAZZO COURT REPORTING
888 MILILANI STREET, SUITE 705
HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

## INVOICE

SOH/OFC OF THE ATTY GENERAL
REGINALD K. T. YEE, ESQ.
425 QUEEN STREET
HONOLULU, HI, 96813

DATE: 11/01/2005
INVOICE: 800197
CLIENT ID: 1020

CIVIL NO. 00-00446 DAE LEK
JANE MOTHER v STATE OF HAWAII

Drafting of documents re deposition upon oral examination noticed for Wednesday, September 14, 2005 of SHARON DeLOUGHERY in ILLINOIS.

I certify that goods/services were satisfactorily received/rendered.

NOV 10 2005

Signature / Date

Dates Received:

11/4/05 — Invoice
11/4/05 — Goods/Services

Payment Approved:

Signature / 11/7/05 Date

| | |
|---|---|
| Drafting of Documents | $163.39 |
| TAX | $5.21 |
| TOTAL | $168.60 |

We now accept VISA and MASTERCARD
PLEASE RETURN ONE COPY FOR PROPER CREDIT.
THANK YOU
Federal Tax ID: 99-0145704

NOV 10 2005

# CANAZZO COURT REPORTING
### 888 MILILANI STREET, SUITE 705
### HONOLULU, HAWAII 96813-2918

Phone: (808) 532-0222 or (800) 813-4041
Fax: (808) 532-0234 or (800) 232-7949

## INVOICE

SOH/OFC OF THE ATTY GENERAL
NANCY ALBANO, ESQ.
425 QUEEN STREET
HONOLULU, HI, 96813

DATE: 06/03/2002
INVOICE: 611436
CLIENT ID: 1020
REPORTER ID: ****

RH v. SOH
00-00446 (DOE)

NO. MISCELLANEOUS
MISCELLANEOUS PRODUCTION OF DOCUMENT

PICKUP OF ONE BOX OF DOCUMENTS, NOTARIZED PRODUCTION, AND BATES STAMPED AS INSTRUCTED 05/30/2002

MISCELLANEOUS $100.00
TAX $4.17
TOTAL $104.17

We now accept VISA and MASTERCARD
Please return one copy for proper credit. THANK YOU
Federal Tax ID: 99-0145704

```
              HONOLULU REPORTING SERVICES
           SUITE 401 CADES SCHUTTE BUILDING
                   1000 BISHOP STREET
                  HONOLULU, HAWAII 96813
              TELEPHONE NUMBER: (808) 524-6288
                Federal I.D. Number: 99-0216539
```

DATE: **NOVEMBER 16, 2004**                        INVOICE NUMBER: **W-1645**

TO:  OFFICE OF THE ATTORNEY GENERAL
     HALE AUHAU, 425 QUEEN STREET
     HONOLULU, HAWAII   96813

ATTN:  **REGINALD K.T. YEE, ESQUIRE**
       **RICHARD GABATINO, LEGAL ASSISTANT**

RE:  CIVIL NO. CV00-00446 (U.S.D.C.) MF 00-18241
     R.N. through his mother and next friend JANE MOTHER, ETAL.
     V. STATE OF HAWAII, CHERYL LIPPMAN, SHARON MANNER

***************************************************************

THE DEPOSITION(S) TAKEN UPON <u>WRITTEN INTERROGATORIES</u> OF THE FOLLOWING:

ON MONDAY, NOVEMBER 15, 2004:
KENNETTE YOUNG (NANCY LUCKIE, M.D.).

ORIGINAL AND ONE COPY:   $153.70
EXCISE TAX:                 6.15
SUBTOTAL:                $159.85
<u>COSTS ADVANCED</u>:
<u>SHERIFF FEES</u>:          23.00

TOTAL:                   $182.85

I certify that goods/services were satisfactorily received/rendered.

Dates Received:
Invoice: 11/16/04
Goods/Services: 11/16/04
Payment Approved: 11/18/04

I HEREBY CERTIFY THIS INVOICE IS AN <u>ORIGINAL</u> BILLING TO THE ABOVE-NAMED ATTORNEY FOR THE OFFICE OF THE ATTORNEY GENERAL FOR COURT REPORTING SERVICES RENDERED.

BY: [signature]

THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT

HONOLULU REPORTING SERVICES
SUITE 401 CADES SCHUTTE BUILDING
1000 BISHOP STREET
HONOLULU, HAWAII 96813
TELEPHONE NUMBER: (808) 524-6288

Federal I.D. Number: 99-0216539

DATE: **MARCH 31, 2005**                INVOICE NUMBER: O-682

TO:  OFFICE OF THE ATTORNEY GENERAL
     HALE AUHAU, 425 QUEEN STREET
     HONOLULU, HAWAII  96813

     ATTN:  REGINALD K.T. YEE, ESQUIRE

RE:  CIVIL NO. CV00-00446 LEK (U.S.D.C.); m.F 00-18241
     R.N., ET AL. "JANE MOTHER" ET AL. V.
     STATE OF HAWAII, ET AL.

