# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

6/17/02

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27353

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

(DOE)

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES KAPIOLANI COUNSELING CENTER TAKEN ON 06/14/02 IN HONOLULU HI  RE: S—— W—— AND/OR R—— N—— | |
| ORIGINAL & ONE COPY | 141.25 |
| 1A 5ST1 88EH 1PU2  RALPH ROSENBERG  Tax | 5.88 |
| **TOTAL DUE** | **$147.13** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

---

### THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

I certify that goods/services were satisfactorily received/rendered
Nancy Albano  6/10/02

INVOICE DATE: 6/17/02
INVOICE NO: 27353
TOTAL DUE: $147.13
DATE TAKEN: 06/14/02
RE: CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES): KAPIOLANI COUNSELING CENTER

1A 5ST1 88EH 1PU2
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

6/24/02

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27523

RE: R.N. VS STATE OF HAWAII (DOE)
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES STRAUB-MEDICAL RECORDS/ DR. JAMES PEARCE TAKEN ON 06/21/02 IN HONOLULU HI | |
| RE: S_____ W_____ AND/ OR R_____ N_____ | |
| ORIGINAL & ONE COPY | 257.30 |
| 1A 6ST1 126EH 1PU2 93.6WF RALPH ROSENBERG — Tax | 10.72 |
| TOTAL DUE | $268.02 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

---

THANK YOU
*(Please return this portion with your payment for proper credit.)*

I certify that goods/services were satisfactorily received/rendered.
Signature: Nancy Albano   Date: 8/28/02

Dates Received: 6/24/02  Goods/Services: 6/21/02
Payment Approved: Signature   Date: 6/27/02

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE DATE: 6/24/02
INVOICE NO: 27523
TOTAL DUE: $268.02
DATE TAKEN: 06/21/02
RE: CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES): STRAUB-MEDICAL RECORDS/ DR. JAMES PEARCE

1A 6ST1 126EH 1PU2 93.6WF
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

7/1/02

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27786

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF DR. JEREMY LAM, KAPIOLANI MEDICAL CENTER, STRAUB MEDICAL CENTER (MEDICAL RECORDS/ BUSINESS SERVICE), DR. JAMES PEARCE, JUNE CHING, DENNIS MCLAUGHLIN, DANIEL LEGOFF, LEARING DISABILITIES ASSOC. OF HAWAII, DR. DAVID HAMLIN, RENEE PAGILINAN, DR. NANCY LUCKIE, MITZI GOLD, MELANIE GOTTLIEB TAKEN ON 06/10/02 IN HONOLULU HI<br>WITNESS & SHERIFF FEES AND COPY CHARGE | |
| SUBTOTAL | 790.00 |
| 520WF 250SH 20CC<br>RALPH ROSENBERG  Tax | 32.91 |
| TOTAL DUE | $822.91 |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

---

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE DATE: 7/1/02
INVOICE NO: 27786
TOTAL DUE: $822.91
DATE TAKEN: 06/10/02
RE: CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES): DR. JEREMY LAM, KAPIOLANI MEDICAL CENTER, STRAUB MEDICAL CENTER (MEDICAL RECORDS/ BUSINESS SERVICE), DR. JAMES PEARCE, JUNE CHING, D
520WF 250SH 20CC
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

7/5/02

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 27886

RE: R.N. VS STATE OF HAWAII
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| DEPO UPON WRITTEN INTERROGATORIES DR. MELANIE GOTTLIEB TAKEN ON 07/03/02 IN HONOLULU HI<br><br>RE: S___ W___ &/OR R___ N___ | |
| ORIGINAL & ONE COPY | 124.75 |
| 1A 5ST1 31EH 1PU2 12AF<br>RALPH ROSENBERG  **Tax** | 5.20 |
| **TOTAL DUE** | $129.95 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

---

## THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE DATE: 7/5/02
INVOICE NO: 27886
TOTAL DUE: $129.95
DATE TAKEN: 07/03/02
RE: CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES): DR. MELANIE GOTTLIEB

I certify that goods/services were satisfactorily received/rendered.
Signature / Date: 7/7/02
Dates Received: 7/3/02 Goods/Services
7/5/02 Invoice
Payment Approved: Signature

