# COPY COSTS

AO83

JANE MOTHER V. SOH, ET AL
Civ. No. 00446; M.I. 0018241

**Customer Copy**

Receipt for Payment
**U.S. District Court - Hawaii**

| For Internal Use Only | |
|---|---|
| Receipt | 231199 |
| Trans | 135025 |

Received From: ATTY GENERAL
Case Number:
Reference Number: CV 03-625

|  | Cash | 16.00 |
|---|---|---|
|  | Total | 16.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| COPY FEE | 322350 | 14 | 7.00 |
| CERTIFICATION | 322360 | 1 | 5.00 |
| CERTIFICATION | 510000 | 1 | 4.00 |
|  | Total |  | 16.00 |
|  | Tend |  | 20.00 |
|  | Due |  | 4.00 |

08/26/2005 09:54:50 AM           Deputy Clerk: jp/DT

I certify that goods/services were
satisfactorily received.

_____   8/26/05
Signature                   Date

8/26/05       8/26/05
Invoice       Goods/services

Payment Approval:

_Andy D. Inouye_  8/30/05
Signature                   Date

**Health Information Services, I.**

P.O. BOX 83150 · Phoenix, AZ 85071-3150
602-944-1411 · FAX 602-944-4567
Tax ID # 86-1008482

DEPT. OF THE ATTORNEY GENERAL
NANCY ALBANO
425 QUEEN ST.
HON HI 96813
CIVIL NO. CV00-00446

INVOICE # 671
INVOICE DATE 6/7/02
FILE DATE
DUE DATE

MEDICAL RECORDS FROM: KAPIOLANI MED CTR
PATIENT NAME: W_____, S_____
SSN: _____
DOB: 4/15/49

RN v. SOH
00-00446 (DOE)

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 21 | XEROX PAGES | 10.50 |
| 8 | MICROFILMED PAGES | 4.00 |
|  | TAX | .58 |
|  |  | $15.08 |

I certify that goods/services were satisfactorily received/rendered.

_[signature]_  6/8/02
Signature   Date

Dates Received:
6/7/02    6/7/02
Invoice   Goods/Services

Payment Approved:
_[signature]_ 6/10/02
Signature   Date

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE, PLEASE CALL CUSTOMER SERVICE AT 602-944-1411

To ensure proper credit to your account, please return this portion with your payment.

Make Checks Payable To:

HEALTH INFORMATION SERVICES, INC.
P.O. BOX 83150
PHOENIX, AZ 85071-3150

INVOICE # 671
INVOICE DATE
FILE DATE
DUE DATE



NewTech Imaging — Printing • Copying • Graphics
333 Q[ueen] St.   532-6566
FREE PICK-UP & DELIVERY

Sold To: Depart of Attorney General, 425 Queen St, Litigation/Civil Right
Phone: 5803945
Job Info: Date 3-22-02, Consultant Jeff M, Contact Pat G
Invoice Number: 142837
Job Reference: RN vs S.O.H. (00-00446) (DOE)

| Originals | Copies | Description | Unit | Amount |
|---|---|---|---|---|
| 1276 | 1 | FILE COPIES: semi-auto, hand placed, multiple sizes | .16 | 204.16 |

Dates Received: Invoice 3/22/02, Goods/Services 3/22/02
Payment Approved 3/25/02

Sub-Total: 204.16
Tax: 8.51
Total: 212.67



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q____n St.  532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
NAME: Depart of Attorney General
ADDRESS: 425 Queen St
Tort Litigation

**JOB INFO**
CHARGE: ☒ R  ☐ ST  ☐ C.O.D.
DATE: 5-7-02
CONSULTANT: April, Cindy
CONTACT: Robert
JOB REFERENCE / P.O. NO.: CV00 00446 DAE
INVOICE NUMBER: 143115

