# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q [ ] St.   532-6566

**FREE PICK-UP & DELIVERY**

**SOLD TO**
- NAME: ATTORNEY GENERAL
- ADDRESS: LITIGATION
- 425 QUEEN ST
- CITY, STATE, ZIP:
- PHONE (BUSINESS): 586-1494

**JOB INFO**
- CHARGE: ☒ R  ☐ ST  ☐ C.O.D.
- DATE: 6-17-02
- CONSULTANT: RANDY/JEFF
- CONTACT: PAT GREENE
- JOB REFERENCE/P.O. NO: RN V530H/00-00446 (DOE)
- INVOICE NUMBER: 143375

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES | 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| 18 | 1 | BINDING: ☐ staple ☒ GBC ☐ velo ☐ acco ☐ thermal | | | | | 1.75 | 31.50 |
| 18 | 1 | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | |
| | | COVERS: ☒ acetate F/B ☒ glossy F/B ☐ cardstock F B ☐ vinyl F B | | | | | 1.30 | 23.40 |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | |
| | | SET UP: | | | | | | |
| | | UNBIND/REBIND: | | | | | | |
| 1,105 | 3 | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | | | | .14 | 464.10 |
| 378 | 3 | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes  DEPOS | | | | | .10 | 113.40 |
| | | FILE COPIES Originals from: | | | | | | |
| | | Contact:                      Phone: | | | | | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | | | | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | | | | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | | | | | |
| | | OTHER: | | | | | | |

I certify that goods/services were satisfactorily received/rendered

Signature: [signature]   Date: 6/19/02

SHIP TO:
Dates Received: 6/17/02  Goods/Services
6/19/02
6/20/02

PAYMENT DUE UPON RECEIPT OF THIS INVOICE
Payment Approved by: [signature]   Date: 6/20/02

**"PLEASE PAY FROM THIS INVOICE"**
To insure proper credit, please include account name and invoice number with payment.

REMIT PAYMENT TO:
NEWTECH IMAGING
[ ] AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

| DATE | RECEIVED BY |
|---|---|
| / / | [signature] |

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

| | |
|---|---|
| SUB-TOTAL | 632.40 |
| Less 10% | <63.24> |
| | 569.16 |
| TAX | 23.71 |
| **TOTAL** | 592.87 |



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Q St.   532-6566

## FREE PICK-UP & DELIVERY

**SOLD TO**
NAME: Depart of Attorney General
ADDRESS: 425 Queen St
CITY, STATE, ZIP: Tort Litigation
PHONE (BUSINESS):

**JOB INFO**
CHARGE: X R   ☐ ST   ☐ C.O.D.
DATE: 6/17/02
CONSULTANT: Randy
CONTACT: Pat Green
JOB REFERENCE/P.O. NO.: RN vs S.O.H. (ooE)
INVOICE NUMBER: 143380
ALTERNATE PHONE:

DESCRIPTION: 00-00446

| ORIGINALS | COPIES | | | | | | | UNIT | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | | |
| 10 | 1 | BINDING: ☐ staple X GBC ☐ velo ☐ acco ☐ thermal | | | | | | 1.75 | 17 | 50 |
| 10 | 1 | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal | | | | | | 1.20 | 13 | 00 |
| | | COVERS: X acetate F B  X glossy F B  ☐ cardstock F B  ☐ vinyl F B | | | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | | | | | | | |
| 7 | 1 | SET UP: | | | | | | 1.00 | 7 | 00 |
| 89 | 4 | UNBIND/REBIND: X spiral original | | | | | | .10 | 35 | 60 |
| 378 | 1 | FILE COPIES: ☐ auto ☐ semi-auto X difficult ☐ hand placed ☐ multiple sizes | | | | | | .10 | 51 | 80 |
| | | FILE COPIES: ☐ auto ☐ semi-auto X difficult ☐ hand placed ☐ multiple sizes | | | | | | | | |

FILE COPIES Originals from:
Contact:                    Phone:
COLOR COPIES: ☐ 8-1/2x11  ☐ 8-1/2x14  ☐ 11x17
SPECIAL HANDLING: ☐ enlarge  ☐ reduce  ☐ area designated  ☐ color create
OVERSIZE COPIES: ☐ s/s  ☐ reduced  ☐ enlarged  ☐ 18x24  ☐ 24x36  ☐ 30x42
OTHER:

I certify that goods/services were satisfactorily received/rendered
Signature   Date
Date Received: 6/17/02   Goods/Services
SHIP TO:   6/17/02 Invoice
Payment Approved By: Amory 6/20/02   Date

