# NewTech Imaging
PRINTING • COPYING • GRAPHICS

## INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

E MOTHER V. SOH, ET
Civ. No. 00446; M.I. 0018241

No. **8255**

Date 9/28/2005

Customer P.O. No.

SOLD TO:
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | B&W copies, 8.5 x 11, slip sheets, 3 hole paper, , 2876 originals, copied on 1 side | 230.08 |

I certify that goods/services were satisfactorily received/rendered.

OCT 3 2005 Date

Enter as words:
R Sabatin  9/29/05
Invoice  Goods/Services
Payment Approved:
  10/3/05
Signature  Date

Queen

Contact: Ricard
Taken by: April

Ref: RN 00446

| | | |
|---|---|---|
| SUBTOTAL | | 230.08 |
| TAX | | 9.59 |
| SHIPPING | | |
| TOTAL | | 239.67 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**
**Make all checks payable to NEWTECH IMAGING**

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 8255

Amount Due: $239.67

OCT 3 2005



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6219**

Date 5/12/2005

Customer P.O. No.

**SOLD TO:**
State Attorney General
425 Queen Street
Honolulu HI 96813
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W 8.5 x 11 copies, , 331 originals, copied on 1 side | 46.34 |

I certify that goods/services were satisfactorily received/rendered.

Signature _____  Date _____
Dates Received:
Invoice 5/12/05     Goods/Services 5/12/05
Payment Approved:

Contact: Richard
Tort Litigation

Sales Rep: Queen
Taken by: Randy

Ref: RN / CV # 00446
Matter 00-18241
rec'd 5/12

| | |
|---|---|
| SUBTOTAL | 46.34 |
| TAX | 1.93 |
| SHIPPING | |
| TOTAL | 48.27 |

A finance charge of 1% per month will apply on past due amounts.

This is your only invoice: No other copies will be sent.

**Remittance Advice**
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6219

Amount Due: 48.27

MAY 13 2005



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6722**

Date 6/17/2005

Customer P.O. No.

SOLD TO:
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W copies, some semi-auto, some spiral originals, 8.5 x 11, , 544 originals, copied on 1 side | 108.80 |
| 6 | unbind / rebind, | 6.00 |
| 2 | CD Burn, | 15.00 |
| 2 | spiral bind - small, , 5 originals, copied on 1 side | 17.50 |
| 2 | spiral bind - large, , copied on 1 side | 7.50 |
| 2 | clear front / glossey back, , 6 originals, copied on 1 side | 15.60 |

I certify that goods/services were satisfactorily received/rendered.

_signature_ 6/20/05
Signature                    Date
Dates Received:
6/17/05              6/17/05
Invoice              Goods/Services
Payment Approved:
Rec'd 6/17/05 _signature_    _signature_ 6/20/05
Signature                    Date

Queen

Contact: Richard
Taken by: April

Ref: R.N. CV00-00446
MLD 00-08241

A finance charge of 1% per month will apply on past due amounts.

| | |
|---|---|
| SUBTOTAL | 170.40 |
| TAX | 7.10 |
| SHIPPING | |
| TOTAL | 177.50 |

**This is your only invoice: No other copies will be sent.**

## Remittance Advice
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6722

Amount Due: $177.50

JUN 2 1 2005



# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6726**

Date 6/17/2005

Customer P.O. No.

**SOLD TO**
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W: semi auto, insert slip sheets @.12/ copy, , 436 originals, copied on 1 side | 104.64 |
| 872 | Two Hole Punch | 13.08 |
| 2 | Acco Prongs @.60/ each | 1.20 |
| 2 | Acco Prong @ 1.25 each | 2.50 |

I certify that goods/services were satisfactorily received/rendered.

_Andy P. Onorup 6/20/05_
Signature       Date
Dates received:
6/17/05       6/17/05
Invoice       Goods/Services

Payment Approved:
rec'd 6/17/05 R Gab___  _Andy P. Onorup 6/20/05_
              Signature              Date

Queen

Contact: Richard Gabatinol
Taken by: Cindy

Ref: RN/ CV00-00446
WID 00-08241

| | |
|---|---|
| SUBTOTAL | 121.42 |
| TAX | 5.06 |
| SHIPPING | |
| TOTAL | 126.48 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
**Please return with your payment.**
**Make all checks payable to NEWTECH IMAGING**

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6726

Amount Due: $126.48

JUN 21 2005



# INVOICE

**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6727**

Date 6/17/2005

Customer P.O. No.

