LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone (808) 523-8447

Attorney for Plaintiff
"JANE MOTHER"



ORIGINAL
For Filing or Service

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 0 7 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

LODGED

FEB 0 3 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| "JANE MOTHER," | CIVIL NO. CV00-00446 DAE/LEK |
| Plaintiffs, | |
| vs. | STIPULATION TO EXTEND TIME FOR FILING APPEAL |
| STATE OF HAWAI'I, CHERYL LIPPMAN, and SHARON MANNER in their individual capacities, | |
| Defendants. | |

## STIPULATION TO EXTEND TIME FOR FILING APPEAL

Pursuant to Rule 4, Fed. R. App. Pro., and LR 6.2 and

10.4, the parties, through their undersigned attorneys, hereby stipulate to extend the time for filing the notice of appeal in this matter until and including **March 3, 2006.**

The purpose of this stipulation is to permit the parties to evaluate settlement and, thereby, avoid the filing of an appeal.

DATED:    Honolulu, Hawai'i, February 2,    2006.

_____        _____
CARL M. VARADY                 CINDY INOUYE
                               Deputy Attorney General
Attorney for Plaintiff         Attorney for Defendant
"JANE MOTHER"                  STATE OF HAWAII

Having being fully advised in the premises, and good cause appearing therefor, the parties' Stipulation to Extend Time for Filing Appeal until and including March 3, 2006, is:

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

_____
"JANE MOTHER" v. STATE, CV00-00446 DAE/LEK; STIPULATION
TO EXTEND TIME FOR FILING APPEAL