LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone (808) 523-8447

Attorney for Plaintiff
"JANE MOTHER"

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| "JANE MOTHER",<br><br>    Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAI'I,<br><br>    Defendant. | CIVIL NO.  CV00-00446 LEK<br><br>PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO BILL OF COSTS; DECLARATION OF CARL M. VARADY, EXHIBIT 1; ORDER GRANTING  PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO BILL OF COSTS; CERTIFICATE OF SERVICE<br><br>Judge: Hon. Leslie E. Kobayashi<br><br>Trial Date: October 4, 2005 |

**PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO BILL OF COSTS**

Pursuant to Rules 7 and 10, Fed. R. Civ. Pro., and LR 54.2(c),

Plaintiff, "JANE MOTHER," hereby moves this Honorable Court to extend the date by which Plaintiff must respond with objections to the Bill of Costs filed by the Defendant State of Hawai'i, until and including March 3, 2006.

DATED: Honolulu, Hawai'i, February 22, 2006.

/s/

CARL M. VARADY

Attorney for Plaintiff