ORIGINAL

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 2 2006

at 3 o'clock and 28 min. PM
SUE BEITIA, CLERK

LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawai'i 96813
Telephone (808) 523-8447

Attorney for Plaintiff
"JANE MOTHER"



LODGED
FEB 2 1 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| "JANE MOTHER," <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF HAWAI'I, CHERYL LIPPMAN, and SHARON MANNER in their individual capacities, <br><br> Defendants. | CIVIL NO. CV00-00446 DAE/LEK <br><br> STIPULATION TO EXTEND TIME FOR OBJECTIONS TO DEFENDANTS' BILL OF COSTS |

**STIPULATION TO EXTEND TIME FOR OBJECTIONS TO DEFENDANTS' BILL OF COSTS**

Pursuant to Rule 4, Fed. R. App. Pro., and LR 6.2 and 54.2(d), the parties, through their undersigned attorneys, hereby

stipulate to extend the time for filing the Objections to Defendants' Bill of Costs in this matter until and including **February 27, 2006.**

The purpose of this stipulation is to permit the parties to evaluate settlement and, thereby, avoid the filing of an appeal.

DATED:   Honolulu, Hawai'i, ___Feb. 21___, 2006.

_____      _____
CARL M. VARADY                                     REGINALD YEE
                                                                  Deputy Attorney General
Attorney for Plaintiff                                 Attorney for Defendant
"JANE MOTHER"                                  STATE OF HAWAII

Having being fully advised in the premises, and good cause appearing therefor, the parties' Stipulation to Extend Time for Objections to Defendants' Bill of Costs until and including February 27, 2006, is:

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

---

"JANE MOTHER" v. STATE, CV00-00446 DAE/LEK; STIPULATION TO EXTEND TIME FOR OBJECTIONS TO DEFENDANTS' BILL OF COSTS