IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| "JANE MOTHER",<br><br>             Plaintiff,<br>vs.<br><br>STATE OF HAWAI'I<br><br>             Defendant. | CV 00-00446 LEK<br><br>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO BILL OF COSTS |

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME FOR FILING OBJECTIONS TO BILL OF COSTS

This matter having come before the Court on the Plaintiff's ex Parte Motion to Extend Time for Filing Objections to Bill of Costs and the Court being fully advised in the premises therefor,

IT IS HEREBY ORDERED that Plaintiff's ex Parte Motion to Extend Time for Filing Objections to Bill of Costs is hereby GRANTED and the time for filing the objections extended until and including March 3, 2006.

DATED: Honolulu, Hawai'i, February 24, 2006.



_Leslie E. Kobayashi_
Leslie E. Kobayashi
United States Magistrate Judge