IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| "JANE MOTHER," | ) CIVIL NO. 00-00446 LEK |
| Plaintiff, | ) DECLARATION OF REGINALD K.T. YEE |
| vs. | ) |
| STATE OF HAWAII, | ) |
| Defendants. | ) |

DECLARATION OF REGINALD K.T. YEE

REGINALD K.T. YEE, hereby declares under penalty of perjury that:

1. I am a Deputy Attorney General with the Department of the Attorney General and am assigned to represent the State of Hawaii in the above-referenced action.

2. I make this declaration based on personal knowledge and good faith belief based upon my review of the records and files kept at our office in the ordinary course of business, and I am competent to testify as to all matters stated herein.

3. The document attached hereto as Exhibit "A" is a true and correct copy of the Stipulation to Extend Time for Objections to Defendants' Bill of Costs, filed on February 14, 2006;

4. The document attached hereto as Exhibit "B" is a true and correct copy of the three email message sent on February 17, 2006, at 1:04 p.m., 2:38 p.m. and 4:44 p.m.;

5. The documents attached hereto as Exhibit "C" is a true and correct copy of the Stipulation to Extend Time for Objections to Defendant's Bill of Costs, signed by me on February 21, 2006;

6. The documents attached hereto as Exhibit "D" is a true and correct copy of the letter received via fax from Plaintiff's counsel on February 21, 2006 at 7:53 p.m.;

7. The document attached hereto as Exhibit "E" is a true and correct copy of the Complaint that was filed in this case on June 28, 2000.

I declare under penalty of perjury under the laws of the State of Hawaii that the foregoing is true and correct to the best of my knowledge and belief.

DATED: Honolulu, Hawaii, February 24, 2006.

REGINALD K.T. YEE