

**"Carl M. Varady"**
<carl@varadylaw.com>
02/17/2006 01:04 PM

To <Reginald.K.Yee@hawaii.gov>
cc
bcc
Subject   JM v. State

Reggie,

My client has authorized settlement on the terms contained in the attached agreement. Please call me to discuss.

Carl M. Varady

American Savings Bank Tower

1001 Bishop Street

Suite 2870

Honolulu, Hawai`i 96813

Telephone: 808.523.8447

Facsimile: 808.523.8448

e-mail: carl@varadylaw.com

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at 808.523.8447 or by reply e-mail, and destroy all copies of the original message. Thank you.



<<...>>  Settlement agreement.2-16-06.DOC

EXHIBIT "B"



**"Carl M. Varady"**
<carl@varadylaw.com>
02/17/2006 02:38 PM

To <Reginald.K.Yee@hawaii.gov>
cc
bcc
Subject JM v. State

This is a revised draft for your review. I do not yet have authority, but have asked for prompt client review.

Carl M. Varady

American Savings Bank Tower

1001 Bishop Street

Suite 2870

Honolulu, Hawai`i 96813

Telephone: 808.523.8447

Facsimile: 808.523.8448

e-mail: carl@varadylaw.com

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at 808.523.8447 or by reply e-mail, and destroy all copies of the original message. Thank you.



<<...>> Settlement agreement.2-16-06.2.DOC



"Carl M. Varady"
<carl@varadylaw.com>
02/17/2006 04:44 PM

To  <Reginald.K.Yee@hawaii.gov>
cc
bcc
Subject  JM v. State

Correct ver.3

Carl M. Varady

American Savings Bank Tower

1001 Bishop Street

Suite 2870

Honolulu, Hawai`i 96813

Telephone: 808.523.8447

Facsimile: 808.523.8448

e-mail: carl@varadylaw.com

This e-mail message is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. Unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender at 808.523.8447 or by reply e-mail, and destroy all copies of the original message. Thank you.



<<...>> Settlement agreement.2-16-06.3.DOC