2/21/2006

LAW OFFICES OF CARL M. VARADY

CARL M. VARADY
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaiʻi 96813
Telephone (808) 523-8447

Attorney for Plaintiff
"JANE MOTHER"

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| "JANE MOTHER," | CIVIL NO. CV00-00446 DAE/LEK |
| Plaintiffs, | |
| vs. | STIPULATION TO EXTEND TIME FOR OBJECTIONS TO DEFENDANTS' BILL OF COSTS |
| STATE OF HAWAIʻI, CHERYL LIPPMAN, and SHARON MANNER in their individual capacities, | |
| Defendants. | |

## STIPULATION TO EXTEND TIME FOR OBJECTIONS TO DEFENDANTS' BILL OF COSTS

Pursuant to Rule 4, Fed. R. App. Pro., and LR 6.2 and 54.2(d), the parties, through their undersigned attorneys, hereby

EXHIBIT "C"

stipulate to extend the time for filing the Objections to Defendants'
Bill of Costs in this matter until and including **February 27, 2006.**

The purpose of this stipulation is to permit the parties to
evaluate settlement and, thereby, avoid the filing of an appeal.

DATED:    Honolulu, Hawai'i, _Feb. 21,_ 2006.

CARL M. VARADY                          REGINALD YEE
                                        Deputy Attorney General
Attorney for Plaintiff                  Attorney for Defendant
"JANE MOTHER"                           STATE OF HAWAII

Having being fully advised in the premises, and good
cause appearing therefor, the parties' Stipulation to Extend Time
for Objections to Defendants' Bill of Costs until and including
February 27, 2006, is:

APPROVED AND SO ORDERED:


UNITED STATES MAGISTRATE JUDGE


"JANE MOTHER" v. STATE, CV00-00446 DAE/LEK; STIPULATION
TO EXTEND TIME FOR OBJECTIONS TO DEFENDANTS' BILL OF
COSTS