# CARL M. VARADY
## ATTORNEY AT LAW

American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808/523-8447
Facsimile 808/523-8448

# URGENT

## FACSIMILE TRANSMITTAL

TO:     Reginald Yee, Esq.              Fax No.     586-1369

        Client

FROM:   Carl M. Varady, Esq.

DATE:   February 21, 2006

RE:     <u>Jane Mother et al., v. State, et al., Civil No. CV00-00446 DAE/LEK</u>

Original: [X] will be mailed [] will not be mailed.

**REMARKS:**

Letter withdrawing offer of settlement

Number of pages transmitted:        __2__ page(s) including this page.

If you do not receive all pages, please call: 808/523-8447

**NOTICE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the recipient of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender's office immediately by telephone and return the original message to the address above by U.S. Mail. Thank you.

*"LEGAL SERVICES FOR THE FAMILIES AND PEOPLE OF HAWAI'I"*

**EXHIBIT "D"**

# CARL M. VARADY
## ATTORNEY AT LAW

American Savings Bank Tower
1001 Bishop Street
Suite 2870
Honolulu, Hawai'i 96813
Telephone 808/523-8447
Facsimile 808/523-8448

February 21, 2006

<u>Via Facsimile & Mail</u>
Reginald Yee, Esq.
Deputy Attorney General
425 Queen Street
Honolulu, Hawai'i 96813

Re: <u>"Jane Mother" et al., v. State, et al., Civil No. CV00-00446 DAE/LEK</u>

Dear Mr. Yee:

I have spoken to my client regarding the State's failure to respond to her offer of settlement and refusal of my request to extend the response time for the her opposition to the State's bill of costs for a week from today. **Plaintiff's previous offer of settlement is hereby and immediately withdrawn.** My client has instructed me to file an opposition to the State's request for costs.

Additionally, my client has instructed me to file a notice of appeal, which is being done contemporaneously with this letter. Please call me if you have any questions or concerns.

Very truly yours,

Carl M. Varady

c: Client

CMV.cec