LAW OFFICES OF CARL M. VARADY

Carl M. Varady
American Savings Bank Tower
1001 Bishop Street, Suite 2870
Honolulu, Hawaii 96813
Telephone: (808) 523-8447

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| "JANE MOTHER",<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAI'I, CHERYL LIPPMAN, and SHARON MANNER in their individual capacities,<br><br>Defendants. | CIVIL NO. 00-00446 LEK<br><br>PLAINTIFF'S NOTICE OF APPEAL; CERTIFICATE OF SERVICE |

**<u>PLAINTIFF'S NOTICE OF APPEAL</u>**

NOTICE IS HEREBY GIVEN that Plaintiff "JANE MOTHER' through her attorney, CARL M. VARADY, hereby appeals to the United States Court of Appeals for the Ninth Circuit the final judgment entered in this action on January 4, 2006, and the Order Granting Defendant State of Hawaii's Motion on Partial Findings, filed in this action on December 22, 2005.

DATED: Honolulu, Hawai'i, March __3__, 2006.

_____
CARL M. VARADY

Attorney for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I certify a copy of the attached Notice of Appeal was served by the method and on the date indicated below, addressed to:

                                    <u>MAIL</u>        <u>HAND DELIVERY</u>

REGINALD K.T. YEE, ESQ.                                   [X]
CINDY S. INOUYE, ESQ.
Deputies Attorney General
Dept. of the Atty. General
425 Queen Street
Honolulu, Hawai'i 96813

DATED: Honolulu, Hawai'i, March 3, 2006.

_____