**ORIGINAL**

MARK J. BENNETT                           2672
Attorney General of Hawaii

REGINALD K. T. YEE                        2340
CINDY S. INOUYE                           3968
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Email: Reginald.K.Yee@hawaii.gov

Attorneys for Defendant
STATE OF HAWAI'I,

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 8 2006

at 8 o'clock and 45 min. A M
SUE BEITIA, CLERK

LODGED

MAR 0 6 2006
3:40 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| "JANE MOTHER", | ) CIVIL NO. 00-00446 DAE/LEK |
| | ) |
| Plaintiff, | ) DEFENDANT STATE OF HAWAII'S |
| vs. | ) EX PARTE MOTION TO ALLOW |
| | ) REPLY MEMORANDUM IN |
| STATE OF HAWAI'I, | ) OPPOSITION TO PLAINTIFF'S |
| | ) OBJECTIONS TO DEFENDANT |
| | ) STATE OF HAWAII'S BILL OF |
| Defendants. | ) COSTS [FILED FEBRUARY 2, 2006]; |
| | ) Declaration, FILED ON MARCH 3, 2006; ORDER, |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) [Non-Hearing Motion] |
| | ) |
| | ) Trial Date: October 4, 2005 |
| | ) |
| | ) Judge: Magistrate Judge |
| | )         Leslie E. Kobayashi |

180933_1.DOC

DEFENDANT STATE OF HAWAII'S EX PARTE MOTION
TO ALLOW REPLY MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
OBJECTIONS TO DEFENDANT STATE OF HAWAII'S BILL OF COSTS
[FILED FEBRUARY 2, 2006], FILED ON MARCH 3, 2006

Pursuant to rules 7 and 10, Fed. R. Civ. Pro., and LR 54.2, Defendant State of Hawaii, hereby moves this Honorable Court to allow Defendant to file a reply memorandum in opposition to Plaintiff's Objection to Defendant State of Hawaii's Bill of Costs [Filed February 2, 2006], Filed on March 3, 2006, until and including April 3, 2006.

DATED: Honolulu, Hawaii, MARCH 6, 2006.

STATE OF HAWAII

MARK J. BENNETT
Attorney General

_____
REGINALD K.T. YEE
Deputy Attorney General

Attorneys for Defendant
STATE OF HAWAII

180933_1.DOC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| "JANE MOTHER", | ) | CIVIL NO. 00-00446 DAE/LEK |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT |
| vs. | ) | STATE OF HAWAII'S EX PARTE |
| | ) | MOTION TO ALLOW REPLY |
| STATE OF HAWAI'I, | ) | MEMORANDUM IN OPPOSITION |
| | ) | TO PLAINTIFF'S OBJECTIONS TO |
| | ) | DEFENDANT STATE OF HAWAII'S |
| Defendants. | ) | BILL OF COSTS [FILED |
| | ) | FEBRUARY 2, 2006], FILED ON |
| | ) | MARCH 3, 2006 |

ORDER GRANTING DEFENDANT STATE OF HAWAII'S EX PARTE
MOTION TO ALLOW REPLY MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S OBJECTIONS TO DEFENDANT STATE OF HAWAII'S BILL
OF COSTS [FILED FEBRUARY 2, 2006], FILED ON MARCH 3, 2006

The matter of whether the Defendant State of Hawaii should be allowed to file a reply memorandum in opposition to Plaintiff's objections to Defendant State of Hawaii's Bill of Costs [Filed February 2, 2006], filed on March 3, 2006, and the Court being fully advised in the premises therefore,

IT IS HEREBY ORDERED that Defendant State of Hawaii's Ex Parte Motion to Allow Reply Memorandum in Opposition to Plaintiff's Objections to Defendant State of Hawaii's Bill of Costs [Filed February 2, 2006], filed on March

3, 2006, be and is hereby Granted and the time for filing the reply to Plaintiff's objections is hereby extended to and including April 3, 2006.

DATED: Honolulu, Hawaii, March _____, 2006

_____
UNITED STATES MAGISTRATE JUDGE



_____
UNITED STATES MAGISTRATE

---

**JANE MOTHER vs. STATE OF HAWAII; CIVIL NO. 00-00446; ORDER GRANTING DEFENDANT STATE OF HAWAII'S EX PARTE MOTION TO ALLOW REPLY MEMORANDUM IN OPPOSITION TO PLAINTIFF'S OBJECTIONS TO DEFENDANT STATE OF HAWAII'S BILL OF COSTS [FILED FEBRUARY 2, 2006], FILED ON MARCH 3, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| "JANE MOTHER", | ) | CIVIL NO. 00-00446 DAE/LEK |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAI'I, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on MARCH 6, 2006, a copy of the foregoing was served on the counsel for the above-identified party at his/her last known address via U.S. mail, postage prepaid as follows:

CARL M. VARADY, ESQ.
1001 Bishop Street, Suite 2870
American Savings Bank Tower
Honolulu, Hawaii 96813

Attorney for Plaintiff

DATED: Honolulu, Hawaii, MARCH 6, 2006.

_____
REGINALD K. T. YEE
Deputy Attorney General

Attorney for Defendant
STATE OF HAWAI'I

180933_1.DOC