

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** "Jane Mother" vs. State of Hawaii, et al.

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 06-15440

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CV 00-00446 LEK

II  **DATE NOTICE OF APPEAL FILED:** March 3, 2006

   RECEIVED
   CLERK, U.S. DISTRICT COURT
   MAR 1 6 2006
   DISTRICT OF HAWAII

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 3/3/06    **AMOUNT:** $255.00

   **NOT PAID YET:**    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**    **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**    **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)