*WESR*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

ORIGINAL

Transcript Designation and Ordering Form *(counter designation)*

U.S. Court of Appeals Case No._____06-15430_____    U.S. District Court Case No._____cv-00-00446-LEK_____

Short Case Title _Jane Mother v. State of Hawaii_____

Date Notice of Appeal Filed by Clerk of District Court_____March 3, 2006_____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | ~~XXXXXXXX~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~XXXXXXXXXXXXX~~ |
| | | ~~XXXXXXXXXXXXXXXXX~~ |

APR 0 6 2006

at ___3___ o'clock and __05__ min. __ M
SUE BEITIA, CLERK

(See attached, Exhibit "A")     (Please see Note on Exhibit "A")     Other (please specify) **as identified.**
(additional page for designations if necessary)

( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_____April 6, 2006_____ Estimated date for completion of transcript_____

Print Name of Attorney _Reginald K. T. Yee, Deputy Attorney General_ Phone Number _(808) 586-1300_____

Signature of Attorney_____

Address_Department of the Attorney General, State of Hawaii, 425 Queen Street, Honolulu, Hawaii 96813_____

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
         **(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

_Sue Beitia_____ BY: _____
(U.S. District Court Clerk)          (date)          DEPUTY CLERK

## Exhibit "A"

Addendum to Defendant/Appellee's Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-15430
U.S. District Court Case No. CV-00-00446 LEK

**Note:** Plaintiff/Appellant Jane Mother has filed her Transcript Designation and Ordering Form on March 29, 2005. Defendant/Appellee State of Hawaii does not intend to duplicate Jane Mother's request, herein. However, State of Hawaii requests a copy of any transcript ordered by Jane Mother at the copy rate rather than original transcripts rate.

The following transcripts as designated below, however, are ordered as originals and are not intended to be duplicative of what Plaintiff/Appellant Jane Mother has previously designated and ordered.

| Hearing Date: | Court Reporter: | Proceedings: |
|---|---|---|
| 7/12/2002 | Audio Recording | Def. Mtn for Protective Order |
| 8/14/2002 | Audio Recording | Mtn to Strike Declaration and Exhibits |

185246_1.DOC