AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

"Jane Mother"

    Plaintiff

    V.

State of Hawaii

    Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CV00-00446 LEK

I, "Jane Mother" _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? No    Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☒ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☒ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
    | e. | Gifts or inheritances | ☒ Yes | ☐ No |
    | f. | Any other sources | ☒ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

Self-employed earning on average of $1,284 per month in 2005

Loans from family members totalling $22,500 over the past 6 mos.

Life insurance proceeds of approximately $4,600

*Past Child support $252/mo No current child support.*

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   $1,000.00

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   1990 Toyota Camry

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   *Jane Mathers Child
   1/2 year 100% contribution
   Medical Ins ($185/mo) dental, not covered med costs,
   education, car insurance, food, shelter, clothing etc.*

I declare under penalty of perjury that the above information is true and correct.

April 7, 2006 _____   _____ Jane Mather _____
    Date                                  Signature of Applicant