# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CIVIL NO. 00-00446LEK

CASE NAME:    Jane Mother vs. State of Hawaii

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    4/18/2006                    TIME:

COURT ACTION:  EO:   Before the Court is Plaintiff Jane Mother's ("Plaintiff") Application to Proceed Without Prepayment of Fees and Affidavit ("Application"). Judgment in the instant case was entered on January 4, 2006. The only matter currently pending before this Court is Plaintiff's objections to Defendant State of Hawaii's Bill of Costs. There are no further fees that Plaintiff may be required to pay in this Court. Plaintiff's Application is therefore DENIED AS MOOT. Insofar as Plaintiff may be responsible for various fees in connection with her appeal before the Ninth Circuit, Plaintiff should file the appropriate motion in that court.

    IT IS SO ORDERED.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager