Case 1:00-cv-00446-LEK   Document 273   Filed 03/29/2006   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

ORIGINAL For Filing or Service

U.S. Court of Appeals Case No. 06-15430  U.S. District Court Case No. CV00-00446 LEK

Short Case Title "Jane Mother" v. State of Hawaii

Date Notice of Appeal Filed by Clerk of District Court: March 3, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 15 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII MAR 29 2006 at __ o'clock and __ min __ M SUE BEITIA, CLERK | ~~Voir Dire~~ ~~Opening Statements~~ ~~Settlement Instructions~~ Trial Closing Arguments ~~Jury Instructions~~ Pre-Trial Proceedings |
| 9/28/05 | | |

(additional page for designations if necessary)   Other (please specify)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 3/27/06   Estimated date for completion of transcript _____

Print Name of Attorney Carl Varady   Phone Number 523-8447

Signature of Attorney _____

Address ASB Tower 1001 Bishop St., Suite 2870   16813

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 5/22/06   Court Reporter's Signature produced by Jessica Cahill

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia   05-31-06   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK