


FEB 15 2007
11:40 pm by
DISTRICT OF HAWAII

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

| | |
|---|---|
| JANE "JANE MOTHER", guardian ad litem R.N., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> STATE OF HAWAII; et al., <br><br> Defendants - Appellees. | No. 06-15430 <br><br> D.C. No. CV-00-00446-LEK <br> District of Hawaii, <br> Honolulu <br><br> ORDER |

Appellant's motion for an extension of time to file the opening brief is granted. The opening brief is due April 30, 2007; the answering brief is due May 30, 2007. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
    and Ninth Circuit Rule 27-10

pro 2.5