UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUN 11 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| JANE "JANE MOTHER", guardian ad litem R.N., | No. 06-15430 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-00-00446-LEK<br>District of Hawaii,<br>Honolulu |
| v. | |
| STATE OF HAWAII; et al., | ORDER |
| Defendants - Appellees. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 13 2007
DISTRICT OF HAWAII

In view of the circumstances cited, appellant's fourth motion for an extension of time to file the opening brief is granted. The opening brief is due July 6, 2007; the answering brief is due August 6, 2007. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*/s/ Linda K. King*
Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
    and Ninth Circuit Rule 27-10

pro 6.4