UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

PRESORTED
FIRST CLASS

US POSTAGE $00.373
AUG 23 2007
MAILED FROM ZIP CODE 96817

NIXIE    960  DE 1          00  08/27/07
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 968504971994          *2172-04411-27-11*

Pamela A. Toguchi
Department of the Attorney General
Education Division
235 S Beretania St Rm 304
Honolulu, HI 96813

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 28 2007
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __No. 06-15430__    U.S. District Court Case No. __CV-00-00446-LEK__

Short Case Title __"Jane Mother" v. State of Hawaii__

Date Notice of Appeal Filed by Clerk of District Court __3/6/06__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | Closing Arguments |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| 10/4 to 10/7 2005 | Debra Chun | Other (please specify) Non-jury Trial |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __11/28/06__    Estimated date for completion of transcript _____

Print Name of Attorney __Carl M. Varady__    Phone Number __(808) 523-8447__

Signature of Attorney __[signature]__

Address __ASB Tower, 1001 Bishop Street, Suite 2870, Honolulu HI 96813__

### SECTION B - To be completed by court reporter

I, __[signature]__ have received this designation.
(signature of court reporter)

(✓) Arrangements for payment were made on __11/29/2006__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__580__ Approximate Number of Pages in Transcript--Due Date __12/29/06__

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __12/28/06__ Court Reporter's Signature __[signature]__

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia    __8/22/07__    BY: __[signature]__
(U.S. District Court Clerk)    (date)    DEPUTY CLERK