United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   May 7, 2008

To:  United States Court of Appeals        Attn:  (✓)    Civil
     For the Ninth Circuit
     Office of the Clerk                          ( )    Criminal
     95 Seventh Street
     San Francisco, California 94103              ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:       CV 00-00446LEK          Appeal No:    06-15430

Short Title:  Mother v. State of Hawaii

Clerk's Files in      22       volumes  (✓) original  ( ) certified copy
Bulky docs                     volumes (folders)  docket #
Reporter's             2       volumes  (✓) original  ( ) certified copy
Transcripts
Exhibits                       volumes  ( ) under seal
                               boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 4, 59, 60,61 62,63 64

Acknowledgment: _____    Date: _____

cc: counsel