UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 14 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE "JANE MOTHER", guardian ad litem R.N.,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>STATE OF HAWAII; CHERYL LIPPMAN, in her individual capacity SHARON MANNER, in her individual capacity,<br><br>  Defendants - Appellees. | No. 06-15430<br>D.C. No. CV-00-00446-LEK<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 17 2008

at 1 o'clock and 35 min P M
SUE BEITIA, CLERK

The judgment of this Court, entered 06/20/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/

By: Theresa Benitez
Deputy Clerk



**FILED**

JUN 2 5 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Form 10.  Bill of Costs

## United States Court of Appeals for the Ninth Circuit

### BILL OF COSTS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

"Jane Mother"   v.   State of Hawaii, et al.         CA No.  06-15430

The Clerk is requested to tax the following costs against:   Plaintiff-Appellant "Jane Mother"

| Cost Taxable under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Docs.* | Pages per Doc. | Cost per Page ** | TOTAL COST | No. of Docs. | Pages per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 40 | $.10 | $ 28.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 18 | 63 | $.10 | $113.40 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| | | | TOTAL | $141.40 | | | TOTAL | $ |

**Form 10. Bill of Costs -** *Continued*

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

** Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, __Deirdre Marie-Iha__, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _[signature]_
Date: __6/24/08__

Name of Counsel (printed or typed): __Deirdre Marie-Iha__
Attorney for: __Defendants-Appellees State of Hawaii, et al.__

---

Date: __07/14/08__    Costs are taxed in the amount of $ __141.40__

Clerk of Court
By: _[signature]_ , Deputy Clerk

A TRUE COPY
MOLLY C. DWYER
Clerk of Court
ATTEST

JUL 1 4 2008

by _[signature]_
Deputy Clerk

CERTIFICATE OF SERVICE

I certify that on June 24, 2008, a copy of the Appellees' Bill of Costs was mailed by U.S. mail, postage prepaid, by the last mail pickup of the day to:

>   EARL A. PARTINGTON, ESQ.
>   1330 American Savings Bank Tower
>   1001 Bishop Street
>   Honolulu, Hawaii  96813
>   Attorney for Appellant

DATED: Honolulu, Hawaii, June 24, 2008.

*/s/ Deirdre Marie-Iha*
DEIRDRE MARIE-IHA
DOROTHY SELLERS

Deputy Attorneys General

291043-1