RETURNED RECORDS


DATE:     August 18, 2008

TO:     **United States District Court**
         **300 Ala Moana Blvd., Room C-338**
         **Honolulu, HI 96813**




FROM:     U.S. Court of Appeals, Ninth Circuit
          By Hon. Pamela A. Rymer

CA #     06-15430
DC #     CV-00-00446-LEK

TITLE:     Mother v. State of Hawaii

RECORD RETURNED TO DISTRICT COURT:

22   VOL. CLERK'S RECORDS
2    VOL. TRANSCRIPTS
0    VOL. OVERSIZED DOCS
.7   VOL. SEALED DOCS.

cc:  Records Unit, USCA - S.F.


CONTENTS IN 3 BOXES

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 22 2008
DISTRICT OF HAWAII