******sbl;100p32iCD
*************************************************************
*************************************************************

THE DEPOSITION(S) TAKEN UPON <u>ORAL</u> EXAMINATION OF THE FOLLOWING:

ON FRIDAY, MARCH 11, 2005: "JANE MOTHER"
at the law offices of the DEPARTMENT OF THE ATTORNEY GENERAL,
425 Queen Street, Honolulu, Hawaii.

ORIGINAL AND ONE COPY: $581.50
EXCISE TAX:               23.26

TOTAL:                  $604.76

I certify that goods/services were
satisfactorily received/rendered.

APR - 1 2005
                              Date

Invoice   3/31/05        3/31/05
                         Goods/Services
Payment Approved:
                         4/1/00
Signature                Date

I HEREBY CERTIFY THIS INVOICE IS AN ORIGINAL
BILLING TO THE ABOVE-NAMED ATTORNEY FOR THE
OFFICE OF THE ATTORNEY GENERAL FOR COURT
REPORTING SERVICES RENDERED.

BY: _____


THANK YOU FOR PROMPT PAYMENT
PLEASE RETURN ONE COPY FOR PROPER CREDIT

APR - 1 2005

```
              HONOLULU REPORTING SERVICES
          SUITE 401 CADES SCHUTTE BUILDING
                  1000 BISHOP STREET
                 HONOLULU, HAWAII 96813
            TELEPHONE NUMBER: (808) 524-6288
            Federal I.D. Number: 99-0216539
```

DATE: JUNE 9, 2005                    INVOICE NUMBER: O-687

TO:  OFFICE OF THE ATTORNEY GENERAL
     HALE AUHAU, 425 QUEEN STREET
     HONOLULU, HAWAII  96813

ATTN: **REGINALD K.T. YEE, ESQUIRE**

RE:  CIVIL NO. CV00-00446 LEK (U.S.D.C.)  *M.I. 06-18241*
     R.N., JANE MOTHER V. STATE OF HAWAII, ET AL.

sbl;96p32i90pl79i
*************************************************************

THE DEPOSITION(S) TAKEN UPON ORAL EXAMINATION OF THE FOLLOWING:

ON FRIDAY, MAY 13, 2005 and ON WEDNESDAY, MAY 18, 2005: VOLUMES II and III: JANE MOTHER at the law offices of DEPARTMENT OF THE ATTORNEY GENERAL, 425 Queen Street, Honolulu, Hawaii.

| | |
|---|---|
| **ORIGINAL AND ONE COPY:** | $ 996.20 |
| **EXCISE TAX:** | 39.85 |
| **TOTAL:** | $1,036.05 |

I certify that goods/services were satisfactorily received/rendered.

_____  6/13/05
Signature              Date

Dates Received:
  6/9/05                     6/9/05
  Invoice                    Goods/Services

Payment Approved:
_____  6/14/05
Signature              Date

I HEREBY CERTIFY THIS INVOICE IS AN ORIGINAL BILLING TO THE ABOVE-NAMED ATTORNEY FOR THE OFFICE OF THE ATTORNEY GENERAL FOR COURT REPORTING SERVICES RENDERED.

BY: _____

         THANK YOU FOR PROMPT PAYMENT
    PLEASE RETURN ONE COPY FOR PROPER CREDIT

# Powers & Associates

841 Bishop Street, Suite 1910
Honolulu, HI 96813
PH: (808) 536-2001

TO:
NANCY ALBANO, ESQ.
Deputy Attorney General
Dept. of Attorney General, State of HI
425 Queen Street
Honolulu, Hawaii 96813

RECEIVED
DEPARTMENT OF
JUL 25  9 43 AM '02

| DATE | INVOICE # |
|---|---|
| 7/24/02 | 2045810 |

| P.O. NO. | TERMS |
|---|---|
|  |  |

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief |  | CASE: R.N. v. STATE OF HAWAII (DOE)<br>CIVIL NO.: CV00-00446 DAE/LEK<br><br>DATE TAKEN: JULY 18, 2002<br>REPORTER: JOAN IZUMIGAWA<br><br>Transcript of: KRIS MURAKAMI, HOLLY SHIKADA, CHERYL LIPPMAN<br>Copy--2-DAY DELIVERY<br><br>Subtotal<br><br>Thank you for using Powers & Associates<br>PLEASE INCLUDE OUR INVOICE NUMBER ON YOUR PAYMENT<br>Tax | 1663.42<br><br><br><br>4.167% | 1,663.42T<br><br>1,663.42<br><br><br>69.31 |