1A 5ST1 31EH 1PU2 12AF
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

8/14/02

BILLED TO: NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

INVOICE NO: 28906

RE: R.N. VS STATE OF HAWAII (DOE)
CIVIL NO. CV00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF KAPIOLANI MEDICAL CENTER TAKEN ON 06/11/02 IN HONOLULU HI | |
| WITNESS & SHERIFF FEES AND COPY CHARGE | |
| SUBTOTAL | 67.00 |
| 40WF 17SH 10CC RALPH ROSENBERG — Tax | 2.79 |
| TOTAL DUE | $69.79 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO:
NANCY ALBANO, ESQ.
DEPUTY ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813-0000

I certify that goods/services were satisfactorily received/rendered.
_____
Signature / Date
Dates Received:
8/14/02            6/11/02
Invoice           Goods/Services
Payment Approved:
_____
Signature / Date

INVOICE DATE: 8/14/02
INVOICE NO: 28906
TOTAL DUE: $69.79
DATE TAKEN: 06/11/02
RE: CIVIL NO. CV00-00446 DAE/LEK
WITNESS(ES): KAPIOLANI MEDICAL CENTER

40WF 17SH 10CC
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

ANE MOTHER V. SOH, ET AL
iv. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

8/29/2005

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56230

RE: "JANE MOTHER" VS STATE OF HAW.
CIVIL NO. 00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF MALTBIE NAPOLEON (C/A) TAKEN ON 08/23/05 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COST | |
| SUBTOTAL | 114.00 |
| 44WF 60SH 10CC RALPH ROSENBERG — Tax | 4.75 |
| TOTAL DUE | $118.75 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE DATE: 8/29/2005
INVOICE NO: 56230
TOTAL DUE: $118.75
DATE TAKEN: 08/23/05
RE: CIVIL NO. 00-00446 DAE/LEK
WITNESS(ES): MALTBIE NAPOLEON (C/A)

I certify that goods/services were satisfactorily received/rendered.

AUG 31 2005

Date Received: 8/31/05 Invoice  8/31/05 Goods/Services

Payment Approved: 9/1/05

44WF 60SH 10CC
RALPH ROSENBERG

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

SEP 02 2005

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

8/29/2005

INVOICE NO: 56234

RE: "JANE MOTHER" VS STATE OF HAW.
CIVIL NO. 00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF MITZI GOLD, PH.D. (C/A) TAKEN ON 08/25/05 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COST | |
| SUBTOTAL | 47.00 |
| Tax | 1.96 |
| TOTAL DUE | $48.96 |

8WF 29SH 10CC
RALPH ROSENBERG

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

AUG 3 1 2005  Date

Dates Received:
8/31/05 Invoice
8/31/05 Goods/Services
Payment Approved: 9/1/05

INVOICE DATE: 8/29/2005
INVOICE NO: 56234
TOTAL DUE: $48.96
DATE TAKEN: 08/25/05
RE: CIVIL NO. 00-00446 DAE/LEK
WITNESS(ES): MITZI GOLD, PH.D. (C/A)

8WF 29SH 10CC
RALPH ROSENBERG    RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

SEP 02 2005

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

8/31/2005

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56290

RE: "JANE MOTHER" VS STATE OF HAW.
CIVIL NO. 00-00446 DAE/LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF STATEMENT FOR THE RECORD REGARDING MALTBIE NAPOLEON TAKEN ON 08/27/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 110.85 |
| 1A 7ST1 72EH  PHIL ROSENBERG  Tax | 4.62 |
| **TOTAL DUE** | **$115.47** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

_____  9/12/05
Signature        Date

Dates Received:
9/9/05           9/9/05
Invoice          Goods/Services

Payment Approved:
_____  9/12/05
Signature        Date

INVOICE DATE: 8/31/2005
INVOICE NO:   56290
TOTAL DUE:    $115.47
DATE TAKEN:   08/27/05
RE:           CIVIL NO. 00-00446 DAE/LEK
WITNESS(ES):  STATEMENT FOR THE RECORD REGARDING MALTBIE NAPOLEON

1A 7ST1 72EH
PHIL ROSENBERG    RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