RN Napoleon

| ORIGINALS | COPIES | DESCRIPTION | | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | RN v. SRH (00E) | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | | |
| | | SET UP: | | | | | | | |
| 344 | 3 | UNBIND/REBIND: | | | | | remove/replace Post Its | 14 | 144 48 |
| | | FILE COPIES: ☐ auto ☒ semi-auto ☒ difficult ☐ hand placed ☐ multiple sizes | | | | | | | |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | | | |

FILE COPIES Originals from:
Contact:                          Phone:
COLOR COPIES: ☐ 8-1/2x11  ☐ 8-1/2x14  ☐ 11x17
SPECIAL HANDLING: ☐ enlarge  ☐ reduce  ☐ area designate  ☐ color create
OVERSIZE COPIES: ☐ s/s  ☐ reduced  ☐ enlarged  ☐ 18x24  ☐ 24x36  ☐ 30x42
OTHER:

SHIP TO:
I certify that goods/services were satisfactorily received/rendered.
Signature _____ 5/7/02 Date
Date Received:

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE** 5/7/02

REMIT PAYMENT TO:
NEWTECH IMAGING
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

DATE / /    RECEIVED BY Signature
WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

SUB-TOTAL: 144 48
TAX: 6 02
TOTAL: 150 50

NEWTECH IMAGING • COMPLETE MEDIA SERVICES



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q[...]n St.   532-6566

**FREE PICK-UP & DELIVERY**

| | |
|---|---|
| DEPT of the ATTORNEY GENERAL | JOB INFO |
| 425 QUEEN ST. | CHARGE ☒  ☐ ST  ☐ C.O.D.   DATE 5/29/02 |
| CIVIL RIGHTS DIVISION | CONSULTANT: CINDY |
| CITY, STATE, ZIP          PHONE (BUSINESS) | CONTACT: ROBERT U. / NANCY ALBAND |
| | JOB REFERENCE / P.O. NO.  CV 00446 USPC / RN v. DOE |
| | INVOICE NUMBER: 143243 |

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | RN v. SOH (DOE) | | | | | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | | | | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | | | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | | | | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | | | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | | | | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | | | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | SET UP: | | | | | | |
| | | UNBIND/REBIND: | | | | | | |
| 2821 | 2 | FILE COPIES: ☐ auto ☒ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes  PLENTY STAPLES, 11" & 14" 2-SD | | | | | .14 | 789 88 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | | |
| | | FILE COPIES Originals from: CARL VARADY | | | | | | |
| | | Contact:                              Phone: 523 8447 | | | | | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | | | | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | | | | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 | | | | | | |
| | | OTHER: | | | | | | |
| | | SHIP TO: | | | | | | |

I certify that goods/services were received/rendered satisfactorily.  [signature] 5/3/02

Dates Received: 5/29/02
Goods/Services: 5/31/02
Invoice: 
Payment Approved: [signature] 5/31/02

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
NEWTECH IMAGING
09 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

| SUB-TOTAL | 789 88 |
|---|---|
| TAX | 32 91 |
| TOTAL | 822 79 |

| DATE | RECEIVED BY |
|---|---|
| / / | Pat Greene |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.





**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

333 Q  St.    532-6566

*FREE PICK-UP & DELIVERY*

| | |
|---|---|
| **NAME:** Depart of Attorney General | **CHARGE:** X R □ ST □ C.O.D. **DATE:** 6/6/02 |
| **ADDRESS:** 425 Queen St | **CONSULTANT:** Army, April |
| Civil Rights Division | **CONTACT:** KC / PAT GREENE (DOE) |
| **PHONE (BUSINESS):** 586-1494 | **JOB REFERENCE/P.O. NO:** CV00000446 ~~USDC~~ LEK |
| | **INVOICE NUMBER:** 143312 |