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
NEWTECH IMAGING
9 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

DATE: / /
RECEIVED BY:

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

SUB-TOTAL: 110 90
TAX: 4 62
TOTAL: 115 52



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

333 Queen St.    532-6566
FREE PICK-UP & DELIVERY

SOLD TO:
NAME: Depart of Attorney General
ADDRESS: 435 Queen St
CITY, STATE, ZIP: Civil Rights Litigation
PHONE: 5861500

JOB INFO:
CHARGE: R
DATE: 7/16/02
INVOICE NUMBER: 143603
CONSULTANT: Cindy
CONTACT: Pat Greene
JOB REFERENCE/P.O. NO.: RN et al v S.O.H 00-00446 DAE (JOE)

| ORIGINALS | COPIES | DESCRIPTION | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | |
| 1381 | 1 | FILE COPIES: X semi-auto  w/ plenty slipsheets | | | | | .12/.10 | 138 10 |

BINDING: staple / GBC / velo / acco / thermal
BINDING: staple / GBC / velo / acco / thermal
COVERS: acetate F B / glossy F B / cardstock F B / vinyl F B
FINISHING: fold / cut / pad / punch / insert / collate
FINISHING: fold / cut / pad / punch / insert / collate
SET UP:
UNBIND/REBIND:
FILE COPIES Originals from:
Contact:    Phone:
COLOR COPIES: 8-1/2x11 / 8-1/2x14 / 11x17
SPECIAL HANDLING: enlarge / reduce / area designate
OVERSIZE COPIES: s/s / reduced / enlarged / 18x24 / 24x36 / 30x42
OTHER:

I certify that goods/services were satisfactorily received/rendered.

Signature
Dates Received: 7/16/02
Invoice: 7/16/02
Approved: 7/18/02
Goods/Services

SHIP TO:

SUB-TOTAL: 138 10
TAX: 5 75
TOTAL: 143 85

PAYMENT DUE UPON RECEIPT OF THIS INVOICE
"PLEASE PAY FROM THIS INVOICE"

REMIT PAYMENT TO:
NEWTECH IMAGING
09 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

DATE / / 
RECEIVED BY

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

NEWTECH IMAGING • COMPLETE MEDIA SERVICES FOR TODAY'S BUSINESS



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.  532-6560

*FREE PICK-UP & DELIVERY*

**SOLD TO**
- NAME: Dept of Attorney General
- ADDRESS: ~~325~~ Queen Street
- CITY, STATE, ZIP: Hon, HI 96813
- PHONE (BUSINESS): Civil Rights Div.

**JOB INFO**
- CHARGE: ☒ R  ☐ ST  ☐ C.O.D.
- DATE: 7/11/03
- CONSULTANT: Jeff
- CONTACT: Marnie
- JOB REFERENCE / P.O. NO.: RM v. SOH
- INVOICE NUMBER: 146508

DESCRIPTION: M# 00-18241

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal ☐ coil | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal ☐ coil | | |
| | | COVERS: ☐ acetate F B ☐ glossy F B ☐ cardstock F B ☐ vinyl F B | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | |
| | | SET UP: | | |
| | | UNBIND / REBIND: | | |
| 629 | 1 | FILE COPIES: ☐ auto ☑ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | .14 | 88.06 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | |
| | | FILE COPIES Originals from: CARL VARADY | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | |
| | | OVERSIZE COLOR: | | |
| | | FOAMCORE MOUNT (FCM) | | |
| | | TABS: | | |
| | | GRAPHIC / DIGITAL: 7/16/03  7/11/03 | | |
| 629 | 1 | GRAPHIC / DIGITAL: labeling | .08 | 50.32 |

Certify that goods/services were satisfactorily received/rendered.
Signature / Date
Date Received: 7/16/03
Invoice / Goods/Services
Payment Approved: Andy S. _____ 7/22/03

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

| | |
|---|---|
| SUB-TOTAL | 138.38 |
| TAX | 5.76 |
| TOTAL | 144.14 |

REMIT PAYMENT TO:
NEWTECH IMAGING
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 592-6552

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

DATE: / /   RECEIVED BY: Marnie

WHITE - Original
YELLOW - Customer
PINK - Accounting Dept.