**SOLD TO:**
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

**Terms: Net ten days from invoice date.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | B&W copies 8.5 x 11, 145 originals, copied on 1 side | 23.20 |

I certify that goods/services were satisfactorily received/rendered.
Signature: _(signed)_ 6/20/05
Dates Received:
Invoice 6/17/05    Goods/Services 6/17/05
Payment Approved: _(signed)_ 6/20/05

Rec'd 6/17/05 _(signed)_

Queen

Contact: Richard
Taken by: April

Ref: R.N. CV00-00446
MD 00-0424I

| | |
|---|---|
| SUBTOTAL | 23.20 |
| TAX | 0.97 |
| SHIPPING | |
| TOTAL | 24.17 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

### Remittance Advice
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6727
Amount Due: $24.17

JUN 21 2005



**NewTech Imaging**
PRINTING • COPYING • GRAPHICS

# INVOICE

333 Queen Street
Honolulu, Hawaii 96813
Tel: (808) 532-6566 • Fax: (808) 524-2790
www.newtechhawaii.com
Fed. ID 99-0279776

No. **6891**

Date 6/29/2005

Customer P.O. No.

SOLD TO:
State Attorney General
425 Queen Street
Honolulu HI 96813
State Attorney General
Phone: 808-586-1500

Terms: Net ten days from invoice date.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | B&W copies - 8.5 x 11 - white 20# paper, 5190 originals, copied on 1 side | 519.00 |
| 2,557 | 2 hole drilling, | 38.36 |
| 5 | ACCO Binding (large), | 8.75 |
| 2 | ACCO Binding (small) | 1.20 |

I certify that goods/services were satisfactorily received/rendered.

Signature _____  Date 7/1/05
Dates Received:
Invoice 6/29/05     Goods/Services 6/29/05
Payment Approved:
Signature _____  Date 7/1/05

Rec'd 6/29/05

Queen

Contact: Richard
Taken by: Ray

Ref: R.N. vs SOH   Civil# 00-446
MID 00-18241

| | |
|---|---|
| SUBTOTAL | 567.31 |
| TAX | 23.63 |
| SHIPPING | |
| TOTAL | 590.94 |

A finance charge of 1% per month will apply on past due amounts.

**This is your only invoice: No other copies will be sent.**

**Remittance Advice**
Please return with your payment.
Make all checks payable to NEWTECH IMAGING

NewTech Imaging
Accounting Dept.
709 Ahua Street
Honolulu, Hawaii 96819

Invoice No: 6891

Amount Due: $590.94

JUL 01 2005



08/31/2005
Mailed From 94066
US POSTAGE

Hasl



SEP 2 9 30 AM '05

National Archives Trust Fund
1000 Commodore Drive
San Bruno, CA 94066-2350
(650) 238-3505

Court file page count-NRHS
CF1400        7
Record certification
RF0023     1@    6.00         $6.00
Bankruptcy-Specific Doc-Bus-NRHS
CF1404     1@   35.00         $35.00
       9.00 ITEMS SUBTOT/    $41.00
           TOTAL              $41.00
           MASTERCARD         $41.00
           ************3802
           Change Due          $0.00

NRHSINV00058174
LOC:  NRHS            WKS:  NRHS3
OPER: frobinso        SLS:  FROBINSO
DATE: 8/30/2005       TIME: 2:01:30 PM
CUSTOMER ACCOU    WALKINNRHS

*Ready Access to
Essential Evidence*

Office of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813
Attn: Reginald Yee.
Re: Copy Request.

| Pleading # | Number of Pages |
|---|---|
| 237 | 48 |
| 232 | 53 |
| 228 | 12 |
| 226 | 271 |
| 225 | 58 |
| 224 | 158 |
| 223 | 167 |
| 221 | 2 |
| 218 | 13 |
| 216 | 123 |
| 215 | 11 |
| 208 | 3 |
| 207 | 16 |
| 206 | 24 |
| 204 | 52 |
| 203 | 34 |
| 202 | 43 |
| 201 | 81 |
| 200 | 92 |
| 199 | 3 |
| 198 | 4 |
| 197 | 49 |
| 195 | 223 |
| 182 | 129 |
| 181 | 13 |
| 179 | 265 |
| 178 | 27 |
| 177 | 96 |
| 176 | 40 |
| 170 | 8 |
| 168 | 13 |
| 161 | 2 |
| 159 | 2 |
| 158 | 14 |
| 152 | 35 |
| 123 | 4 |
| 98 | 2 |
| 96 | 514 |
| 95 | 7 |
| 93 | 3 |
| 94 | 3 |
| 91 | 490 |
| 89 | 495 |
| 80 | 2 |
| 79 | 83 |
| 78 | 365 |
| 77 | 86 |
| 76 | 350 |
| 73 | 5 |
| 72 | 92 |

| | |
|---|---|
| 71 | 39 |
| 69 | 2 |
| 68 | 2 |
| 67 | 88 |
| 66 | 8 |
| 61 | 371 |
| 60 | 361 |
| 59 | 350 |
| 58 | 2 |
| 57 | 2 |
| 56 | 2 |
| 55 | 2 |
| 54 | 79 |
| 53 | 59 |
| 52 | 2 |
| 51 | 2 |
| 50 | 2 |
| 49 | 2 |
| 44 | 3 |
| 22 | 2 |
| 21 | 2 |
| 20 | 20 |
| 19 | 3 |
| 18 | 2 |
| 14 | 6 |
| 11 | 7 |
| | 0 |
| | 6105 |

6105 x 3 =    18315 total pages
18315 x .15 = $ 2,747.25