TAX ID#: 99-0212572

I certify that goods/services were satisfactorily received as ordered.
Signature
Dates Received: 7/18/02 Goods/Services 7/26/02
7/24/02 Invoice
Payment Approved: Signature

**Total**   $1,732.73



# Powers & Associates

1001 Bishop Street
Suite 2650, Pauahi Tower
Honolulu, Hawaii 96813
PH: (808) 536-2001

**BILL TO**

REGINALD YEE, ESQ.
Deputy Attorney General
Dept. of Attorney General, State of HI
425 Queen Street
Honolulu, Hawaii 96813

| DATE | INVOICE # |
|---|---|
| 6/20/2005 | 2050009 |

**TERMS**

Net 30

| ITEM | QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| CopyBrief | | CASE: JANE MOTHER v. SOH<br>CIVIL NO.: CV00-00446 ; m.f. 60-18241<br><br>DATE TAKEN: JUNE 10, 2005<br>REPORTER: MARJANN SHAWLER<br><br>Transcript of: JOHN FLYNN<br>Copy<br><br>Subtotal<br>Tax | 175.82<br><br><br>4.167% | 175.82T<br><br><br>175.82<br>7.33 |

I certify that goods/services were satisfactorily received/rendered.

_signature_ 6/21/05
Signature            Date
Dates Received:
  6/21/05            6/21/05
Invoice            Goods/Services
Payment Approved
_signature_ 6/21/05
Signature            Date

**Thank you for using Powers & Associates**
PLEASE INCLUDE OUR INVOICE
NUMBER ON YOUR PAYMENT

TAX ID#: 99-0212572

**Total** $183.15



*Feliciana F. Ricardo - CSR 175*
*Official Court Reporter*
*P.O. Box 619*
*Honolulu, Hawaii 96809*
*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*

**TO:** Dept. of the Attorney General
State of Hawaii

**RE:** FCS 98-05434

In the Interest of R███ N███

RN v. SOH (DOE)
00-00446

**DATE:** June 18, 2002

Transcript of proceedings held July 22, 1998
Transcript fee @ $2.25 pp. - 11 pgs --------- $24.75
                                                 1.03
                                               $25.78

PLEASE RETURN ONE COPY FOR PROPER CREDIT

THANK YOU... I certify that goods/services were satisfactorily received/rendered.

[Signature] 6/18/02
Dates Received:
6/18/02  Invoice
6/18/02  Goods/Services
Payment Approved:
[Signature] 6/20/02

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

6/12/02

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27230

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE LEK
(DOE)

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES DR. JUNE CHING (N/R), DR. NANCY LUCKIE (N/R), DR. JEREMY LAM, DR. DENNIS MCLAUGHLIN, DR. DANIEL LEGOFF, RENEE PANGILINAN TAKEN ON 6/11/02 IN HONOLULU HI | |
| RE: S___ W___ AND/ OR R___ N___ | |
| COPY | 621.85 |
| 4A 33ST1 256EH 6PU2  RALPH ROSENBERG   Tax | 25.91 |
| TOTAL DUE | $647.76 |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

---

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:  NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE DATE: 6/12/02
INVOICE NO: 27230
TOTAL DUE: $647.76
DATE TAKEN: 6/11/02
RE: CIVIL NO. CV00-00446 DAE LEK
WITNESS(ES): DR. JUNE CHING (N/R), DR. NANCY LUCKIE (N/R), DR. JEREMY LAM, DR. DEN MCLAUGHLIN, DR. DANIEL LEGOFF, RENEE PANGILINAN
4A 33ST1 256EH 6PU2
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

6/14/02

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27322

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

(DOE)

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES KAPIOLANI MEDICAL CENTER, STRAUB (BILLING) TAKEN ON 06/13/02 IN HONOLULU HI<br><br>RE: S‍███ W███ AND/OR R███ N███████<br><br>ORIGINAL & ONE COPY | 276.52 |
| 2A 10ST1 85EH 2PU2 14.56WF 24.96WF<br>RALPH ROSENBERG    Tax | 11.52 |
| **TOTAL DUE** | **$288.04** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

---

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

I certify that goods/services were satisfactorily received/rendered.

_signature_  6/18/02
Signature    Date

Dates Received: 6/14/02   6/13/02
                Invoice  Goods/Services

Payment Approved: _signature_  6/19/02
                  Signature    Date

INVOICE DATE: 6/14/02
INVOICE NO: 27322
TOTAL DUE: $288.04
DATE TAKEN: 06/13/02
RE: CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES): KAPIOLANI MEDICAL CENTER, STRAUB (BILLING)

2A 10ST1 85EH 2PU2 14.56WF 24.96WF
RALPH ROSENBERG    RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813