JANE MOTHER V. SOH, ET
Civ. No. 00446; M.I. 0018241

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/13/2005

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56552

RE: JANE MOTHER VS STATE OF HAWAI
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF DR. MITZI GOLD (C/A) TAKEN ON 08/25/05 IN HONOLULU HI | |
| SHERIFF & COPY COST | |
| SUBTOTAL | 39.00 |
| 29SH 10CC | |
| RALPH ROSENBERG   Tax | 1.62 |
| TOTAL DUE | $40.62 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

OCT 5 2005
Date

Dates Received:
9/23/05   9/23/05
Invoice   Goods/Services

INVOICE DATE: 9/13/2005
INVOICE NO: 56552
TOTAL DUE: $40.62
DATE TAKEN: 08/25/05
RE: CIVIL NO. 00-00446 DAE LEK
WITNESS(ES): DR. MITZI GOLD (C/A)

29SH 10CC
RALPH ROSENBERG   RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

JANE MOTHER V. SOH, ET AL.
Civ. No. 00446; M.I. 0018241

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/23/2005

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56765

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF DR. JUNE CHING TAKEN ON 09/20/05 IN HONOLULU HI | |
| EXPEDITED TRANSCRIPT | |
| ORIGINAL & ONE COPY | 505.50 |
| 1A 70EX31 25EH 1S 1SF 1CT1 PHIL ROSENBERG    Tax | 21.06 |
| TOTAL DUE | $526.56 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

SEP 28 2005

INVOICE DATE: 9/23/2005
INVOICE NO: 56765
TOTAL DUE: $526.56
DATE TAKEN: 09/20/05
RE: CIVIL NO. 00-00446 DAE LEK
WITNESS(ES): DR. JUNE CHING

Date Received:
9/23/05 Invoice
9/23/05 Goods/Services
9/28/05

1A 70EX31 25EH 1S 1SF 1CT1
PHIL ROSENBERG    RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

## RALPH ROSENBERG
### Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/23/2005

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56766

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | | AMOUNT |
|---|---|---|
| THE DEPOSITION OF DR. EVELYN YANAGIDA TAKEN ON 9/20/2005 IN HONOLULU HI | | |
| EXPEDITED TRANSCRIPT | | |
| ORIGINAL & ONE COPY | | |
| 1A 51EX31 6EH 1S 1SF 1CT1 | | 391.50 |
| KANOE COCKETT | Tax | 16.31 |
| | **TOTAL DUE** | **$407.81** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

---

BILLED TO:
REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

_____  9-28/05
Signature           Date

Dates Received:
9/23/05            9/23/05
Invoice           Goods/Services

INVOICE DATE: 9/23/2005
INVOICE NO:   56766
TOTAL DUE:    $407.81
DATE TAKEN:   9/20/2005
RE:           CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):  DR. EVELYN YANAGIDA

Payment Approved:

_____ 10/12/05
Signature          Date

1A 51EX31 6EH 1S 1SF 1CT1
KANOE COCKETT    RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT 18 2005

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

9/27/2005

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56825

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF STEVE KUX, DR. DENNIS MCLAUGHLIN TAKEN ON 09/13/05 IN HONOLULU HI<br><br>ORIGINAL & ONE COPY | 793.95 |
| 2A 133ST1 161EH 2S 2SF 12P 2CT1<br>BARBARA ACOBA   Tax | 33.08 |
| **TOTAL DUE** | **$827.03** |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were
satisfactorily received/rendered.

9/28/05 Date

Received:
9/27/05  9/27/05
Invoice  Goods/Services

Payment Approved:
10/12/05 Date

INVOICE DATE: 9/27/2005
INVOICE NO: 56825
TOTAL DUE: $827.03
DATE TAKEN: 09/13/05
RE: CIVIL NO. 00-00446 DAE LEK
WITNESS(ES): STEVE KUX, DR. DENNIS MCLAUGHLIN

2A 133ST1 161EH 2S 2SF 12P 2CT1
BARBARA ACOBA

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT 18 2005



**RALPH ROSENBERG**
Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

9/28/2005

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

BILLED TO:  REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56861

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF DR. JEREMY LAM TAKEN ON 09/14/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 430.05 |
| 1A 77ST1 70EH 1S 1SF 6P 1CT1 ELSIE TERADA | |
| Tax | 17.92 |
| **TOTAL DUE** | **$447.97** |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO:  REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