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES  1st Side  11"  14"  11x17  20# White | | |
| | | COPIES  2nd Side  11"  14"  11x17  20# White | | |
| | | COPIES  1st Side  11"  14"  11x17  20# White | | |
| | | COPIES  2nd Side  11"  14"  11x17  20# White | | |
| | | COPIES  1st Side  11"  14"  11x17  20# White | | |
| | | COPIES  2nd Side  11"  14"  11x17  20# White | | |
| | | BINDING: □ staple  □ GBC  □ velo  □ acco  □ thermal | | |
| | | BINDING: □ staple  □ GBC  □ velo  □ acco  □ thermal | | |
| | | COVERS: □ acetate F B  □ glossy F B  □ cardstock F B  □ vinyl F B | | |
| | | FINISHING: □ fold  □ cut  □ pad  □ punch  □ insert  □ collate | | |
| | | FINISHING: □ fold  □ cut  □ pad  □ punch  □ insert  □ collate | | |
| | | SET UP: | | |
| | | UNBIND/REBIND: | | |
| 2813 | 2 | FILE COPIES: □ auto  X semi-auto  □ difficult  □ hand placed  □ multiple sizes   Plenty Staples / 11"& 14", 2 si | .14 | 787 64 |
| | | FILE COPIES: □ auto  □ semi-auto  □ difficult  □ hand placed  □ multiple sizes | | |
| | | FILE COPIES Originals from: | | |
| | | Contact:                  Phone: | | |
| | | COLOR COPIES: □ 8-1/2x11  □ 8-1/2x14  □ 11x17 | | |
| | | SPECIAL HANDLING: □ enlarge  □ reduce  □ area designate  □ color create | | |
| | | OVERSIZE COPIES: □ s/s  □ reduced  □ enlarged  □ 18x24  □ 24x36  □ 30x42 | | |
| | | OTHER: | | |
| | | SHIP TO: | | |

*I certify that goods/services were satisfactorily received/rendered*  6/6/02

Dates Goods/Services 6/6/02

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**
*"PLEASE PAY FROM THIS INVOICE"*
To insure proper credit, please include account name and invoice number with payment.

REMIT PAYMENT TO:
NEWTECH IMAGING
99 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

| SUB-TOTAL | 787 64 |
|---|---|
| TAX | 32 81 |
| TOTAL | 820 45 |

| DATE | RECEIVED BY |
|---|---|
| / / | |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

# NewTech Imaging
### PRINTING • COPYING • GRAPHICS

333 Queen St.    532-6566

*FREE PICK-UP & DELIVERY*

| SOLD TO | | JOB INFO | |
|---|---|---|---|
| NAME | Dep't of Attorney General | CHARGE: ☒R ☐ST ☐C.O.D. DATE 06/24/02 | INVOICE NUMBER 143431 |
| ADDRESS | 425 Queen St | CONSULTANT Randy | |
| | TM Litigation | CONTACT Pat Green | ALTERNATE PHONE |
| CITY, STATE, ZIP | | JOB REFERENCE / P.O. NO. RN v S.O.H. (DOE) | |
| PHONE (BUSINESS) 586-1500 | | | |

| ORIGINALS | COPIES | DESCRIPTION 00-00446 USDC | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | |
| | | SET UP: | | |
| | | UNBIND / REBIND: | | |
| 1277 | 1 | FILE COPIES: ☐ auto ☐ semi-auto ☒ difficult ☐ hand placed ☐ multiple sizes  spiral original | .10 | 127 70 |
| 1277 | 1 | FILE COPIES: ☐ auto ☒ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes  x additional | .08 | 31 92 |
| | | FILE COPIES Originals from: | | |
| | | Contact:    Phone: | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | |
| | | OTHER | | |

I certify that the goods/services were satisfactorily received/rendered and prices are listed above

Signature: _____
Dates Received: 6/24/04
Goods/Services
Ship To: _____
6/24/04 Invoice
Pmt Approved: 6/27/02

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
**NEWTECH IMAGING**
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

*"PLEASE PAY FROM THIS INVOICE"*
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

| SUB-TOTAL | 45 89 |
|---|---|
| | |
| TAX | 1 88 |
| TOTAL ▶ | 47 10 |

| DATE | RECEIVED BY |
|---|---|
| / / | |