NEWTECH IMAGING • COMPLETE MEDIA SERVICES



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Qu##n St.   532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
NAME: AG
ADDRESS: 425 Queen
CITY, STATE, ZIP:
PHONE (BUSINESS):

**JOB INFO**
CHARGE: ☐ R  ☐ ST  ☐ C.O.D.   P-Card
DATE:
CONSULTANT: Asa
CONTACT: Richard
JOB REFERENCE / P.O. NO.:
INVOICE NUMBER: 150907
QC:

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| 1143 | 3 | COPIES (1st Side) (11") 14" 11x17 (20# White) | .07 | 240.03 |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | COPIES 1st Side 11" 14" 11x17 20# White | | |
| | | COPIES 2nd Side 11" 14" 11x17 20# White | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal ☐ coil | | |
| | | BINDING: ☐ staple ☐ GBC ☐ velo ☐ acco ☐ thermal ☐ coil | | |
| | | COVERS: ☐ acetate F B  ☐ glossy F B  ☐ cardstock F B  ☐ vinyl F B | | |
| 1143 | 3 | FINISHING: ☐ fold ☐ cut ☐ pad ☒ punch ☐ insert ☐ collate | .015 | 51.44 |
| | | FINISHING: ☐ fold ☐ cut ☐ pad ☐ punch ☐ insert ☐ collate | | |
| | | SET UP: | | |
| | 2 | UNBIND/REBIND: GBC | 1.00 | 2.00 |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | |
| | | FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes | | |
| | | FILE COPIES Originals from: | | |
| | | Contact:  Phone: | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | |
| | | COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17 | | |
| | | SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create | | |
| | | OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42 | | |
| | | OVERSIZE COLOR: | | |
| | | FOAMCORE MOUNT (FCM): | | |
| | | TABS: | | |
| | | GRAPHIC / DIGITAL: | | |
| | | GRAPHIC / DIGITAL: | | |

PAYMENT DUE UPON RECEIPT OF THIS INVOICE

REMIT PAYMENT TO:
NEWTECH IMAGING
709 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 831-6506

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original / Office
YELLOW - Customer
PINK - File

DATE: / /
RECEIVED BY:

SUB-TOTAL: 293.47
TAX: 12.23
TOTAL: 305.70

JUL 22 2 55 PM '05
RECEIVED DEPARTMENT OF ATTORNEY GENERAL STATE OF HAWAII



# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.    532-6566

*FREE PICK-UP & DELIVERY*

**SOLD TO**
NAME: DEPT of the ATTORNEY GEN.
ADDRESS: 425 QUEEN ST.

**JOB INFO**
CHARGE: ✓
DATE: 8/27/05
INVOICE NUMBER: 150921
CONSULTANT: CINDY
CONTACT: Rickie Yee / ZAN
JOB REFERENCE / P.O. NO.: RN NAPOLEON

```
NEW TECH IMAGING
333 QUEEN ST
HONOLULU, HI 96813
808-532-6566

    C O P Y
 08/27/2005 18:35
Sale:

Transaction #         1
Card Type:   MasterCard
Acc: ************3802
Exp. Date:        0306
Entry:          Manual
Sale:         2011.86
Reference No.: 002251215
Auth.Code:      080528
Response APPROVAL 080528


  THANK  YOU!
```

| | DESCRIPTION | | | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| S | 1st Side | 11" | 14" | 11x17 | 20# White | | | | |
| S | 2nd Side | 11" | 14" | 11x17 | 20# White | | | | |
| S | 1st Side | 11" | 14" | 11x17 | 20# White | | | | |
| S | 2nd Side | 11" | 14" | 11x17 | 20# White | | | | |
| NG: | ☐ staple | ☐ GBC | ☐ velo | ☐ acco | ☐ thermal | ☐ coil | | | |
| NG: | ☐ staple | ☐ GBC | ☐ velo | ☐ acco | ☐ thermal | ☐ coil | | | |
| RS: | ☐ acetate F B | ☐ glossy F B | ☐ cardstock F B | ☐ vinyl F B | | | | | |
| ING: | ☐ fold | ☐ cut | ☐ pad | ☐ punch | ☐ insert | ☐ collate | | | |
| ING: | ☐ fold | ☐ cut | ☐ pad | ☐ punch | ☐ insert | ☐ collate | | | |
| ID/REBIND: | | | | INCLUDES 3-HOLE | | | | | |
| COPIES: | ✓ auto | ✓ semi-auto | ☐ difficult | ☐ hand placed | ☐ multiple sizes | | | | |
| COPIES: | ☐ auto | ☐ semi-auto | ☐ difficult | ☐ hand placed | ☐ multiple sizes | | | .06 | 1931.40 |
| COPIES Originals from: | | | | | | | | | |
| | Contact: | | | Phone: | | | | | |
| R COPIES: | ☐ 8-1/2x11 | ☐ 8-1/2x14 | ☐ 11x17 | | | | | | |
| R COPIES: | ☐ 8-1/2x11 | ☐ 8-1/2x14 | ☐ 11x17 | | | | | | |
| IAL HANDLING: | ☐ enlarge | ☐ reduce | ☐ area designate | ☐ color create | | | | | |
| OVERSIZE COPIES: | ☐ s/s | ☐ reduced | ☐ enlarged | ☐ 18x24 | ☐ 24x36 | ☐ 30x42 | | | |
| OVERSIZE COLOR: | | | | | | | | | |
| FOAMCORE MOUNT (FCM): | | | | | | | | | |
| TABS: | | | | | | | | | |
| GRAPHIC / DIGITAL: | | | | | | | | | |
| GRAPHIC / DIGITAL: | | | | | | | | | |