OCT 3 2005

Signature / Date

Received:
9/28/05  Invoice
9/28/05  Goods/Services

Approved:
10/3/05

INVOICE DATE: 9/28/2005
INVOICE NO: 56861
TOTAL DUE: $447.97
DATE TAKEN: 09/14/05
RE: CIVIL NO. 00-00446 DAE LEK
WITNESS(ES): DR. JEREMY LAM

1A 77ST1 70EH 1S 1SF 6P 1CT1
ELSIE TERADA

OCT 3 2005

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

9/30/2005

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 56919

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| THE DEPOSITION OF IVALEE SINCLAIR, DR. MITZI GOLD, DEAN NAGAMINE, ESQ. TAKEN ON 09/15/05 IN HONOLULU HI | |
| ORIGINAL & ONE COPY | 937.45 |
| 2A 143ST1 261EH 3S 3SF 6P 3CT1 10CC | |
| ELSIE TERADA     Tax | 39.05 |
| **TOTAL DUE** | **$976.50** |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

I certify that goods/services were properly received/rendered.

10/4/05 Date

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

Received: 9/30/05   9/30/05
Invoice    Goods/Services

INVOICE DATE: 9/30/2005
INVOICE NO: 56919
TOTAL DUE: $976.50
DATE TAKEN: 09/15/05
RE: CIVIL NO. 00-00446 DAE LEK
WITNESS(ES): IVALEE SINCLAIR, DR. MITZI GOLD, DEAN NAGAMINE, ESQ.

2A 143ST1 261EH 3S 3SF 6P 3CT1 10CC
ELSIE TERADA

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

10/18/2005

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 57367

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF STEVE KUX (C/A) TAKEN ON 9/13/2005 IN HONOLULU HI | |
| WITNESS, SHERIFF & COPY COSTS | |
| SUBTOTAL | 95.00 |
| 50WF 35SH 10CC RALPH ROSENBERG — Tax | 3.96 |
| TOTAL DUE | $98.96 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

OCT 24 2005
Date

10/19/05          9/05
Invoice           Goods/Services

INVOICE DATE: 10/18/2005
INVOICE NO: 57367
TOTAL DUE: $98.96
DATE TAKEN: 9/13/2005
RE: CIVIL NO. 00-00446 DAE LEK
WITNESS(ES): STEVE KUX (C/A)

Signature          10/24/05
                   Date

50WF 35SH 10CC
RALPH ROSENBERG    RALPH ROSENBERG COURT REPORTERS, INC.
                   1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

OCT 25 2005

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

10/18/2005

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 57371

RE: MOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF DR. DENNIS MCLAUGHLIN, DR. JEREMY LAM (C/A) TAKEN ON 09/13/05 IN HONOLULU HI<br><br>WITNESS, SHERIFF & COPY COSTS<br>ALSO TAKEN ON 09/14/05 | |
| SUBTOTAL | 150.00 |
| 84WF 56SH 10CC<br>RALPH ROSENBERG — Tax | 6.25 |
| TOTAL DUE | $156.25 |

Invoices payable within 30 days. A finance charge of 1½% per month will apply on past due amounts.

THANK YOU
(Please return this portion with your payment for proper credit.)

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered.

_____ Date
Signature

Date Received:
10/19/05        9/05
Invoice         Goods/Services

Payment Approved:
_____ 10/24/05
Signature        Date

INVOICE DATE: 10/18/2005
INVOICE NO:   57371
TOTAL DUE:    $156.25
DATE TAKEN:   09/13/05
RE:           CIVIL NO. 00-00446 DAE LEK
WITNESS(ES):  DR. DENNIS MCLAUGHLIN, DR. JEREMY LAM (C/A)

84WF 56SH 10CC
RALPH ROSENBERG

RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813     OCT 25 2005

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# RALPH ROSENBERG
## Court Reporters, Inc.
A Referral Service
Fed. I.D. #99-0193243

1001 Bishop Street
2460 Pacific Tower
Honolulu, Hawaii 96813
Telephone: (808) 524-2090

10/18/2005

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

INVOICE NO: 57382

REMOTHER VS STATE OF HAWAII
CIVIL NO. 00-00446 DAE LEK

*A Full Service Court Reporting Firm with Offices Throughout the State*

| DESCRIPTION | AMOUNT |
|---|---|
| COSTS ADVANCED RE: DEPOS OF IVALEE SINCLAIR, EVELYN YANAGIDA, JUNE CHING (C/A) TAKEN ON 09/15/05 IN HONOLULU HI<br><br>WITNESS, SHERIFF & COPY COST ALSO TAKEN ON 09/20/05 | |
| SUBTOTAL | 217.00 |
| 124WF 83SH 10CC<br>RALPH ROSENBERG — Tax | 9.04 |
| TOTAL DUE | $226.04 |

Invoices payable within 30 days. A finance charge of 1 1/2% per month will apply on past due amounts.