PAID BY MASTERCARD

Aug 29 8 46 AM '05
RECEIVED DEPARTMENT OF ATTORNEY GENERAL STATE OF HAWAII

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
NEWTECH IMAGING
09 AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 831-6506

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

| | |
|---|---|
| SUB-TOTAL | 1931.40 |
| TAX | 80.46 |
| TOTAL | 2011.86 |

DATE: / /
RECEIVED BY: [signature]

WHITE - Original / Office
YELLOW - Customer
PINK - File

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Qu[een] St.    532-6566

**FREE PICK-UP & DELIVERY**

| SOLD TO | | JOB INFO | |
|---|---|---|---|
| NAME | DEPT of the ATTORNEY GENERAL | CHARGE | X R  ☐ ST  ☐ C.O.D. |
| ADDRESS | 425 QUEEN STREET | DATE | 9/6/05 |
| CITY, STATE, ZIP | | CONSULTANT | CINDY |
| PHONE (BUSINESS) | | CONTACT | REGGIE |
| | | JOB REFERENCE / P.O. NO. | RN |
| | | INVOICE NUMBER | 150927 |

```
NEW TECH IMAGING
  333 QUEEN ST
HONOLULU, HI 96813
   808-532-6566

09/06/2005  10:22
Sale:

Transaction #        1
Card Type:  MasterCard
Acc:  ************3802
Exp. Date:        0306
Entry:          Manual
Sale:         1233.74
Reference No.: 918003449
Auth.Code:       046641
Response APPROVAL 046641




 I AGREE TO PAY ABOVE
 TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT
 (MERCHANT AGREEMENT IF
    CREDIT VOUCHER)

   CINDY INOUYE
 x PHONE ORDER
      SIGNATURE

 IMPRINT CARD


  THANK YOU!
```

| ORIGINALS | COPIES | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | COPIES | 1st Side  11"  14"  11x17  20# White | | |
| | COPIES | 2nd Side  11"  14"  11x17  20# White | | |
| | S | 1st Side  11"  14"  11x17  20# White | | |
| | S | 2nd Side  11"  14"  11x17  20# White | | |
| | G: | ☐ staple  ☐ GBC  ☐ velo  ☐ acco  ☐ thermal  ☐ coil | | |
| | G: | ☐ staple  ☐ GBC  ☐ velo  ☐ acco  ☐ thermal  ☐ coil | | |
| | S: | ☐ acetate F B  ☐ glossy F B  ☐ cardstock F B  ☐ vinyl F B | | |
| | NG: | ☐ fold  ☐ cut  ☐ pad  ☐ punch  ☐ insert  ☐ collate | | |
| | NG: | ☐ fold  ☐ cut  ☐ pad  ☐ punch  ☐ insert  ☐ collate | | |
| | /REBIND: | EXHIBITS, 3HOLE | 1.00 | 9 00 |
| | PIES: | ☐ auto  ☒ semi-auto  ☐ difficult  ☐ hand placed  ☐ multiple sizes | .08 | 1150 40 |
| | PIES: | ☐ auto  ☐ semi-auto  ☐ difficult  ☐ hand placed  ☐ multiple sizes | | |
| | PIES | Originals from:  Contact:  Phone: | | |
| | COPIES: | ☐ 8-1/2x11  ☐ 8-1/2x14  ☐ 11x17 | | |
| | COPIES: | ☐ 8-1/2x11  ☐ 8-1/2x14  ☐ 11x17 | | |
| | HANDLING: | ☐ enlarge  ☐ reduce  ☐ area designate  ☐ color create | | |
| | E COPIES: | ☐ s/s  ☐ reduced  ☐ enlarged  ☐ 18x24  ☐ 24x36  ☐ 30x42 | | |
| | E COLOR: | | | |
| | RE MOUNT (FCM) | | | |
| | / DIGITAL: | CD BURNS | 5.00 | 25 00 |
| | / DIGITAL: | | | |

RECEIVED SEP 08 8:40 AM '05 DEPARTMENT OF ATTORNEY GENERAL STATE OF HAWAII

UPON RECEIPT OF THIS INVOICE
**"PLEASE PAY FROM THIS INVOICE"**
To insure proper credit, please include account name and invoice number with payment.