THANK YOU
*(Please return this portion with your payment for proper credit.)*

BILLED TO: REGINALD YEE, ESQ.
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HI 96813

I certify that goods/services were satisfactorily received/rendered
OCT 24 2005
Date

Dates Received:
10/19/05       9/05
Invoice        Goods/Services

Payment Approved:
[signature] 10/24/05
Signature    Date

INVOICE DATE: 10/18/2005
INVOICE NO: 57382
TOTAL DUE: $226.04
DATE TAKEN: 09/15/05
RE: CIVIL NO. 00-00446 DAE LEK
WITNESS(ES): IVALEE SINCLAIR, EVELYN YANAGIDA, JUNE CHING (C/A)

124WF 83SH 10CC
RALPH ROSENBERG     RALPH ROSENBERG COURT REPORTERS, INC.
1001 Bishop Street, 2460 Pacific Tower, Honolulu, HI 96813

**CERTIFIED LEGAL VIDEO SERVICES**
A Division of Media Solutions, Inc.
1000 Bishop Street, Suite 904
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 09/23/05 | 5791 |

**BILL TO**

Attn: Reginald Yee, Esq.
Department of the Attorney General
425 Queen St.
Honolulu, HI 96813
(808) 587-2969

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | Net 30 | 10/23/05 | 00-00446 DAE | Jane Mother v. State of HI, |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| Video Deposition of: Steve Kux (Sept. 13, 2005) | 3.25 | 100.00 | 325.00 |
|   Original Tape (sent to Ralph Rosenberg CR) | 1 | 20.00 | 20.00 |
|   Attorney's VHS Copy - 1st Set (sent to Attorney General) | 1 | 20.00 | 20.00 |
|   3 Additional Copies - 50% Discount (sent to Attorney General) | 3 | 10.00 | 30.00 |
|  |  |  |  |
| SUBTOTAL |  |  | 395.00 |
| Hawaii General Excise Tax |  | 4.166% | 16.46 |

I certify that goods/serv. satisfactorily rec'd

9/28/05

9/23/05   9/23/05

7/28/05

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total**   $411.46

$359.46

**CERTIFIED LEGAL VIDEO SERVICES**
A Division of Media Solutions, Inc.
1000 Bishop Street, Suite 904
Honolulu, HI 96813
Tel: (808) 550-CLVS   Fax: (808) 550-8860

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 09/26/05 | 5794 |

**BILL TO**
Attn: Reginald Yee, Esq.
Department of the Attorney General
425 Queen St.
Honolulu, HI 96813
(808) 587-2969

| PO/REF No. | TERMS | DUE DATE | CASE NO. | CASE NAME |
|---|---|---|---|---|
|  | Net 30 | 10/26/05 | 00-00446 DAE | RN, et al. v. State of HI, et |

| DESCRIPTION | QTY/HR/DAY | RATE | AMOUNT |
|---|---|---|---|
| VHS Duplication (61-120 min.): Sharon DeLoughery Depo | 1 | 25.00 | 25.00 |
| Additional Copy - 50% Discount | 3 | 12.50 | 37.50 |
| T-120 VHS Videotape | 4 | 5.00 | 20.00 |
| SUBTOTAL |  |  | 82.50 |
| Hawaii General Excise Tax |  | 4.166% | 3.44 |

I certify that goods/services were satisfactorily received/rendered.

Signature _____  Date 9/30/05

Dates Received:
Invoice 9/27/05   Goods/Services 9/27/05

Payment Approved:
Signature _____  Date 9/28/05

Mahalo for your Business! Please make payment to Certified Legal Video Services
FEIN#99-0353545

**Total** $85.94

SEP 30 2005