WHITE - Original / Office
YELLOW - Customer
PINK - File

| | |
|---|---|
| SUB-TOTAL | 184 40 |
| TAX | 49 34 |
| TOTAL | 1233 74 |

[...] ANOA ST, HONOLULU, HI 96819
CCOUNTS PAYABLE 831-6506

| DATE | RECEIVED BY |
|---|---|
| 1/6/05 | [signature] |

# NewTech Imaging
PRINTING • COPYING • GRAPHICS

333 Queen St.   532-6566
FREE PICK-UP & DELIVERY

**SOLD TO**
NAME: DEPT of the ATTORNEY GEN
ADDRESS: 425 QUEEN ST
CITY, STATE, ZIP:
PHONE (BUSINESS): 586-1200

**JOB INFO**
CHARGE: R
DATE: 10/6/05
CONSULTANT: CINDY
CONTACT: RICHARD GABATINOL
JOB REFERENCE / P.O. NO.: AG
INVOICE NUMBER: 150942

| ORIGINALS | COPIES | DESCRIPTION | | | | | | | | UNIT | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 634 | 5 | COPIES 1st Side | 11" | 14" | 11x17 | 20# White (circled) | AUTO RUN | | | .06 | 190.20 |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | | | |
| | | COPIES 1st Side | 11" | 14" | 11x17 | 20# White | | | | | |
| | | COPIES 2nd Side | 11" | 14" | 11x17 | 20# White | | | | | |
| 3 | 4 | BINDING: | ☐ staple | ☐ GBC | ☐ velo | ✗ acco SM | ☐ thermal | ☐ coil | | .60 | |
| 1 | 4 | BINDING: | ☐ staple | ☐ GBC | ☐ velo | ✗ acco LG | ☐ thermal | ☐ coil | | .60 | 7.20 |
| | | COVERS: | ☐ acetate F B | | ☐ glossy F B | ☐ cardstock F B | ☐ vinyl F B | | | 1.25 | 5.00 |
| 634 | 5 | FINISHING: | ☐ fold | ☐ cut | ☐ pad | ✗ punch | ☐ insert | ☐ collate | | .015 | 47.55 |
| | | FINISHING: | ☐ fold | ☐ cut | ☐ pad | ☐ punch | ☐ insert | ☐ collate | | | |

SET UP:
UNBIND / REBIND:
FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes
FILE COPIES: ☐ auto ☐ semi-auto ☐ difficult ☐ hand placed ☐ multiple sizes
FILE COPIES Originals from:
Contact:   Phone:
COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17
COLOR COPIES: ☐ 8-1/2x11 ☐ 8-1/2x14 ☐ 11x17
SPECIAL HANDLING: ☐ enlarge ☐ reduce ☐ area designate ☐ color create
OVERSIZE COPIES: ☐ s/s ☐ reduced ☐ enlarged ☐ 18x24 ☐ 24x36 ☐ 30x42
OVERSIZE COLOR:
FOAMCORE MOUNT (FCM):
TABS:
GRAPHIC / DIGITAL:
GRAPHIC / DIGITAL:

I certify that goods/services were received/rendered.

Signature   Date

**PAYMENT DUE UPON RECEIPT OF THIS INVOICE**

REMIT PAYMENT TO:
NEWTECH IMAGING
... AHUA ST., HONOLULU, HI 96819
ACCOUNTS PAYABLE 831-6506

"PLEASE PAY FROM THIS INVOICE"
To insure proper credit, please include account name and invoice number with payment.

| SUB-TOTAL | 249.95 |
|---|---|
| TAX | 10.41 |
| TOTAL | 260.36 |

DATE: / /
RECEIVED BY: DELIVERED TO RICHARD W/ AT   INVOICE PENDING PMT METHOD

WHITE - Original / Office
YELLOW - Customer
PINK - File

NEWTECH IMAGING • COMPLETE MEDIA SERVICES ...